Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
Damien Troutman (SBN 286616)
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:  415-399-9155
Facsimile:   415-795-3733

*Attorneys for Plaintiff,*
JACKLINE MUTHOKA

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (SOUTHERN DIVISION)

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendant. | **Case No. 8:20-CV-01072-JLS-KES**<br><br>**PLAINTIFF JACKLINE MUTHOKA'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date:<br>Time:<br>Ctrm:   10A<br>Judge:  Hon. Josephine L. Staton |

1  Plaintiff, Jackline Muthoka, hereby applies, pursuant to Local Rule 65-1, for a
2  temporary restraining order, and order to show cause why a preliminary injunction
3  should not issue, enjoining Defendant National Board of Medical Examiners
4  (NBME) to provide Plaintiff the reasonable accommodation of 50% extended time
5  on the United States Medical Licensing Examination (USMLE), as NBME has
6  provided Plaintiff on other examinations, and to expunge her previous test attempts
7  were accommodation was not provided.

8  A restraining order is necessary as Ms. Muthoka is required by her medical
9  school, University of California, Irvine to take the USMLE in August of 2020.

10 This Application is based upon the application, the Memorandum of Points
11 and Authorities filed in support, the Declaration of Jackline Muthoka, the
12 Declaration of Jay T. Jambeck and the record in this action.

15 Dated: July 16, 2020                    Respectfully submitted,
16                                         LEIGH LAW GROUP, P.C.
17                                                 /s/ Jay T. Jambeck
18                                         By:_____
                                                Jay T. Jambeck
19                                              *Attorneys for Plaintiff*