Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
Damien Troutman (SBN 286616)
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:  415-399-9155
Facsimile:   415-795-3733

*Attorneys for Plaintiff,*
JACKLINE MUTHOKA

**IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA
(SOUTHERN DIVISION)**

| | |
|---|---|
| JACKLINE MUTHOKA, | ) **Case No.** 8:20-CV-01072-JLS-KES |
| | ) |
| | ) **DECLARATION OF JACKLINE** |
| Plaintiff, | ) **MUTHOKA IN SUPPORT OF** |
| | ) **PLAINTIFF'S APPLICATION** |
| v. | ) **FOR A TEMPORARY** |
| | ) **RESTRAINING ORDER AND** |
| NATIONAL BOARD OF MEDICAL | ) **ORDER TO SHOW CAUSE WHY** |
| EXAMINERS, | ) **A PRELIMINARY INJUNCTION** |
| | ) **SHOULD NOT ISSUE** |
| Defendant. | ) |
| | ) Date: |
| | ) Time: |
| | ) Ctrm:   10A |
| | ) Judge:  Hon. Josephine L. Staton |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

I, Jackline Muthoka, declare as follows:

1. I have personal knowledge regarding the facts set forth herein and if called to testify could do so.

2. I am a United States citizen, but grew up in Kenya, under difficult circumstances. At age 10, my mother died from pneumonia, creating a significant hardship on my family. In my eleventh-grade year my father died from a cardiac arrest. My siblings and I were forced to work after school to earn income to sustain ourselves. Despite these circumstances, I graduated at the top of my high school class and then from Hope International and the University California State University, Fullerton with a degree in Liberal Arts – Pre-medicine, despite significant cultural challenges, and with some informal accommodations.

3. I had some difficulty with the Medical College Admission Test (MCAT) and was eventually admitted to the M.D. program at the University of California, Irvine (UCI) Medical School through a conditional program due to the fact I did not receive accommodations on the MCAT.

4. In August 2016 I enrolled at the University of California, Irvine (UCI) Medical School in the M.D. program. I have satisfactorily completed all academic requirements to date – with the exception that I have not yet passed Step 1 of the USMLE examination and a surgery shelf examination that was taken around the same time as the USMLE.

5. Each medical student who intends to obtain a license to practice in the United States is required to take the USMLE. The USMLE consists of three steps, taken at various stages throughout the progression of a medical education. Step 1 of the USMLE is taken after the basic science portion of a medical education is completed, generally after the second year of

medical school. I must pass the USMLE, Step 1 in order to continue with my medical education.

6. I suffer from the mental impairments of Other Specified Anxiety Disorder-Test Anxiety (DSM V - F41.8) which was diagnosed in February 2017 and later I was diagnosed with Other Specified Neurodevelopmental Disorder related to visual processing (DSM V - F88).

7. UCI has regarded me as a person with a disability since February of 2017 and NBME was informed of that fact.  (A true and correct copy of my 2017 application for extended testing time and supporting documentation is attached hereto as Exhibit A).  Additionally, NBME itself has regarded me as a person with a disability by deeming me eligible for the exact same 50% additional time on testing for the National Subject Exams/shelf examinations. (A true and correct copy of correspondence from UCI Disability Services is attached hereto as Exhibit B).

8. In the fall of 2017, I applied for a testing modification of 50% increased time from Defendant for Step 1 of the USMLE based upon my disabling condition of Anxiety Disorder-Test Anxiety (DSM V - F41.8). (A true and correct copy of the application and supporting documentation is attached hereto as Exhibit A).

9. NBME denied my request for a modification on or about January 2, 2018 on the basis that "experiencing anxiety during high stakes tests is not evidence of a disability or a substantial limitation in a major life activity." (A true and correct copy of the denial letter is attached hereto as Exhibit C).  I thereafter took the USMLE step 1 on May 8, 2018, without modification, and did not pass the examination.

10. In the fall of 2018, I took a remediation USMLE Test preparation course that ended mid-October. On October 31, 2018, I took the USMLE Step 1 a second time and did not obtain a passing score.

11. In the Spring of 2019, I again requested from Defendant a reasonable modification of 50% additional testing time for the USMLE Step 1 examination.  (A true and correct copy of my application is attached hereto as Exhibit D).

12. I provided additional documentation via a psychological evaluation which documented my mental impairment of a testing phobia along with the overarching mental impairment of Other Specified Neurodevelopmental Disorder related to visual processing (DSM V - F88).  (A true and correct copy of my evaluation report is attached hereto as Exhibit E). The evaluation found that my mental impairments impacted my ability to concentrate, read and comprehend and thus limited her academic achievement.

13. On or about July 24, 2019, Defendant again denied me my requested (and recommended) accommodation, contradicting the professional opinion of my psychological evaluators, and opining, without any similar psychological evaluation, that my disabling condition in fact did not impact my ability to take tests.  (A true and correct copy of the denial letter is attached hereto as Exhibit F). Defendant did provide me two "arrangements" for the USMLE, Step 1, a separate room and additional break time, which were two of the three accommodations recommended by Plaintiff's psychological evaluators.

14. I sought a reconsideration from Defendant, submitting additional documentation on January 16, 2020.  (A true and correct copy of material is attached hereto as Exhibit G).

15. On April 3, 2020, that request for reconsideration was denied. (A true and correct copy of the denial letter is attached hereto as Exhibit H).

16. I am currently scheduled to take the August session of the USMLE Step 1. If I do not pass the step 1 on this sitting, I will be dismissed from UCI for failing the USMLE after three attempts.

17. I took the Medical College Admission Test (MCAT) on the following occasions:

| Date: | Score: | Percentile: |
| --- | --- | --- |
| 6/2/2015 | 497 | 40th |
| 1/23/2016 | 488 | 15th |
| 4/23/2016 | 486 | 11th |

A true and correct copy of the percentile for the applicable time period is attached hereto as Exhibit I and is accessed on the internet at https://students-residents.aamc.org/advisors/article/historical-percentile-ranks-new-exam/.

18. My chances for admission at another medical school after being dismissed from UCI are negiligble.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 14, 2020

By:_____

Jackline Muthoka

EXHIBIT A

## United States Medical Licensing Examination® (USMLE®)

### REQUEST FOR TEST ACCOMMODATIONS
*Use this form if you are requesting accommodations on USMLE for the first time*

**The National Board of Medical Examiners® (NBME®) processes requests for test accommodations on behalf of the USMLE program**

If you have a documented disability covered under the Americans with Disabilities Act (ADA), you must notify the USMLE in writing <u>each time</u> you apply for a Step examination for which you require test accommodations. Submitting this form constitutes your official notification.

- Review the USMLE Guidelines for Test Accommodations at www.usmle.org for a detailed description of how to document a need for accommodations.

- Complete all sections of this request form; submit the form and all required documentation to Disability Services once you have submitted your Step exam application to your registration entity.

- NBME will acknowledge receipt of your request by e-mail and audit your submission for completeness. If you do not receive an e-mail acknowledgement within two business days of submitting your request, please contact Disability Services at 215-590-9700 or disabilityservices@nbme.org.  You may be asked to submit additional documentation to complete your request.

- Requests are processed in the order in which they are received. Processing cannot begin until sufficient information is received by NBME **and** your Step exam registration is complete. Please allow at least 60 days for processing of your request.

- The outcome of our review will not be released via telephone.  All official communications regarding your request will be made in writing.  If you wish to modify or withdraw a request for test accommodations, contact Disability Services by e-mail at disabilityservices@nbme.org or by telephone at 215-590-9700.

---

As explained in the Guidelines to Request Test Accommodations (www.usmle.org), you **MUST** provide supporting documentation verifying your current functional impairment.

<u>Submit</u> the following with this form:

✓ A **personal statement** describing your disability and its impact on your daily life and educational functioning.

✓ A **complete and comprehensive evaluation** from a qualified professional documenting your disability.

✓ **Supporting documentation** such as academic records; score transcripts for previous standardized exams; verification of prior academic/test accommodations; relevant medical records; previous psycho-educational evaluations; faculty or supervisor feedback; job performance evaluations; clerkship/clinical course evaluations; etc.

**Please be sure to review the Guidelines for more detailed information regarding supporting documentation.**

USMLE® Request for Test Accommodations

## Section A: Exam Information

Place a check next to the examination(s) for which you are **currently registered** *and* requesting test accommodations: (Check all that apply)

☒ Step 1

☐ Step 2 CK (Clinical Knowledge)

☐ Step 2 CS (Clinical Skills)

☐ Step 3*

*Please be aware that additional test time for Step 3 may involve 3 to 5 days of testing, depending on the requested accommodation (See Section C1).

## Section B: Biographical Information
Please type or print.

**B1.** Name: ___MUTHOKA___  ___JACKLINE___  ___M___
Last                          First                          Middle Initial

**B2.** Gender: ☐ Male   ☒ Female

**B3.** Date of Birth: ___09|06|1987___

**B4.** USMLE # ___5 - 4 0 2 - 7 9 6 - 6___ (required)

**B5.** Address:
___3131 VERANO   PLACE___
Street
___IRVINE___                    ___CA___          ___92617___
City                          State/Province          Zip/Postal Code
___U.S.A___
Country
___714 - 598 - 6400___
Preferred Telephone Number
___jackiemuthoka 87 @ gmail.com___
E-mail address

**B6.** Medical School Name: ___University of California Irvine school of medicine___

Country of Medical School: ___U.S.A.___          Date of Medical School Graduation: ___2020___

USMLE® Request for Test Accommodations

## Section C: Accommodations Information

**C1.**   **Step 1, Step 2 CK, or Step 3** (computer-based examinations)

Check the appropriate box to indicate the accommodations you are requesting. Check **ONLY ONE** box for the exam(s) for which you are currently registered:

**STEP 1:**
**Additional Break Time**
❑ Additional break time over 1 day
❑ Additional break time over 2 days

**Additional Testing Time**
❑ 25% Additional test time (Time and 1/4) over 2 days
☒ 50% Additional test time (Time and 1/2) over 2 days
❑ 100% Additional test time (Double time) over 2 days

❑ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 2 days

**STEP 2 CK:**
**Additional Break Time**
❑ Additional break time over 2 days

**Additional Testing Time**
❑ 25% Additional test time (Time and 1/4) over 2 days
❑ 50% Additional test time (Time and 1/2) over 2 days
❑ 100% Additional test time (Double time) over 2 days

❑ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 2 days

**STEP 3:**
**Additional Break Time**
❑ Additional break time over 4 days

**Additional Testing Time**
❑ 25% Additional test time (Time and 1/4) over 3 days
❑ 50% Additional test time (Time and 1/2) over 4 days
❑ 100% Additional test time (Double time) over 5 days

❑ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 4 days

**Describe** any other accommodation(s) you are requesting for **Step 1, Step 2 CK,** or **Step 3**.

_____

_____

**C2.**   **STEP 2 CS (Clinical Skills)**
Review the Step 2 CS Onsite Orientation video and Step 2 CS Content Description and General Information Booklet at www.usmle.org for detailed information about the format and delivery of the Step 2 CS examination.

Describe the accommodations you are requesting for each section of Step 2 CS (i.e., patient encounter, patient note). If you are requesting additional time, state the **amount** of additional time you require in **minutes per encounter or note**.

❑ Patient Encounter:_____

❑ Patient Note:_____

**USMLE® Request for Test Accommodations**

**C3.**   Do you require wheelchair access at the examination facility? ❑ Yes ❑ No
If yes, please indicate the number of inches required from the bottom of the table to the floor: _____

## Section D: Information About Your Impairment

**D1.**  List the **specific DSM/ICD diagnostic code(s) and disability** for which you are requesting accommodations and report the year that it was **first** diagnosed.

| DIAGNOSTIC CODE | DISABILITY | YEAR DIAGNOSED |
|---|---|---|
| DSM5-F40.2 | Specific Phobia - Test anxiety | 2017 |
| | | |
| | | |
| | | |

**D2. Personal Statement**
  ✎ **Attach a signed and dated personal statement describing your impairment(s) and how a major life activity is substantially limited.** The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limits your current functioning in a major life activity and how the standard examination conditions are insufficient for your needs. In your own words, describe the impact of your disability on your daily life (do not confine your statement to standardized test performance) and provide a rationale for why the specific accommodation(s) you are requesting are necessary in the context of this examination.

## Section E: Accommodation History

**E1. Standardized Examinations**
  ✎ **Attach copies of your score report(s) for any previous standardized examination taken.**
  ✎ **If accommodations were provided, attach official documentation from each testing agency confirming the test accommodations they provided.**

List the accommodations received for previous standardized examinations such as college, graduate, or professional school admissions tests and professional licensure or certification examinations (if no accommodations were provided, write NONE).

| | DATE(S) ADMINISTERED | ACCOMMODATION(S) PROVIDED |
|---|---|---|
| ❑ SAT®, ACT® | | |
| ❑ MCAT® | | |
| ❑ GRE® | | |
| ❑ GMAT® | | |
| ❑ LSAT® | | |
| ❑ DAT® | | |
| ❑ COMLEX® | | |
| ❑ Other (specify) | | |

USMLE® Request for Test Accommodations

## E2. Postsecondary Education

List each school and all formal accommodations you receive/received, and the dates accommodations were provided:

📎 **Attach copies of official records from each school(s) confirming the accommodations they provided.**

📎 **If you receive/received accommodations in <u>medical school and/or residency</u>, have the appropriate official at your medical school/residency complete and submit the <u>USMLE Certification of Prior Test Accommodations</u> form available at <u>www.usmle.org</u>.**

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| **Medical/Graduate/ Professional School** | U.C. Irvine school of medicine | 50% extended testtime | March 2017 — present |
| | | | |
| | | | |
| | | | |
| **Undergraduate School** | | | |
| | | | |
| | | | |

## E3.  Primary and Secondary School

List each school and all formal accommodations you received, and the dates accommodations were provided:

📎 **Attach copies of official records from each school listed confirming the accommodations they provided.**

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| **High School** | N/A | | |
| | | | |
| **Middle School** | N/A | | |
| | | | |
| **Elementary School** | N/A | | |
| | | | |

USMLE® Request for Test Accommodations

## Section F:  Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate.  I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:
- Evaluating my eligibility for accommodations.  When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research.  Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information.  I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information, if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print): _JACKLINE    MUTHOKA_____

Signature: _____     Date: _11 26 17__

**E-mail (as a pdf), fax or mail your completed request form and supporting documents to the address below at the same time you submit your Step examination application.**

**Disability Services**
**National Board of Medical Examiners**
**3750 Market Street**
**Philadelphia, PA 19104-3190**
**Telephone: (215) 590-9700**
**Facsimile: (215) 590-9422**
**E-mail: disabilityservices@nbme.org**

Jackline Muthoka

3131 Verano Place, Irvine, CA, 92617.

November 25, 2017

USMLE Step 1 Test Accommodation Request

USMLE ID# 54027966

To whom it may Concern:

My name is Jackline Muthoka and I am a second year medical student at UCI School of Medicine. I am writing this letter/personal statement in request for an extended time when I take the USMLE due to my Test Anxiety disorders. I have dealt with this problem for a long time but I didn't realize how much it impacted life until I had to sit for the MCAT. In timed situations, I get extremely anxious that sometimes I'm dysfunctional and need time to calm down and I can then think clearly. Since I speak multiple languages, it even becomes difficult for me to read and I find myself re-reading the same material multiple times and can't comprehend the information properly. The worst part is that I become anxious days before timed situations and therefore tired and worn-out by the time I have to engage in the timed event. This is especially worse if it is a life changing situation or a major life decision. A good example of this is when I interviewed for a visa to study abroad after receiving an academic scholarship. I was given five minutes to explain why needed to travel at that time and what the scholarship meant to me. Even though it was a simple task and I had done a lot of background work and sufficient preparation to get to that point, the timing element altered my performance and I remember being unable to talk for the first two minutes of the interview. I was nervous, sweating, and tired from the sleepless nights before this encounter. I asked for some time to gather myself and the interviewer allowed me to step outside. After I came back, interviewer explained that my performance was not depended on the timing of my interview but on the quality of the work and the answers to the questions I gave. After the interview, I was able to perform well and ended up receiving the scholarship. This was ten years ago!

While in college, I remember never finishing my exams on time because I would spend the first ten minutes or so trying to get myself together and worrying that I won't finish the exam. It would eventually work out since most of the times the teachers would give us an additional 10-15 minutes after the test for those who were still finishing up. Although it was tough to go through high school, it was even tougher to go through college in a foreign country. Despite these challenges, I ended performing alright but I would have done much better in my classes if I had realized this problem much earlier and had it resolved. Before taking the MCATS, I thought that it was normal for one to be anxious especially during situations that revolve around major life decisions. When I look back, I am sad for the many opportunities my anxiety became a major hindrance to my performance. This is because during these anxiety attacks, my thinking

deteriorates and I am unable to comprehend and process the information that I am reading with the proper speed required for finishing the exams. While preparing for MCATs, I took this exam several times but still could not perform to the best of my abilities because I was so anxious to an extent that I could not finish the exam. I was accepted to UCI school of Medicine as a conditional medical student because the rest of my application was good but I still needed to work on my MCAT and the school needed to be sure that I will be successful in medical school. During the conditional year, I was required to be at the top 75 percentile of the medical school class (performing above a medical school class average), which I did and was successful. But again, even after taking a whole year of medical school classes, my MCAT score didn't improve!

During first year of medical school, I struggled with test anxiety and was in the verge of failing classes. This is because of number of questions on exams, the level of speed and concentration required to take these exams, and the short amount of time that is required to finish exams. After working with advisors, counselors, and the school psychiatrist, I was diagnosed with Specific phobia- test anxiety. I went through the proper procedures that are required by my institution and was approved for an extended time to take my exams in an isolated room to reduce destructions. This determination fixed my problems. My school performance has improved and I have comfortably passed all of my classes with no issues whatsoever. My anxiety level has decreased and I am able to sleep better the nights before the test because I know I'll be able to finish the exams. Test anxiety has incurred me a lot of expensive mistakes especially because I didn't think it was a major problem until it was too late in my career but identifying the underlying issue has also made my life much easier and I am able to perform to the best of my abilities considering the amount of time and effort I have invested in my education. I am therefore requesting an extended amount of time for me to take USMLE and therefore perform to the best of my abilities.

Thank you so much for your consideration in this matter and I look forward to hearing from you

Thank you,

Jackline Muthoka

# UCIrvine | DISABILITY SERVICES CENTER STUDENT AFFAIRS

100 Disability Services, Irvine, CA, 92697-52~
949.824.7494
949.824.3083 fa~

## Verification of Mental Health Evaluation

Student Name (Please PRINT clearly) _Jawline Muthoka_                      Birthdate _09|06| 1987_

*I am requesting academic support services through the Disability Services Center at UCI. They require current and comprehensive documentation of my mental health condition. Please respond to the following questions as soon as possible and return to me or send by mail or fax. I authorize the Disability Services Center at UCI to contact you if clarification is needed.*

Student Signature _Caint_              Date _2/16/17_       UCI ID # _86882088_

Physician/Provider Name (print): _Anju Hurria_

Phone: _(714) 456-7473_                         Fax: _714-456-5117_          Title: _MD_

Organization & Address: _UCI = 101 City Drive, Orange CA_

**1. The Health Care Professional listed above must complete this form in its entirety.**
**2. Please describe the resulting limitations, symptoms, and/or side effects of medications experienced by the student in the educational environment.**

| DSM Code | Disorder or Condition | Limitations/Symptoms/Side Effects |
|---|---|---|
| F 40.2 | Specific phobia - Test anxiety | anxiety around exams - would benefit from extended time. |
|  |  |  |
|  |  |  |

## Additional Questions

Date of Diagnosis _9/11/16_          Date of Initial Meeting _9/11/16_         Date of Last Professional Contact _3/1/17_        Frequency of Visits (i.e. weekly, monthly, etc.) _as needed_

1. Is the individual currently in treatment with you?  (Please circle one)   **Yes**   No

2. In addition to the DSM criteria, how did you arrive at your diagnosis?

- [x] Structured/unstructured interviews with the student
- [x] Developmental History
- [ ] Neuro-psychological/Psycho-educational testing
      Date(s) of Testing: _____
- [ ] Interviews with other persons
- [x] Educational History
- [ ] Standardized or non-standardized rating scales
- [x] Behavioral observations
- [ ] Medical History
- [ ] Other: _____

3. Is there anything else you would like us to know about the student? *(Optional)*

_____

Prognosis: _Good_                      Expected Duration: _1 - 2 years_

*This information is correct and accurate to the best of my knowledge on my recent evaluation of this patient and/or my review of records.*

Physician Signature: _____        License #: _A167533_   Date: _3/1/17_

*All information on this form will remain confidential.*

UNIVERSITY OF CALIFORNIA, IRVINE



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

Disability Services Center                                                       Irvine, CA 92697-5250
VOICE(949)824-7494
TDD(949)824-6272
FAX(949)824-3083

November 20, 2017

To Whom It May Concern:

Re: Jacklin Muthoka          USMLE ID #: 54027966

I am writing in support of Jackline Muthoka's request for disability related test accommodations on the
USMLE, Step 1 exam.

My name is Rosezetta Henderson and I have been a Senior Disability Specialist at the Disability
Services Center (DSC) at the University of California, Irvine (UCI) since 2015. I am also the Senior
Disability Specialist who supports students in the UCI Health Sciences programs. I have worked in
with students with disabilities 2009, first as a case worker with individuals with developmental
disabilities, learning disabilities, and psychological disorders. I transitioned into the higher education
field to work with college students with disabilities.

Ms. Muthoka first came to the Disability Services Center. At this initial meeting, DSC learned of her
functional limitations she was experiencing due to her diagnosis of Specific Phobia – Test Anxiety
(DSM5 F40.2).  She explained the impact of her diagnosis which included her levels of anxiety that
interfered with her concentration and processing.

My responsibility as a disability specialist is to determine accommodations that are effective in
providing equal access without giving an unfair advantage. In making my determination, I paid close
attention to the Regulations to implement Titles II and III of the ADA Amendments Act that went into
effect October 11, 2016. As you are aware, these regulations clarify the intent of the ADAAA and
provide concrete examples – several that are applicable to high stakes testing agencies and high stakes
environments (like medical school). These regulations govern accommodations in medical education
and on the NBME Step 1, in particular, UCI's Disability Services Center (in following DOJ guidance)
does not use evidence of past student success to discount a student's eligibility for services, nor
accommodation approval. We also respect the committee's rejection that the findings in Price v
National Board of Medical Examiners, Gonzales v National Board of medical Examiners, and Wong v
Regents of University of California were *incorrect* and that individuals who achieve a high level of
academic achievement **can** be considered individuals with disabilities under the ADA, Specific to Ms.
Muthoka case, we offer that the regulations added her psychological disorder as an example of a
physical or mental impairment in § § 35.108(b) and 36.105(b)(2).

Through this lens, I reviewed the documentation provided by Ms. Muthoka's mental health provider. The extended time accommodation (50% additional time) was determined appropriate due to the student's deficit in sustaining focus and concentration during exams. The additional time allows her to plan efficiently and more time to process the information. The reduced distraction environment was determined to reduce both internal and external distractions.

Jackline Muthoka is a highly qualified student of medicine. She has worked diligently to learn and implement strategies to increase control over her functional limitations in everyday settings. Her diagnosis of Specific Phobia – Test Anxiety does not hinder her abilities except in the area of timed exams that require high levels of sustained concentration. Given the structure of the Step 1 exams, I wholeheartedly support her request for extended time on the Step 1 exam and believe that her need is clearly valid and supported by the American's with Disability Act.

Please do not hesitate to contact me at 949-824-7494 or by email at r.henderson@uci.edu with any questions or concerns,

Sincerely,

Rosezetta N. Henderson, MS
Senior Disability Specialist

UNIVERSITY OF CALIFORNIA, IRVINE



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

Disability Services Center                                                    Irvine, CA 92697-5250
VOICE(949)824-7494
TDD(949)824-6272
FAX(949)824-3083

## CONFIDENTIAL

November 20, 2017

To Whom It May Concern,

This letter is to verify that Jackline Muthoka is registered with Disability Services Center at university of California, Irvine as of March 2017. Ms. Muthoka has professionally documented disability and is approved for the following ADA accommodations and services:

    TESTING:
    50% Extended Test Time
    Reduced Distraction Test Environment

If you have any further questions or concerns, you may contact me directly at (949) 824-7494.

Thank you for your consideration.

Rosezetta Henderson, MS
Senior Disability Specialist
Disability Services Center
University of California, Irvine
Irvine, CA 92697
r.henderson@uci.edu

**United States Medical Licensing Examination® (USMLE®)**

## Certification of Prior Test Accommodations

**Please type or print.** To be completed and signed by medical school official responsible for student disability services.

**Applicant Name:** _Jackline Muthoka_          **USMLE ID#:** _5 - 4 0 2 - 7 9 6 - 6_

I certify that _UC Irvine School of Medicine_ has officially approved and continuously
_____Name of School_____

provided the following accommodations for the above applicant beginning on _3/2017_
_____Date (Month/Year)_____

1.  Accommodation(s) provided for **classroom and clinical coursework**: _None_
    _____
    _____

    Reason for accommodation(s): _____

2.  Accommodation(s) provided for **written exams**: _50% Extended Test Time;_
    _Reduced Distraction Test Environment_
    _____

    Reason for accommodation(s): _deficit in sustaining focus and concentration_

3.  Accommodation(s) provided for **clinical skills exams**: _None_
    _____
    _____

    Reason for accommodation(s): _____

Name of School Official: _Reserath Henderson, MS_     Title: _Senior Disability Specialist_
_____Print Name of Official_____          _____Title of Official_____

Signature of Official: _(signature)_          Date: _11/20/17_

Telephone Number: (_949_) _824 - 7494_

**Mail, fax, or e-mail completed form to:**

Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700
FAX: (215) 590-9422
E-mail: disabilityservices@nbme.org
Call or e-mail to verify receipt of Fax and mail submissions

CPTA 2011

| PATH 598 Lung 1 Obstructive Lung di... | Applying to Medical School with AMC... | Taking the MCAT® Exam | ⊗ MCAT Exam Scores - Before Janua... |

§ AAMC          Home     My Scores ▾     My Reports ▾     Report Problem                    Jackline Muthoka ▾

Medical College Admission Test  Score Reporting

# MCAT Scores  For exams taken before January 31, 2015

Home ▸ My Scores

| | MCAT Total | | | Physical Sciences | | Verbal Reasoning | | Writing Sample | | Biological Sciences | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Exam Date | Total Score | Confidence Band [1] | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] |
| 07/25/2013 | 21 | 19 to 23 | 27% | 08 | 55% | 07 | 37% | | | 06 | 18% |

### Notes

[1] Test scores, like other measurements, are not perfectly precise. The confidence bands that are shown for the Total Scores above mark the ranges in which your true scores probably lie. To obtain the confidence band for each section score, subtract one point from and add one point to the score (or, in the case of the Writing Sample, subtract and add one letter).

[2] The percentile ranks of scores are the percentages of test takers who received the same scores or lower scores than you did. The percentile ranks are based on tests administered from January 2012 through September 2014.



AAMC        Home    My Scores ▾    My Reports ▾    Report Problem                    Jackline Muthoka ▾

Medical College Admission Test  Score Reporting

# MCAT Scores  For exams taken after January 31, 2015

Home / My Scores

| Exam Date | MCAT Total | | | Chemical and Physical Foundations of Biological Systems | | Critical Analysis and Reasoning Skills | | Biological and Biochemical Foundations of Living Systems | | Psychological, Social, and Biological Foundations of Behavior | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Score | Confidence Band [1] | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] |
| ✚ View 04/23/2016 | 486 | 484 to 488 | 11% | 123 | 32% | 120 | 7% | 121 | 12% | 122 | 20% |
| ✚ View 01/23/2016 | 488 | 486 to 490 | 15% | 125 | 56% | 120 | 7% | 122 | 20% | 121 | 12% |
| ✚ View 06/02/2015 | 492 | 490 to 494 | 24% | 125 | 56% | 122 | 24% | 123 | 30% | 122 | 20% |

THIS TRANSCRIPT IS PRINTED ON BLUE SCRIP-SAFE® PAPER AND DOES NOT REQUIRE A RAISED SEAL



**FULLERTON COLLEGE**

321 East Chapman Avenue
Fullerton, CA 92832-2095
(714) 992-7075

**TRANSCRIPT OF ACADEMIC RECORD**

Date Issued:   12-MAR-2014

Page 1

Record of:          **Jackline Mueni Muthoka**

Student ID Number:    @01200491

Social Security Number:   -  -

Date of Birth:      06-SEP-1987

R (Repeated Course). B indicates exclusion of the course from unit and grade point totals.

N (Not Degree Applicable). N indicates that the course is not applicable toward associate or baccalaureate degrees.

* indicates units are excluded from totals.

Course Level: Fullerton College

| SUBJ | NO. | COURSE TITLE | GPAHRS | EARNED | GR | PTS | R | N | GPA | NOTATIONS |
|------|-----|--------------|--------|--------|-----|------|---|---|-----|-----------|
| INSTITUTION CREDIT: | | | | | | | | | | |
| Fall 2008 | | | | | | | | | | |
| BIOL 170 F | | Organismal Biology | 5.0 | 5.0 | A | 20.00 | | | | |
| | | Semester Totals: | 5.0 | 5.0 | | 20.0 | | | 4.00 | |
| | | Cumulative Totals: | 5.0 | 5.0 | | 20.0 | | | 4.00 | |
| Spring 2009 | | | | | | | | | | |
| CHEM 111AF | | General Chemistry | 5.0 | 5.0 | A | 20.00 | | | | |
| | | Semester Totals: | 5.0 | 5.0 | | 20.0 | | | 4.00 | |
| | | Cumulative Totals: | 10.0 | 10.0 | | 40.0 | | | 4.00 | |

```
********************* TRANSCRIPT TOTALS *********************
                    GPAHRS    EARNED    Points      GPA
TOTAL INSTITUTION   10.00     10.00     40.00       4.00

TOTAL TRANSFER       0.00      0.00      0.00       0.00

OVERALL            10.00     10.00     40.00       4.00
********************* END OF TRANSCRIPT *********************
```

This copy issued to the student.
The College assumes no responsibility
for delivery without alteration.

JACKLINE MUTHOKA
PERSONAL HC

A BLACK AND WHITE OR COLOR COPY OF THIS TRANSCRIPT IS NOT OFFICIAL

THE WORDS "FULLERTON COLLEGE" AND "VOID" APPEAR ON ALTERNATE ROWS WHEN PHOTOCOPIED

New Window | Help | Customize Page | 

Return to Reports Page

UNOFFICIAL STUDENT ACADEMIC RECORD

California State University, Fullerton

Student Name:    Muthoka, Jackline Mueni
Student Number:  894840552
DATE PRINTED:    06/04/2013
----------------------------------------------------------------------------

                    Audited


Unofficial Undergraduate Academic Record


Higher Education Institutions
Fullerton Coll *
Fullerton Coll *


Spring Semester  2010                    (Freshman)

Transfer Credit          Accepted  GPA-Units  Grade-Points
  Fullerton Coll *
    Transfer Coursework   10.0      10.0        40.0

Admitted To:
  Bachelor of Science
  Major: Biological Science

| Dept/No   Course Title                | Unts  | GR | GP   | Footnotes |
|----------------------------------------|-------|-----|------|-----------|
| BIOL 172  Cellular Basis of Life       | 5.0   | B   | 15.0 |           |
| CHEM 120B General Chemistry            | 5.0   | C   | 10.0 |           |
| MATH 115  College Algebra              | 4.0   | A-  | 14.8 |           |
  Enrollment Dates: Jan 23, 2010 to May 14, 2010

|       | Enrolled | Earned | GPA-Units | GRD-PT | Acad-GPA | GPA  |
|-------|----------|--------|-----------|--------|----------|------|
| Term  | 14.00    | 14.00  | 14.00     | 39.80  | 2.84     | 2.84 |
| CSUF  | 14.00    | 14.00  | 14.00     | 39.80  | 2.84     | 2.84 |
| Total | 24.00    | 24.00  | 24.00     | 79.80  | 2.84     | 3.33 |


Fall Semester  2010                      (Freshman)

| Dept/No   Course Title                 | Unts   | GR | GP   | Footnotes |
|-----------------------------------------|--------|-----|------|-----------|
| BIOL 273  Genetics & Molecular Biol     | 5.0    | B+  | 16.5 |           |
| CHEM 301A Organic Chemistry             | (3.0)  | D+  | 0.0  |           |
|   Repeat Forgiveness Applied            |        |     |      |           |
|   Duplicate Enrollment in Spring 2011   |        |     |      |           |
| MATH 125  Precalculus                   | 5.0    | B-  | 13.5 |           |
  Enrollment Dates: Aug 21, 2010 to Dec 10, 2010

|       | Enrolled | Earned | GPA-Units | GRD-PT | Acad-GPA | GPA  |
|-------|----------|--------|-----------|--------|----------|------|
| Term  | 13.00    | 10.00  | 10.00     | 30.00  | 2.61     | 3.00 |
| CSUF  | 27.00    | 24.00  | 24.00     | 69.80  | 2.73     | 2.91 |

```
Total      37.00   34.00      34.00  109.80    2.73   3.23
```

### Spring Semester 2011                          (Sophomore)

| Dept/No | Course Title | Unts | GR | GP | Footnotes |
|---|---|---|---|---|---|
| BIOL 274 | Principles Physiology/Eco | 5.0 | B- | 13.5 | |
| CHEM 301A | Organic Chemistry | 3.0 | B- | 8.1 | |
| | Course Repeated | | | | |
| MATH 130 | Short Course in Calculus | 4.0 | C+ | 9.2 | |
| MATH 130W | Short Calculus SI Worksho | 1.0 | CR | 0.0 | |

Enrollment Dates: Jan 22, 2011 to May 13, 2011

| | Enrolled | Earned | GPA-Units | GRD-PT | Acad-GPA | GPA |
|---|---|---|---|---|---|---|
| Term | 13.00 | 13.00 | 12.00 | 30.80 | 2.57 | 2.57 |
| CSUF | 40.00 | 37.00 | 36.00 | 100.60 | 2.68 | 2.79 |
| Total | 50.00 | 47.00 | 46.00 | 140.60 | 2.68 | 3.06 |

### Fall Semester 2011                          (Sophomore)

| Dept/No | Course Title | Unts | GR | GP | Footnotes |
|---|---|---|---|---|---|
| BIOL 302 | General Microbiology | 4.0 | B- | 10.8 | |
| CHEM 301B | Organic Chemistry | 3.0 | C | 6.0 | |
| CHEM 315 | Theory Quantitative Chem | 3.0 | B- | 8.1 | |

Enrollment Dates: Aug 20, 2011 to Dec 09, 2011

| | Enrolled | Earned | GPA-Units | GRD-PT | Acad-GPA | GPA |
|---|---|---|---|---|---|---|
| Term | 10.00 | 10.00 | 10.00 | 24.90 | 2.49 | 2.49 |
| CSUF | 50.00 | 47.00 | 46.00 | 125.50 | 2.64 | 2.73 |
| Total | 60.00 | 57.00 | 56.00 | 165.50 | 2.64 | 2.96 |

### Spring Semester 2012                          (Sophomore)

| Dept/No | Course Title | Unts | GR | GP | Footnotes |
|---|---|---|---|---|---|
| BIOL 303 | Intermediate Cell Biology | 3.0 | B | 9.0 | |
| CHEM 302 | Organic Chemistry Lab | 2.0 | A- | 7.4 | |
| PHYS 211 | Elementary Physics | 3.0 | B | 9.0 | |
| PHYS 211L | Elem Physics Lab | 1.0 | A | 4.0 | |

Enrollment Dates: Jan 21, 2012 to May 11, 2012

| | Enrolled | Earned | GPA-Units | GRD-PT | Acad-GPA | GPA |
|---|---|---|---|---|---|---|
| Term | 9.00 | 9.00 | 9.00 | 29.40 | 3.27 | 3.27 |
| CSUF | 59.00 | 56.00 | 55.00 | 154.90 | 2.82 | 2.82 |
| Total | 69.00 | 66.00 | 65.00 | 194.90 | 3.00 | 3.00 |

### Fall Semester 2012                          (Junior)

| Transfer Credit | | Accepted | GPA-Units | Grade-Points |
|---|---|---|---|---|
| Fullerton Coll * | | | | |
| Transfer Coursework | | 7.0 | 0.0 | 0.0 |

| Dept/No | Course Title | Unts | GR | GP | Footnotes |
|---|---|---|---|---|---|
| BIOL 480 | Advanced Topics Undergrad | 1.0 | A | 4.0 | |
| BIOL 499L | Independent Lab Study | 1.0 | A | 4.0 | |
| CHEM 423A | General Biochemistry | 3.0 | B | 9.0 | |
| PHYS 212 | Elementary Physics | 3.0 | B | 9.0 | |
| PHYS 212L | Elem Physics Lab | 1.0 | A+ | 4.0 | |

Enrollment Dates: Aug 25, 2012 to Dec 14, 2012

Enrolled  Earned  GPA-Units  GRD-PT  Acad-GPA  GPA

| | | | | | | |
|---|---|---|---|---|---|---|
| Term | 9.00 | 9.00 | 9.00 | 30.00 | 3.33 | 3.33 |
| CSUF | 68.00 | 65.00 | 64.00 | 184.90 | 2.89 | 2.89 |
| Total | 85.00 | 82.00 | 74.00 | 224.90 | 3.04 | 3.04 |

Spring Semester 2013                              (Junior)

| Dept/No | Course Title | Units | GR | GP | Footnotes |
|---|---|---|---|---|---|
| BIOL 310 | Human Physiology | 3.0 | C+ | 6.9 | |
| BIOL 480 | Advanced Topics Undergrad | (1.0) | RP | 0.0 | |
| BIOL 499L | Independent Lab Study | (1.0) | RP | 0.0 | |
| CHEM 423B | General Biochemistry | 3.0 | A- | 11.1 | |

Enrollment Dates: Jan 26, 2013 to May 17, 2013

| | Enrolled | Earned | GPA-Units | GRD-PT | Acad-GPA | GPA |
|---|---|---|---|---|---|---|
| Term | 8.00 | 6.00 | 6.00 | 18.00 | | 3.00 |
| CSUF | 76.00 | 71.00 | 70.00 | 202.90 | | 2.90 |
| Total | 93.00 | 88.00 | 80.00 | 242.90 | | 3.04 |

Undergraduate Statistics

| | Enrolled | Earned | GPA-Units | GRD-PT | Acad-GPA | GPA |
|---|---|---|---|---|---|---|
| CSUF | 76.00 | 71.00 | 70.00 | 202.90 | 2.89 | 2.90 |
| Transfer | 17.00 | 17.00 | 10.00 | 40.00 | | 4.00 |
| Total | 93.00 | 88.00 | 80.00 | 242.90 | 3.04 | 3.04 |

Repeat info on Titan Online via Withdrawals/Repeats link
-------------- End of Undergraduate Record --------------

Return to Reports Page

# Hope International University

**Date:** 5/11/2015

Page 1 of 2

### Unofficial Transcript

2500 East Nutwood Ave.
Fullerton, CA 92831
www.hiu.edu

**Student:** Jackline M Muthoka     **Student ID:** 192184     **DOB:**

| Course Code | Course Description | Credits Earned | Credits Attempted | Grade | Quality Points |
|---|---|---|---|---|---|
| | **Transfer Work** | | | | |
| | Transferred from: CALIF ST UNIV FULLERTON | | | | |
| | | 78.00 | 77.00 | | 230.00 |
| | Transferred from: FULLERTON COLLEGE | | | | |
| | | 10.00 | 10.00 | | 40.00 |
| **Term GPA:** 3.10 | | 88.00 | 87.00 | | 270.00 |
| **Cum GPA:** 3.10 | **Cumulative Totals:** | 88.00 | 87.00 | | 270.00 |
| | | | | | |
| **Term: 070830** | **2007-2008 Spring Semester** | | | | |
| BIB1100 | Life of Christ | 3.00 | 3.00 | A | 12.00 |
| ENG1100 | English Composition | 3.00 | 3.00 | B | 9.00 |
| HIS2100 | World History to 1500 | 3.00 | 3.00 | B | 9.00 |
| ICS1101 | Intro to US Life & Culture | 1.00 | 1.00 | A | 4.00 |
| LDR1100 | Foundations: Strengths, Leader Dev | 1.00 | 1.00 | A | 4.00 |
| PSY1100 | Introduction to Psychology | 3.00 | 3.00 | A | 12.00 |
| **Term GPA:** 3.57 | | 14.00 | 14.00 | | 50.00 |
| **Cum GPA:** 3.17 | **Cumulative Totals:** | 102.00 | 101.00 | | 320.00 |
| **Dean's List** | | | | | |
| | | | | | |
| **Term: 080910** | **2008-2009 Fall Semester** | | | | |
| BIB2140 | Theology of Ministry | 3.00 | 3.00 | A | 12.00 |
| BIB2410 | Early Christian Hist & Literature | 3.00 | 3.00 | A | 12.00 |
| COM2200 | Public Speaking | 3.00 | 3.00 | A | 12.00 |
| ENG2100 | Introduction to Literature | 3.00 | 3.00 | A | 12.00 |
| **Term GPA:** 4.00 | | 12.00 | 12.00 | | 48.00 |
| **Cum GPA:** 3.26 | **Cumulative Totals:** | 114.00 | 113.00 | | 368.00 |
| **Dean's List** | | | | | |

| Course Code | Course Description | Credits Earned | Credits Attempted | Grade | Quality Points |
|---|---|---|---|---|---|
| **Term: PCC080930P** | **PCC 2008-2009 Spring Parent** | | | | |
| BIB1330 | Hebrew History and Literature | 3.00 | 3.00 | A | 12.00 |
| ENG3220 | Myth, Fantasy, and Imagination in Literature | 3.00 | 3.00 | A | 12.00 |
| HIS2110 | World History since 1500 | 3.00 | 3.00 | B | 9.00 |
| PSY2320 | Introductory Statistics for the Social Sciences | 3.00 | 3.00 | A | 12.00 |
| **Term GPA:** 3.75 | | 12.00 | 12.00 | | 45.00 |
| **Cum GPA:** 3.30 | **Cumulative Totals:** | 126.00 | 125.00 | | 413.00 |
| **Dean's List** | | | | | |
| | | | | | |
| **Term: PCC091010P** | **PCC 2009-2010 Fall Parent** | | | | |
| BIB3115 | Literary Exegesis and Analysis | 3.00 | 3.00 | B | 9.00 |
| COM2430 | Production for Publication | 3.00 | 3.00 | A | 12.00 |
| COM3100 | Critical Thinking and Argumentation | 3.00 | 3.00 | C | 6.00 |
| HIS3330 | History of American Religion | 3.00 | 3.00 | A | 12.00 |
| LDR3100 | Leadership Skills | 3.00 | 3.00 | A | 12.00 |
| **Term GPA:** 3.40 | | 15.00 | 15.00 | | 51.00 |
| **Cum GPA:** 3.31 | **Cumulative Totals:** | 141.00 | 140.00 | | 464.00 |
| | | | | | |
| **Term: PCC091030P** | **PCC 2009-2010 Spring Parent** | | | | |
| COM2430 | Production for Publication | 3.00 | 3.00 | A | 12.00 |
| CSF4999 | Contracted Courses at CSUF | 0.00 | 0.00 | CSF | 0.00 |
| **Term GPA:** 4.00 | | 3.00 | 3.00 | | 12.00 |
| **Cum GPA:** 3.33 | **Cumulative Totals:** | 144.00 | 143.00 | | 476.00 |

**Date:** 5/11/2015

# Hope International University

Page 2 of 2

### Unofficial Transcript
2500 East Nutwood Ave.
Fullerton, CA 92831
www.hiu.edu

**Student:** Jackline M Muthoka          **Student ID:** 192184          **DOB:**

| Course Code | Course Description | Credits Earned | Credits Attempted | Grade | Quality Points |
|---|---|---|---|---|---|
| **Term: PCC101110P** | **PCC 2010-2011 Fall Parent** | | | | |
| CSF4999 | Contracted Courses at CSUF | 0.00 | 0.00 | CSF | 0.00 |
| **Term GPA:** | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Cum GPA:** | 3.33 | **Cumulative Totals:** | 144.00 | 143.00 | 476.00 |
| **Term: PCC101130P** | **PCC 2010-2011 Spring Parent** | | | | |
| CSF4999 | Contracted Courses at CSUF | 0.00 | 0.00 | CSF | 0.00 |
| **Term GPA:** | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Cum GPA:** | 3.33 | **Cumulative Totals:** | 144.00 | 143.00 | 476.00 |
| **Term: UG111210P** | **2011-2012 Fall** | | | | |
| CSF4999 | Contracted Courses at CSUF | 0.00 | 0.00 | CSF | 0.00 |
| SSC3100 | Social Science Theories | 3.00 | 3.00 | A | 12.00 |
| **Term GPA:** | 4.00 | 3.00 | 3.00 | | 12.00 |
| **Cum GPA:** | 3.34 | **Cumulative Totals:** | 147.00 | 146.00 | 488.00 |
| **Term: UG111230P** | **2011-2012 Spring** | | | | |
| BIB4200 | Biblical Theology | 3.00 | 3.00 | A | 12.00 |
| CSF4999 | Contracted Courses at CSUF | 0.00 | 0.00 | CSF | 0.00 |
| SCI4810 | Science Teaching Assistant | 1.00 | 1.00 | A | 4.00 |
| **Term GPA:** | 4.00 | 4.00 | 4.00 | | 16.00 |
| **Cum GPA:** | 3.36 | **Cumulative Totals:** | 151.00 | 150.00 | 504.00 |
| **Dean's List - CSUF Contract units included** | | | | | |
| **Term: UG121310P** | **2012-2013 Fall** | | | | |
| BIB3460 | Ephesians in the Context of Pauline Theology | 3.00 | 3.00 | B | 9.00 |
| CSF4999 | Contracted Courses at CSUF | 0.00 | 0.00 | CSF | 0.00 |
| PHI1110 | Introduction to Philosophy | 3.00 | 3.00 | A | 12.00 |
| SCI4810 | Science Teaching Assistant | 1.00 | 1.00 | A | 4.00 |
| **Term GPA:** | 3.57 | 7.00 | 7.00 | | 25.00 |
| **Cum GPA:** | 3.37 | **Cumulative Totals:** | 158.00 | 157.00 | 529.00 |
| **Term: UG121330P** | **2012-2013 Spring** | | | | |
| CSF4999 | Contracted Courses at CSUF | 0.00 | 0.00 | CSF | 0.00 |
| POL2209 | American Government | 3.00 | 3.00 | A | 12.00 |
| SCI4810 | Science Teaching Assistant | 1.00 | 1.00 | A | 4.00 |
| **Term GPA:** | 4.00 | 4.00 | 4.00 | | 16.00 |
| **Cum GPA:** | 3.39 | **Cumulative Totals:** | 162.00 | 161.00 | 545.00 |
| **Term: UG131410P** | **2013-2014 Fall Parent** | | | | |
| BIB4400 | Matthew | 3.00 | 3.00 | B | 9.00 |
| CSF4999 | Contracted Courses at CSUF | 0.00 | 0.00 | CSF | 0.00 |
| LAN1100 | Beginning Spanish I | 4.00 | 4.00 | A | 16.00 |
| **Term GPA:** | 3.57 | 7.00 | 7.00 | | 25.00 |
| **Cum GPA:** | 3.39 | **Cumulative Totals:** | 169.00 | 168.00 | 570.00 |

Major: Liberal Arts with CSUF Contract Program
Concentration(s):     Contract Program in Pre-Medicine; Minor in Biblical Studies
**GPA:**   3.39                                           169.00   168.00          570.00

| Degrees awarded for: Liberal Arts with CSUF Contract Program | |
|---|---|
| Concentration(s):  Contract Program in Pre-Medicine; Minor in Biblical Studies | |
| Degree | Date Awarded |
| Bachelor of Arts | 5/31/2014 |

**Date:** 5/11/2015

# Hope International University

**Unofficial Transcript**

2500 East Nutwood Ave.
Fullerton, CA 92831
www.hiu.edu

Page 1 of 1

**Student:** Jackline M Muthoka　　　　**Student ID:** 192184　　　　**DOB:**

| Course Code | Course Description | Credits Earned | Credits Attempted | Grade | Quality Points | Course Code | Course Description | Credits Earned | Credits Attempted | Grade | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | *** End of Unofficial Transcript *** | | | | | | | | | | |



(Print This Page)
envelope image : Contact Us : FAQ
Click here to go to www.uci.edu

## Search Registrar site:

Go

| UCI Home | Schedule of Classes | : | General Catalogue | : WebReg : StudentAccess : WebAdmin : FAQ : Help Desk |

Unofficial Transcript Logout

- Study List
- Unofficial Transcript
- Transfer Courses
- DegreeWorks
- GPA Calculator
- Student Profile
- Contact Information
- Applications

**RECORD(S):** Undergraduate   Medical

Your transcript below is not official and is informational only. It is not for use as a verification of enrollment. Your name and other personal identifiers are not displayed.

Official transcripts, verifications of enrollment, or other records that include your identification information, may be requested from the University Registrar. Refer to the Services section on our website.

Chronological School

********* THIS IS NOT AN OFFICIAL TRANSCRIPT *********

### University Requirements
```
09/01/14 Entry Level Writing - Satisfied
09/01/14 American History - Required
09/01/14 American Institutions - Satisfied


   FULLERTON COL (Units 15.0) 2 Terms to 05/09

   CSU FULLERTON (Units 45.0) 7 Terms to 12/13

   HOPE INTR UNIV (Units 18.0) 12 Terms to 12/14 B.A./B.S.

   HOPE INTR UNIV (Units 55.5) 12 Terms to 12/14

   Units Transferred 133.5
```

**2014 First Summer Session**
```
      DEVELOPMNTL BIOLOGY        BIO SCI    D104    4.0    B     12.0
      NEUROBIO & BEHAVIOR        BIO SCI    N110    4.0    A-    14.8
  Term Totals        ATTM: 8.0    PSSD: 8.0    GPTS: 26.8    GPA: 3.350    BAL: 10.8

  Cumulative Totals  ATTM: 8.0    PSSD: 8.0    GPTS: 26.8    GPA: 3.350    BAL: 10.8
```

**2014 Second Summer Session**

| | | | | | | |
|---|---|---|---|---|---|---|
| HUMAN PHYSIOLOGY | BIO SCI | E109 | 4.0 | A | 16.0 | |
| BRAIN DISORDERS | BIO SCI | N165 | 4.0 | A+ | 16.0 | |

Term Totals        ATTM: 8.0      PSSD: 8.0      GPTS: 32.0      GPA: 4.000      BAL: 16.0

Cumulative Totals    ATTM: 16.0    PSSD: 16.0    GPTS: 58.8      GPA: 3.675      BAL: 26.8


**2014 Fall Quarter**

| | | | | | |
|---|---|---|---|---|---|
| DRUGS AND THE BRAIN | BIO SCI | 36 | 4.0 | A | 16.0 |
| EUKARY & HUM GENET | BIO SCI | D137 | 4.0 | B | 12.0 |
| VIROLOGY | BIO SCI | M124A | 4.0 | A | 16.0 |

    DEANS HONOR LIST

Term Totals        ATTM: 12.0    PSSD: 12.0    GPTS: 44.0      GPA: 3.667      BAL: 20.0

Cumulative Totals    ATTM: 28.0    PSSD: 28.0    GPTS: 102.8     GPA: 3.671      BAL: 46.8


**2015 Winter Quarter**

| | | | | | |
|---|---|---|---|---|---|
| AIDS FUNDAMENTALS | BIO SCI | 45 | 4.0 | A | 16.0 |
| ADV BIOCHEMISTRY | BIO SCI | M114 | 4.0 | A- | 14.8 |
| IMMUNOLOGY W/ HEMAT | BIO SCI | M121 | 4.0 | A | 16.0 |

    DEANS HONOR LIST

Term Totals        ATTM: 12.0    PSSD: 12.0    GPTS: 46.8      GPA: 3.900      BAL: 22.8

Cumulative Totals    ATTM: 40.0    PSSD: 40.0    GPTS: 149.6     GPA: 3.740      BAL: 69.6


    09-15   REENTERED


**2015 Fall Quarter**

| | | | | | | |
|---|---|---|---|---|---|---|
| STU WKSHP IN BAL I | DANCE | 30A | 2.0 | P | 0.0 | PN |
| INTRO MED PHYSIO | PHYSIO | 206A | 5.0 | B | 15.0 | |
| INTRO MED PHYSIO | PHYSIO | 206B | 6.0 | B | 18.0 | |

Term Totals        ATTM: 11.0    PSSD: 11.0    GPTS: 33.0      GPA: 3.000      BAL: 11.0

Cumulative Totals    ATTM: 51.0    PSSD: 51.0    GPTS: 182.6     GPA: 3.580      BAL: 80.6


**2016 Winter Quarter**

| | | | | | | |
|---|---|---|---|---|---|---|
| CRIT READING & RHET | WRITING | 39B | 4.0 | P | 0.0 | PN |
| PRINCIPLES PUB HLTH | PUBHLTH | 1 | 4.0 | P | 0.0 | PN |
| HUMAN NEUROSCIENCE | ANATOMY | 202B | 4.0 | B | 12.0 | |

Term Totals        ATTM: 4.0     PSSD: 4.0     GPTS: 12.0      GPA: 3.000      BAL:  4.0

Cumulative Totals    ATTM: 55.0    PSSD: 55.0    GPTS: 194.6     GPA: 3.538      BAL: 84.6


**2016 Spring Quarter**

| | | | | | |
|---|---|---|---|---|---|
| MEDBIOCHEM & MOLBIO | BIOCHEM | 210A | 12.0 | A | 48.0 |

    DEANS HONOR LIST

Term Totals        ATTM: 12.0    PSSD: 12.0    GPTS: 48.0      GPA: 4.000      BAL: 24.0

Cumulative Totals    ATTM: 67.0    PSSD: 67.0    GPTS: 242.6     GPA: 3.621      BAL: 108.6

| INCOMPLETE GRADES: | 0 | UNITS: | 0.0 |
|---|---|---|---|
| NR GRADES: | 0 | UNITS: | 0.0 |
| P/NP GRADES: | 3 | UNITS: | 10.0 |
| S/U GRADES: | 0 | UNITS: | 0.0 |
| W GRADES: | 0 | UNITS: | 0.0 |

| GRADE UNITS ATTEMPTED | 67.0 | GRADE POINTS | 242.6 | UC GPA | 3.621 | BALANCE | 108.6 |
|---|---|---|---|---|---|---|---|
| TOTAL UNITS PASSED | 67.0 | UNITS COMPLETED | 210.5 | | | | |

********* THIS IS NOT AN OFFICIAL TRANSCRIPT *********

^ Back to top

University Registrar

- registrar@uci.edu
- •
- tel: (949) 824-6124
- •
- fax: (949) 824-7896

- 215 Aldrich Hall
- •
- Irvine, CA 92697-4975

- hours: Monday–Friday, 8:00 a.m.–5:00 p.m.

© UC Regents

(Print This Page)
envelope image : Contact Us : FAQ
Click here to go to www.uci.edu

## Search Registrar site:

[                    ]
Go

UCI      :   Schedule of      :   General       :   WebReg  :  StudentAccess  :  WebAdmin  :  FAQ  :  Help
Home          Classes              Catalogue                                                              Desk

Unofficial Transcript Logout

- Study List
- Unofficial Transcript
- Transfer Courses
- DegreeWorks
- GPA Calculator
- Student Profile
- Contact Information
- Applications

**RECORD(S):**   Underqraduate   Medical

Your transcript below is not official and is informational only. It is not for use as a verification of enrollment.
Your name and other personal identifiers are not displayed.

Official transcripts, verifications of enrollment, or other records that include your identification information,
may be requested from the University Registrar. Refer to the Services section on our website.

Chronological School
********  THIS IS NOT AN OFFICIAL TRANSCRIPT  ********

### Memoranda

PHYSIOLOGY WAIVED: REQUIREMENT SATISFIED

NEUROSCIENCE WAIVED: REQUIREMENT SATISFIED

BIOCHEMISTRY WAIVED: REQUIREMENT SATISFIED

**2016 Fall Quarter**

| | | | | | | |
|---|---|---|---|---|---|---|
| ANATOMY/EMBRYOLOGY | ANATOMY | 500A | 10.5 | P | 0.0 | PF |
| HISTOLOGY | ANATOMY | 503A | 4.8 | P | 0.0 | PF |
| CLIN FOUNDATIONS I | MED ED | 554A | 7.9 | P | 0.0 | PF |
| Term Totals | ATTM: 0.0 | PSSD: 0.0 | GPTS: 0.0 | | GPA: 0.000 | |
| Cumulative Totals | ATTM: 0.0 | PSSD: 0.0 | GPTS: 0.0 | | GPA: 0.000 | |

**2017 Winter Quarter**

| | | | | | | |
|---|---|---|---|---|---|---|
| ANATOMY/EMBRYOLOGY | ANATOMY | 500B | 4.7 | P | 0.0 | PF |
| NEUROSCIENCE | ANATOMY | 502A | 6.8 | P | 0.0 | PF |
| CLIN FOUNDATIONS I | MED ED | 554B | 5.4 | P | 0.0 | PF |

|                       |         | BEHAV SCI/MED ETHIC | PSYCH   | 505A | 1.2  | P | 0.0 | PF  |      |       |
|-----------------------|---------|---------------------|---------|------|------|---|-----|-----|------|-------|
| Term Totals           | ATTM:   | 0.0                 | PSSD:   | 0.0  | GPTS: 0.0 |   |     |     | GPA: | 0.000 |
| Cumulative Totals     | ATTM:   | 0.0                 | PSSD:   | 0.0  | GPTS: 0.0 |   |     |     | GPA: | 0.000 |

**2017 Spring Quarter**

|                       |         | MED BIOCHEM & MCB   | BIOCHEM | 523  | 10.9 | P | 0.0 | PF  |      |       |
|-----------------------|---------|---------------------|---------|------|------|---|-----|-----|------|-------|
|                       |         | CLIN FOUNDATIONS I  | MED ED  | 554C | 6.5  | P | 0.0 | PF  |      |       |
|                       |         | PT CENTERED CK I    | MED ED  | 557  | 4.0  | P | 0.0 | PF  |      |       |
|                       |         | MEDICAL GENETICS    | PEDS    | 511A | 2.3  | P | 0.0 | PF  |      |       |
| Term Totals           | ATTM:   | 0.0                 | PSSD:   | 0.0  | GPTS: 0.0 |   |     |     | GPA: | 0.000 |
| Cumulative Totals     | ATTM:   | 0.0                 | PSSD:   | 0.0  | GPTS: 0.0 |   |     |     | GPA: | 0.000 |

| | | |
|---|---|---|
| **INCOMPLETE GRADES:** | 0 **UNITS:** | 0.0 |
| **NR GRADES:** | 0 **UNITS:** | 0.0 |
| **P/NP GRADES:** | 11 **UNITS:** | 65.0 |
| **S/U GRADES:** | 0 **UNITS:** | 0.0 |
| **W GRADES:** | 0 **UNITS:** | 0.0 |

| | | | |
|---|---|---|---|
| **GRADE UNITS ATTEMPTED** 0.0 | **GRADE POINTS** 0.0 | **UC GPA** 0.000 |
| **TOTAL UNITS PASSED** 0.0 | **UNITS COMPLETED** 65.0 | |

********* THIS IS NOT AN OFFICIAL TRANSCRIPT *********

^ Back to top

University Registrar

- registrar@uci.edu
- •
- tel: (949) 824-6124
- •
- fax: (949) 824-7896

- 215 Aldrich Hall
- •
- Irvine, CA 92697-4975

- hours: Monday–Friday, 8:00 a.m.–5:00 p.m.

© UC Regents

EXHIBIT B

**From:** Rosezetta Henderson <r.henderson@uci.edu>
**Date:** June 17, 2020 at 4:22:17 PM PDT
**To:** "Muthoka, Jackline" <jmuthoka@hs.uci.edu>
**Cc:** Karen Andrews <klandrew@uci.edu>
**Subject: RE: NBME Subject Exam verification**

Good afternoon Jackie,

I hope you are doing well.

I can confirm that you were granted the accommodation of 1.5 Extended Exam Time for your Shelf Exams at UCI.

Thank you,

Rosezetta

*Rosezetta N. Henderson, M.S.*
**Senior Disability Specialist**
Disability Services Center
University of California, Irvine
100 Disability Services, Bldg 313
Irvine, CA 92697-5130
DSC Main (949) 824-7494 | Direct (949) 824-1335
https://dsc.uci.edu/



*Strengths: Learner | Restorative | Arranger | Responsibility | Input*

**\*\* IMPORTANT NOTE re COVID-19: The DSC is currently closed until further notice. However, staff, services, and support will continue to be available remotely during our regular office hours between 8:00am – 5:00pm, Monday – Friday.**
**\*\*For Campus Updates please visit UCI's Coronavirus Information Hub**

CONFIDENTIALITY NOTICE
This email communication and any attachments may contain confidential and privileged information for the sole use of the designated recipient named above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Muthoka, Jackline <jmuthoka@hs.uci.edu>
**Sent:** Tuesday, June 16, 2020 4:41 PM
**To:** Karen Andrews <klandrew@uci.edu>; Rosezetta Henderson <r.henderson@uci.edu>
**Cc:** jlambeck@leighlawgroup.com
**Subject:** NBME Subject Exam verification

Hi Karen and Rosezetta,

I hope this email finds you safe. I am emailing you to follow-up on an email I send to both you yesterday and I haven't received your reply/acknowledgment of the receipt of my email. Could you please send me a  verification that I receive 50% extended time for my National Board Subject Exams/ NBME Shelf exams, please? Also, if you are not sure or able to provide that information to me right now, could you please acknowledge the receipt of my email and advise me on how long this will take you?

Thank you,
Jackie

EXHIBIT C

 NBME®

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

**Confidential**

January 2, 2018

Jackline Muthoka
3131 Verano Place
Irvine, CA 92617

RE: USMLE Step 1                    USMLE ID#: 5-402-796-6

Dear Ms. Muthoka:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 1. We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

In your personal statement you write that you are requesting additional testing time for the USMLE Step 1 due to "*Test Anxiety disorders.*" You reportedly struggled with test anxiety during your first year of medical school. You explain that you were on the "verge of failing classes" because of the number of questions on exams, the "*level of speed and concentration*" required for the exams, and the "*short amount of time that is required to finish exams.*" You worked with advisors, counselors, and the school psychiatrist, and were diagnosed with "*Specific phobia-test anxiety.*" You write, "*I went through proper procedures that are required by my institution and was approved for an extended time to take my exams in an isolated room to reduce destructions [sic]. This determination fixed my problems.*"

Included with your request was a November 20, 2017 letter of support by Rosezetta Henderson, MS, Senior Disability Specialist, who writes that your diagnosis of "*Specific Phobia-Test Anxiety*" does not hinder your abilities except in timed examinations that require high levels of sustained concentration. Ms. Henderson states that she "*wholeheartedly*" supports your request for additional testing time. Also included with your request was a Verification of Mental Health Evaluation UCIrvine Disability Services Center Student Affairs form signed by Anju Hurria, M.D on March 1, 2017. The diagnosis of "*Specific Phobia-test anxiety*" is listed and the limitations noted are "*anxiety around exams-would benefit from extended time.*" Despite the recommendations for additional testing time, experiencing anxiety during high stakes tests is not evidence of a disability or a substantial limitation in a major life activity.

The purpose of testing accommodations is to provide access to the USMLE testing program for individuals with a documented disability as defined by the ADA, not to optimize test performance or ensure a passing score. A diagnostic label, in and of itself, does not establish coverage under the ADA, nor does prior receipt of accommodations for a particular activity guarantee that identical

accommodations are indicated or will be available in all future settings and circumstances. The ADA defines disability as a physical or mental impairment that substantially limits one or more major life activities as compared to most people in the general population.

Your documentation does not demonstrate a substantial limitation in a major life activity as compared to most people or that the requested accommodations are an appropriate modification of your USMLE Step 1 test administration.  Therefore, after a thorough review of all of your documentation, I must inform you that we are unable to provide you with the requested accommodations.

We will advise Applicant Services to process your exam application without test accommodations. You may inquire at usmlereg@nbme.org or call Applicant Services directly at (215) 590-9700 with any questions about your scheduling permit.

Sincerely,

Lucia Dwyer

Lucia Dwyer, Ph.D.
Disability Assessment Analyst, Disability Services

EXHIBIT D

Jackline Muthoka

3131 Verano Place, Irvine, CA, 92617.

May 6th, 2019

USMLE ID# 54027966

Dear Sir//Madam:

### USMLE Step 1 Test Accommodation Reconsideration

Attached please find the following supporting documents for the reconsideration of the USMLE Step 1 exam. Attached documents are:

1.) My personal statement
2.) Assessment Report from Chicago school of professional psychology
3.) Letter from Rosezetta Hernderson, Senior Disability Specialist
4.) Request for Test Accommodations Form

Copies of the submitted documents are the exact replicas of the original documents and I agree to submit the original documentation should that be required.

Thank you,

Jackline Muthoka

Jackline Muthoka

3131 Verano Place, Irvine, CA, 92617.

May 6th, 2019

USMLE Step 1 Test Accommodation Reconsideration

USMLE ID# 54027966

To whom it may concern:

My name is Jackline Muthoka and I am a second- year medical student at the University of California, Irvine, School of Medicine. I am writing this letter to be reconsidered for 50% additional testing time for USMLE Step 1. I am submitting this reconsideration based on new documentation that provides evidence of the following: slow information processing speed, low reading comprehension, weaknesses with tasks involving visual perception, visual organization, nonverbal formation, completing timed tasks, and blocking out distractions as I attempt to focus with diagnoses of Other Specified Anxiety Disorder (Test Anxiety) and Other Specified Neurodevelopmental disorder related to Visual Processing. These barriers hinder me from accessing the exam in its entirety. By not being able to access the entire exam, I am placed at a greater disadvantage when compared to my peers.

**Include specific information about the disability-related symptoms and how they affect your academic, occupational, social and other important areas of functioning.**

To begin, when my mother passed away in 1998, I realized that my life had changed completely. I became more anxious when performing daily tasks. At first, I thought it was grief for which I attended therapy, and everything seem to go back as it once was. When my father passed away in 2003, I experienced greater depths of anxiety, and I began to worry about how my siblings and I were going to navigate through life without our parents. Again, I went to therapy, but this time, my life took a complete turnaround. Instead of healing and going back to my normal, calm state, I continued to experience anxiety throughout my personal and academic life. In addition, having weaknesses in reading comprehension, completing timed tasks, and with tasks involving visual perception, visual organization, and nonverbal formation. I also have difficulties blocking out distractions as my attempts to focus only aggravates my anxiety.

Anxiety of being late for meetings or work has negatively affected my life in more ways than one. The anxiousness of being late has prompted me to surpass the speed limit while driving which has resulted in several driving tickets. To ensure I wake up on time, I set multiple alarms even though I am yet to miss one. Anxiety affects most aspects of my life, although with meditation and counseling, I am learning to live with it. I have learned to reduce triggers that worsen the condition or completely remove them, which makes it easier for me to manage daily routines. When I experience episodes of anxiety, most of the time I have physical reactions such as, my blood pressure rising or I become sweaty, nauseous, and at times vomit. Most of these symptoms, I experience the day prior to and the morning of exams. In addition, if the exam has multiple sections, I have, in some instances, vomited in between the sections. These symptoms can last the entire day. Nights following high pressure events, I find it impossible to sleep,

having never ending thoughts and fears of underperforming as well as worries that I will not have the chance to finish the tasks at hand, unlike my peers.

Weaknesses in visual perception, visual organization, and nonverbal formation have also impacted my life in different ways. For example, I find it challenging to read maps and understand directions quickly, which frustrates my friends and family while traveling. I heavily rely on my friends and family for directions and navigation in areas with no GPS. While travelling alone, I set aside 3-4 hours in my daily schedule to account for the time spent trying to find my way to my destination. I have been lost multiple times and needed the guidance of strangers to find my way to hotels or airports. In the USA, I rely heavily on the GPS to get around. It is sad that I need navigation even in places that I have visited multiple times. Academically, visual perception and visual organization becomes an issue when I have to place different pieces of information in various categories or when I have to solve puzzles and read charts. It takes me such a long time that, if it is an in-class game of solving puzzles, and I can, I would opt out of the game. In exam settings, I usually leave questions involving reading charts and graphs to the very end for this reason.

During my everyday life, slow information processing speed and weak reading comprehension manifests in all that I am involved in. It explains my fear of attending events and being the last person to understand jokes and this has negatively affected my social life. I find it more appealing to stay at home and avoid large gatherings. These weaknesses also describe my obsessive need to plan ahead for group work activities and projects at church and school. Academically, I prepare materials in advance to make sure that I will be up to par with my peers, while we work on reading articles or research papers. I have had experiences where if I had waited to read in a group setting, I could not contribute to group projects due to not being able to comprehend the information at the same speed as my peers. This makes my academic life both frustrating and exhausting.

When I received an academic scholarship to study in the US, I was required to attend a visa interview with the US consulate in Kenya. Months before the interview, I spent hours studying, reviewing, and preparing for the interview. The night before the interview, I could not sleep because I was worried that I would not have an opportunity access all of the information within the allocated time, despite my rigorous preparation process. I was also concerned that my weak reading comprehension would keep the interviewer waiting for me and he or she would become impatient and deny me the visa. These are just some examples of situations where my weaknesses in reading comprehension and completing timed tasks, together with slow processing speeds, rose my anxiety to levels of almost experiencing a panic attack.

**<u>Describe the extent to which your daily functioning is impaired and how that impairment interferes with your ability to access the examination under standard conditions.</u>**

I have always enjoyed learning and being a student, except while taking exams. It is not the exam in itself that has made my academic life difficult, but rather knowing that I will be seated with peers who are processing the exam information at a faster pace than I am. This allows them the opportunity to answer all of the questions and the thought that I am unable to do this is extremely intimidating and causes high levels of stress. Even though I spend numerous hours on productive learning, I enter the exam room with a feeling of defeat before I even begin. Unfortunately, these exams are used as tools for evaluating the amount of knowledge one has

and how far one can advance with her education within a set time. Providing an equal opportunity for students with disabilities, such as myself, by extending time to read and process all the exam questions, will allow me to demonstrate my knowledge and move forward throughout my medical program.

While taking exams under standard time limits, I experience extreme anxiety that causes difficulties with blocking out distractions that would otherwise allow me to clearly focus on finishing the exam. Having significant delays with processing information and knowing that I will not have a chance to complete all of the questions on the exam exacerbates my afflictions. I find myself re-reading the same material multiple times and still not being able to comprehend the information properly. The worst part is that I become anxious days before timed situations and therefore, become tired and worn-out by the time I am able to engage in the timed events. After exams, I experience a heavy sense of guilt, shame, and frustration because I never received a fair chance to answer all the questions and neither did I have a fair chance to practice everything I have learned. It is exhausting and humiliating to leave an exam room crying and feeling defeated, instead of celebrating an achieved milestone in my academic life.

During my high school and undergraduate years, I struggled heavily with finishing exams. I was always the last person to submit my exams and would try to use every minute wisely, but still ended up running out of time and not having the chance to see the final 5-10 questions. Due to me showing my knowledge in the attempted questions, my performance was strong overall. However, with most exams, the professor would regularly provide an informal accommodation and allow me additional time to finish. I was grateful for this and would take advantage of these opportunities to finish the remaining questions. These informal accommodations minimized the barriers that I experienced throughout my high school and undergraduate studies and I graduated without formally receiving accommodations.

Another major milestone where I really struggled with testing time was during my MCAT preparation. Although I went through various preparation courses and spent hours of active studying and preparing for this exam, I still underperformed after attempting the MCAT exam a total of four times because of my inability to access all of the exam questions. This negatively affected the trajectory of my medical school career. While my peers were applying directly to medical school, my low scores would not allow me to start medical school without conditions. I was accepted to UCI School of Medicine as a conditional medical student due to my otherwise strong application. I was required to continue strengthening my MCAT score so that I could prove to the school that I could be successful. During my conditional year, I was required to be at the top 75 percentile of the medical school class (performing above a medical school class average), which I did. I was successful because I informally received extended time on exams. After a successful year as a conditional student, I was required to retake the MCAT again as part of the requirements for official admission as a first-year medical student. I took various preparatory courses that were meant to help with knowledge and exam strategies and retook MCAT twice with a minimal score improvement. Because these programs never addressed my underlying problems, consisting of slow information processing and low reading comprehension, I still suffered the same consequences.

During my first year of medical school, I struggled with test anxiety because of my slow information processing and reading comprehension and was on the verge of failing my classes. After working with advisers, counselors, and the school psychiatrist, I was diagnosed with

Specific Phobia-Test Anxiety. I went through the proper procedures that were required by my institution and registered with the Disability Services Center and was formally approved for an extended exam time in an isolated room in order to reduce distractions. This determination minimized the barriers that my diagnoses presented in a timed setting. With utilizing testing accommodations, I was better able to display my knowledge of taught material. My anxiety levels decreased, and I was able to sleep better the night before exams because I knew I would have the opportunity to access all of the exam questions and demonstrate my knowledge.

My most recent struggles with test accommodations were when I was preparing to take the USMLE Step 1 exam in May 2018. After successfully going through two years of medical school, while receiving and utilizing test accommodations, I applied for accommodation and was denied. After the denial, I worked hard and applied every strategy I knew in order to better prepare for the exam. I paid for and attended a preparatory course with the Institute of Medical Boards to help me with both information and exam strategies to successfully complete this exam. After the preparatory course, I took the exam again in October and, unfortunately, my score only went up by 2 points, which was still a fail. This is because, once again, I ran out of time in each section of the exam and didn't have access to an average of 8 questions per section for a total of about 56 questions. This is to show that all these preparation programs did not address the underlying issues that I am experiencing which are : low reading comprehension, weaknesses with tasks involving visual perception, visual organization, nonverbal formation, completing timed tasks, and blocking out distractions as I attempt to focus, that ultimately exacerbate the anxiety with which I already struggle. Lack of extended time to fully access all the exam questions cost me an academic year again, exam expenses (preparation and fees), and it caused me guilt and induced an extreme amount of stress, and self-doubt.

**Provide a clear rationale for the requested accommodation(s) and describe how each requested accommodation will alleviate the functional limitations caused by your disability.**

Going through school is emotionally, financially, and socially difficult for anyone. It is even more difficult when someone goes through it knowing that he/she does not have the same opportunities that his/her peers have to succeed. I have struggled with timing in exams and with receiving grades that do not accurately reflect my level of knowledge and abilities. It is demoralizing, to say the least, that I work hard and sacrifice everything I need in order to receive a strong education, all while knowing that my peers have a competitive advantage. This has, unfortunately, been a reality that I have had to live with throughout my high school and undergraduate studies and it is something I am still experiencing while attending medical school. I have utilized accommodations throughout in-school exams, but unfortunately these accommodations have not been granted recently. This is a huge disadvantage to me as it has hindered me from demonstrating my academic abilities and as a result, has halted my progress towards graduation.

Throughout my education, having 50% additional testing time has allowed me to demonstrate my understanding of materials on exams and has enabled me to get to this far academically. I will need the same 50% additional testing time while I take USMLE Step 1 in order to have access to all exam questions and, therefore, have a fair assessment of my knowledge and abilities. With enough time, I will be able to overcome the weakness of completing timed tasks, barriers of slow information processing speed and low reading

comprehension that hinder me from accessing the exam in its entirety. In addition, I will have a chance to read and understand charts in the exam, as well as organizing information in categories which will allow me to overcome the weakness in tasks involving visual perception, visual organization, and nonverbal formation. Furthermore, knowing that I will have equitable testing conditions and a separate room to take the exam will allow me to block out distractions and focus on this exam. With these needs met, the symptoms of my diagnoses will be at a minimum and the barriers to access the exam will be overcome, allowing me an equal opportunity to perform to the best of my ability. With the barriers and challenges of accessing exams presented above, it is therefore necessary that I am provided with 50% additional testing time for the USMLE Step 1.

Thank you so much for your consideration in this matter and I look forward to hearing from you!


Sincerely,


Jackline Muthoka



**UCI** University of
California, Irvine

Disability Services Center
100 Disability Services
Building 313
Irvine, CA 92697-5250

(949) 824-7494
(949) 824-3083 FAX
dsc@uci.edu

**www.dsc.uci.edu**

May 10, 2019

To Whom It May Concern:

Re: Jacklin Muthoka          USMLE ID #: 54027966

I am writing in support of Jackline Muthoka's reconsideration of the decision to deny her disability-related test accommodations on the USMLE, Step 1 exam. In my November 20, 2017 letter of support, I clearly explained the reasons certain accommodations were provided for Ms. Muthoka. Ms. Muthoka had also provided support from a mental health professional. Since her denial, Ms. Muthoka has undergone a comprehensive psychological evaluation (attached).

Ms. Muthoka is submitting new information (comprehensive psychological evaluation) to be reconsidered which was completed by Julie Wilnier, Ph.D. (dated 4/1/19).   Ms. Muthoka has been identified as a person with a disability (*Other Specified Neurodevelopmental Disorder related to Visual* Processing *(F88)*) and further provides evidence of the initial diagnosis that was presented (*Other Specified Anxiety Disorder – Test Anxiety (F41.8)*) that substantially limits major life activities. The specific major life activities identified in the report are related to brain function: Reading comprehension and fluency (Low Average Range); Oral Fluency (Low Average); Weaknesses in completing timed tasks, blocking out distractions while attempting to focus, and nonverbal abilities which directly impacts her processing speed.

As you are aware, the comprehensive psychoeducational assessment is conducted in a safe, supportive environment and not during career ending events such as medical board exams. Ms. Muthoka's diagnosis and functional limitations are understandably exacerbated by stressful situations such as the USMLE Step exam.

In considering this appeal, I paid close attention to the Regulations to implement Titles II and III of the ADA Amendments Act that went into effect October 11th 2016. As you are aware, these regulations clarify the intent of the ADAAA and provide concrete examples-several that are applicable to high stakes testing agencies and high stakes environments (like medical school). These regulations govern accommodations in medical education and on the NBME Step 1. In particular, UCI (in following DOJ guidance) does not use evidence of past student success to discount a student's eligibility for services, nor accommodation approval. We also respect the committee's rejection that the findings in Price v. National Board of Medical Examiners, Gonzales v. National Board of Medical Examiners, and Wong v. Regents of University of California were *incorrect* and that individuals who achieve a high level of academic achievement **can** be considered individuals with disabilities under the ADA. Specific to Ms. Muthoka's case, we offer that the regulations added Generalized Anxiety Disorder and *Attention-Deficit/Hyperactivity Disorder* as an example of a physical or mental impairment in §§ 35.108 (d)(2)(iii)(A) through (K)and 36.105(b)(2).

Further, these Regulations to implement Titles II and III of the ADA Amendments Act, specifically explain the term substantially limits and identify Generalized Anxiety Disorder and Attention-Deficit/Hyperactivity Disorder as a disabling condition.

     (i)    The term ''substantially limits' 'shall be construed broadly in favor of expansive coverage, to the maximum extent permitted by the terms of the ADA. ''Substantially limits'' is not meant to be a demanding standard.

  (K)  Major depressive disorder, bipolar disorder, post-traumatic stress disorder, traumatic brain injury, obsessive compulsive disorder, and schizophrenia each substantially limits brain function.

It appears that the denial was based on Ms. Muthoka's interpretation and belief that Ms. Muthoka's disability did not substantially limit major life activities.

Excerpt from January 2, 2018 denial letter
"A diagnostic label, in and of itself, does not establish coverage under the ADA, nor does prior receipt of accommodations for a particular activity guarantee that identical accommodations are indicated or will be available in all future settings and circumstances. The ADA covers individuals who are substantially limited in a major life activity. Determination of whether an individual in substantially limited in functioning as compared to most people is based on assessment of the current impact of the identified impairment. "

Based on this clarification, I encourage approval of Ms. Muthoka's requested accommodations for the USMLE STEP 1. Please do not hesitate to contact me at (949) 824-1335 or by email at r.henderson@uci.edu with any questions or concerns.

Sincerely,

Rosezetta Henderson, M.S.
Senior Disability Specialist

United States Medical Licensing Examination® (USMLE®)

## REQUEST FOR TEST ACCOMMODATIONS
*Use this form if you are requesting accommodations on USMLE for the first time*

**The National Board of Medical Examiners® (NBME®) processes requests for test accommodations on behalf of the USMLE program**

If you have a documented disability covered under the Americans with Disabilities Act (ADA), you must notify the USMLE in writing <u>each time</u> you apply for a Step examination for which you require test accommodations. Submitting this form constitutes your official notification.

- Review the USMLE Guidelines for Test Accommodations at www.usmle.org for a detailed description of how to document a need for accommodations.

- Complete all sections of this request form; submit the form and all required documentation to Disability Services once you have submitted your Step exam application to your registration entity.

- NBME will acknowledge receipt of your request by e-mail and audit your submission for completeness. If you do not receive an e-mail acknowledgement within two business days of submitting your request, please contact Disability Services at 215-590-9700 or disabilityservices@nbme.org.  You may be asked to submit additional documentation to complete your request.

- Requests are processed in the order in which they are received. Processing cannot begin until sufficient information is received by NBME **and** your Step exam registration is complete. Please allow at least 60 days for processing of your request.

- The outcome of our review will not be released via telephone.  All official communications regarding your request will be made in writing.  If you wish to modify or withdraw a request for test accommodations, contact Disability Services by e-mail at disabilityservices@nbme.org or by telephone at 215-590-9700.

**As explained in the Guidelines to Request Test Accommodations (www.usmle.org), you MUST provide supporting documentation verifying your current functional impairment.**

<u>**Submit**</u> the following with this form:

✓  A **personal statement** describing your disability and its impact on your daily life and educational functioning.

✓  A **complete and comprehensive evaluation** from a qualified professional documenting your disability.

✓  **Supporting documentation** such as academic records; score transcripts for previous standardized exams; verification of prior academic/test accommodations; relevant medical records; previous psycho-educational evaluations; faculty or supervisor feedback; job performance evaluations; clerkship/clinical course evaluations; etc.

**Please be sure to review the Guidelines for more detailed information regarding supporting documentation.**

USMLE® Request for Test Accommodations

## Section A: Exam Information

Place a check next to the examination(s) for which you are **currently registered** *and* requesting test accommodations: (Check all that apply)

☒ Step 1

☐ Step 2 CK (Clinical Knowledge)

☐ Step 2 CS (Clinical Skills)

☐ Step 3*

*Please be aware that additional test time for Step 3 may involve 3 to 5 days of testing, depending on the requested accommodation (See Section C1).

## Section B: Biographical Information
**Please type or print.**

**B1.** Name: _Muthoka_ _Jacline_ _M._
           Last              First              Middle Initial

**B2.** Gender: ☐ Male   ☒ Female

**B3.** Date of Birth: _09|06|1987_

**B4.** USMLE # _5_ - _4_ _0_ _2_ - _7_ _9_ _6_ - _6_ (required)

**B5.** Address:
_3131   Verano   Place_
Street
_Irvine_                      _Ca_            _92617_
City                        State/Province    Zip/Postal Code
_USA_
Country
_714-598-6400_
Preferred Telephone Number
_jackiemuthoka87@gmail.com_
E-mail address

**B6.** Medical School Name: _University of California, Irvine, School of Medicine_

Country of Medical School: _USA_          Date of Medical School Graduation: _2022_

USMLE® Request for Test Accommodations

## Section C: Accommodations Information

### C1.   Step 1, Step 2 CK, or Step 3 (computer-based examinations)

Check the appropriate box to indicate the accommodations you are requesting. Check **ONLY ONE** box for the exam(s) for which you are currently registered:

**STEP 1:**

**Additional Break Time**
- ❑ Additional break time over 1 day
- ❑ Additional break time over 2 days

**Additional Testing Time**
- ❑ 25% Additional test time (Time and 1/4) over 2 days
- ❑ 50% Additional test time (Time and 1/2) over 2 days
- ❑ 100% Additional test time (Double time) over 2 days

- ☒ Additional break time and 50% Additional test time (Time and 1/2) over 2 days

**STEP 2 CK:**

**Additional Break Time**
- ❑ Additional break time over 2 days

**Additional Testing Time**
- ❑ 25% Additional test time (Time and 1/4) over 2 days
- ❑ 50% Additional test time (Time and 1/2) over 2 days
- ❑ 100% Additional test time (Double time) over 2 days

- ❑ Additional break time and 50% Additional test time (Time and 1/2) over 2 days

**STEP 3:**

**Additional Break Time**
- ❑ Additional break time over 4 days

**Additional Testing Time**
- ❑ 25% Additional test time (Time and 1/4) over 3 days
- ❑ 50% Additional test time (Time and 1/2) over 4 days
- ❑ 100% Additional test time (Double time) over 5 days

- ❑ Additional break time and 50% Additional test time (Time and 1/2) over 4 days

**Describe** any other accommodation(s) you are requesting for **Step 1, Step 2 CK,** or **Step 3**.

_____

_____

### C2.   STEP 2 CS (Clinical Skills)
Review the Step 2 CS Onsite Orientation video and Step 2 CS Content Description and General Information Booklet at www.usmle.org for detailed information about the format and delivery of the Step 2 CS examination.

Describe the accommodations you are requesting for each section of Step 2 CS (i.e., patient encounter, patient note). If you are requesting additional time, state the **amount** of additional time you require in **minutes per encounter or note**.

- ❑ Patient Encounter:_____
- ❑ Patient Note:_____

**USMLE® Request for Test Accommodations**

**C3.**     Do you require wheelchair access at the examination facility?  ❑ Yes  ❑ No
If yes, please indicate the number of inches required from the bottom of the table to the floor: _____

## Section D: Information About Your Impairment

**D1.**  List the **specific DSM/ICD diagnostic code(s) and disability** for which you are requesting
accommodations and report the year that it was **first** diagnosed.

| DIAGNOSTIC CODE | DISABILITY | YEAR DIAGNOSED |
|---|---|---|
| DSM5 F40.2 | Other specified Anxiety Disorder (Test Anxiety) | – 2017 |
| | Other specified Neurodevelopmental disorder related to Visual Processing | – 2019 |

**D2.**  **Personal Statement**

✎ **Attach a signed and dated personal statement describing your impairment(s) and how a major**
**life activity is substantially limited.** The personal statement is your opportunity to tell us how your
physical or mental impairment(s) substantially limits your current functioning in a major life activity
and how the standard examination conditions are insufficient for your needs. In your own words,
describe the impact of your disability on your daily life (do not confine your statement to
standardized test performance) and provide a rationale for why the specific accommodation(s) you
are requesting are necessary in the context of this examination.

## Section E:  Accommodation History

**E1. Standardized Examinations**

✎ **Attach copies of your score report(s) for any previous standardized examination taken.**

✎ **If accommodations were provided, attach official documentation from each testing agency**
**confirming the test accommodations they provided.**

List the accommodations received for previous standardized examinations such as college, graduate, or
professional school admissions tests and professional licensure or certification examinations (if no
accommodations were provided, write NONE).

| | DATE(S) ADMINISTERED | ACCOMMODATION(S) PROVIDED |
|---|---|---|
| ❑ SAT®, ACT® | | |
| ❑ MCAT® | | |
| ❑ GRE® | | |
| ❑ GMAT® | | |
| ❑ LSAT® | | |
| ❑ DAT® | | |
| ❑ COMLEX® | | |
| ❑ Other (specify) | | |

USMLE® Request for Test Accommodations

## E2. Postsecondary Education

List each school and all formal accommodations you receive/received, and the dates accommodations were provided:

🖉 **Attach copies of official records from each school(s) confirming the accommodations they provided.**

🖉 **If you receive/received accommodations in <u>medical school and/or residency,</u> have the appropriate official at your medical school/residency complete and submit the <u>USMLE Certification of Prior Test Accommodations</u> form available at www.usmle.org.**

| SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|
| **Medical/Graduate/ Professional School** | U.C. Irvine School of Medicine 50% extended testing time | Official approval March 2017 Unofficial approval August 2015 - Best (Conditional Medical student) |
| **Undergraduate School** | Hope International University | Unofficial accommodation from Jan 2008 - Dec 2013 |

## E3. Primary and Secondary School

List each school and all formal accommodations you received, and the dates accommodations were provided:

🖉 **Attach copies of official records from each school listed confirming the accommodations they provided.**

| SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|
| **High School** | Gittunguri Girls' high school - Kenya | Unofficial accommodation throughout high school |
| **Middle School** | Ndera Primary school - Kenya | Unofficial accommodation offered throughout middleschool |
| **Elementary School** | Ndera Primary school - Kenya | Unofficial accommodation offered throughout elementary school |

**USMLE® Request for Test Accommodations**

## Section F:  Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate.  I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:
- Evaluating my eligibility for accommodations.  When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research.  Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information.  I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information, if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print): _Jackline    Muthoka_

Signature: _____    Date: _5|17|19_

**E-mail (as a pdf), fax or mail your completed request form and supporting documents to the address below <u>at the same time</u> you submit your Step examination application.**

**Disability Services**
**National Board of Medical Examiners**
**3750 Market Street**
**Philadelphia, PA 19104-3190**
**Telephone: (215) 590-9700**
**Facsimile: (215) 590-9422**
**E-mail: <u>disabilityservices@nbme.org</u>**

IRVINE
# COUNSELING
## CENTER
TheChicagoSchool
of Professional Psychology

The Chicago School of Professional Psychology's Irvine Counseling Center

4199 Campus Drive, Irvine CA

(949) 769-7747

**Confidential**

**Psychological Evaluation Report**

Name: Jackline Muthoka                        Gender: Female

Date of Birth: 9/6/1987                       Marital Status: Single

Chronological Age: 31years                    Occupation: Student

Examiners:     Kourtney Mitchell (PsyD Practicum Trainee)

               Ryan Mosier (PsyD Practicum Trainee)

Clinical Supervisor: Julie Wilnier, PhD; Lic# PSY 20932

Dates of Evaluation: February 4, 11, 25, & March 4, 2019

Dear Ms. Muthoka,

You were recently evaluated in our office, and requested a psychological evaluation in order to be provided recommendations for improving your test taking skills and overall functioning, indicating that you have difficulty comprehending some information and completing tasks that are timed. Following are the results of your evaluation.

## CONFIDENTIALITY/LIMITS OF INFORMED CONSENT

Prior to beginning the assessment, the TCSPPICC evaluation packet was reviewed with Ms. Muthoka. The packet provides information including notification of limits of confidentiality, mandated reporting requirements, a description of the evaluation process and testing, authorization to release confidential information forms, and a Notice of Privacy Practices concerning protected health information, pursuant to the Welfare and Institutions Code Section 5238. Ms. Muthoka was given the opportunity to ask questions about the procedures and packet information. She read the packet and signed her agreement to proceed with the evaluation.

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e  | **2**

*IMPORTANT: The following report may contain sensitive information subject to misinterpretation by those untrained interpreting psychological assessment data. Disclosure of any material herein without the permission of the court, the legal guardian, or the holder of the privilege is prohibited unless in accordance with the Welfare and Institutions Code Section 5238.*

## IDENTIFYING INFORMATION AND REASON FOR REFERRAL

Ms. Muthoka is a 31-year-old, single female who was born and raised in Kenya. She identifies her ethnicity as African, Kenyan. Ms. Muthoka grew up with both of her parents and her two siblings in Kenya until 2008, when she came to California on an academic scholarship and attended Hope International University, California State University Fullerton, and most recently, University of California, Irvine (UCI). Ms. Muthoka is currently living in Irvine, CA with a roommate in Graduate Student Housing.

Ms. Muthoka reports experiencing anxiety, attention, reading, and comprehension issues. She reports that it is hard for her to read and process passages, which leads to issues with her performance on examinations. She reports that often it takes her a very long time to read and then process what she has just read, and she finds it is harder to process words than numbers. She feels that this challenge with processing information causes her to become overly worried about completing tasks.  As a result, Ms. Muthoka reports that she is usually the last student in class to finish exams, and that she feels very anxious with each exam, worried about whether she will be able to complete it in the time allotted. In fact, prior to taking exams, Ms. Muthoka provided that she sometimes will feel nauseous the night before.  After exams, Ms. Muthoka reports that she can be hard on herself for not finishing or knowing the answer to an easy question, resulting in self-criticism. Ms. Muthoka requested a psychodiagnostic evaluation to assess her current cognitive and emotional functioning, determine the reason for her current struggles, and to seek appropriate recommendations for further treatment and assistance, especially as she prepares to take the Medical Licensure Examinations (USMLE).

## RELEVANT HISTORY

*The following information was solely obtained from Ms. Muthoka.*

### Family History

Ms. Muthoka was born and raised in Kenya, living with her mother, father, brother and sister, and reports having had a happy, loving, and supportive childhood. Currently, her brother and sister still live in Kenya and both parents are deceased. She reports that her mother died from Malaria in 1998, and her father from a heart attack in 2003.  Ms. Muthoka reports that she has always had a very good relationship with her family members, and still remains in contact with

Muthoka, J
Psychological Evaluation
April 1, 2019

Page | **3**

her siblings. Additionally, she provided that she is also helping to pay for her cousin to attend school in Kenya.

## Developmental and Medical History

Ms. Muthoka reports not knowing if there were any complications in regard to her developmental history, therefore, she assumes her developmental milestones were met within normal limits.  Ms. Muthoka reports that she thought she had trouble with her hearing as an adult, however, results from a hearing test provided there are no hearing issues.  She reports no serious medical problems, but is concerned with anxiety which causes her to feel ill when taking timed tests, which then negatively affects her performance. Ms. Muthoka denies any use of alcohol or substances. She also reports minimal caffeine intake and no current use of any prescribed medications.

## Academic History

Ms. Muthoka attended school in Kenya until 2005, when she graduated from high school with an A average throughout her childhood and adolescent academic career. She then moved to the United States in 2008, where she received her undergraduate degree after six years. She initially attended Hope International University for two years, and then concurrently attended California State University Fullerton on an academic scholarship for the latter four years. She is currently attending UCI as a third year medical student. Additionally, Ms. Muthoka reported that she can speak seven different languages, however, she feels she is fluent in only four of them, including the English language.

Ms. Muthoka reported that she began receiving academic accommodations at Hope International University, where she was allowed unlimited time for exams. During her UCI medical school program, Ms. Muthoka was advised to see a psychiatrist at UCI, where she was never formally assessed, yet reportedly was given a diagnosis of Test Anxiety, and as a result, she received academic accommodations, including extra time for exams and taking exams in a separate room.

## Occupational History

Ms. Muthoka reports that she currently works full-time providing in-home care, and before medical school she spent time volunteering at Hoag Hospital in Newport Beach, CA. From 2008-2013, Ms. Muthoka worked for 6 years as a library assistant at Hope International University.

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e  | 4

## Psychiatric History

Ms. Muthoka reported that she has never been previously diagnosed with any mental health disorders until her diagnosis of Test Anxiety from the UCI psychiatrist. The only mental health treatment she reported was seeing a doctor in Kenya, to help with the bereavement of her parents. Ms. Muthoka currently denies suicidal and homicidal ideation.

## Legal History:

Ms. Muthoka reports no legal history.

## ASSESSMENT PROCEDURES

Clinical Interview
Mental Status Evaluation (MSE)
Million Clinical Multiaxial Inventory – Fourth Edition (MCMI-IV)
Projective Drawings (House-Tree-Person)
Test of Variable of Attention (T.O.V.A): Visual and Auditory
Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)
Wechsler Individual Achievement Test – Third Edition (WIAT-III)

## BEHAVIORAL OBSERVATIONS AND MENTAL STATUS EXAMINATION

Ms. Muthoka is a 31-year-old Kenyan, single, female. She relocated to the United States from Kenya to attend university in 2008. She is currently attending medical school at UCI and is working full-time, providing in-home care. Ms. Muthoka arrived to all of her assessment sessions on time. She was oriented to time, place, person, and situation, and was appropriately groomed and dressed for her age and the circumstances. At the first session, Ms. Muthoka was eager to participate in the assessment, but also exhibited signs of distress by shaking her head during problems and questioning her abilities after comprehension subtests. Further, Ms. Muthoka described bouts of increased anxiety, lack of sleep, and nausea the night before and during testing. Although overall, her affect was appropriate, and she displayed direct eye contact with both administrators. There were no thought process, content, or perceptual disturbances present, however, she did infrequently request clarification on the meaning of some words. She was cooperative throughout the testing session but expressed concern multiple times about completion time of the entire assessment process and when the report would be finished, however, her attitude remained understanding with each repeated explanation. She denied having any suicidal or homicidal ideation. Her insight appeared adequate in that she seemed able to understand that her anxious and physically upsetting feelings may be causing her to be unable

Muthoka, J
Psychological Evaluation
April 1, 2019

to complete tasks at an adequate pace. Her judgement seems to be intact, and she was motivated and attentive throughout the entire assessment process.

Ms. Muthoka demonstrated consistent motivation, concentration, and attention throughout the 2-hour administration of the WAIS-IV. Administration of the WIAT-III occurred over a two-hour session, followed by an hour session the following week. On the Listening Comprehension, Reading Comprehension and Math sections, Ms. Muthoka reported many times that these sections were not enjoyable and asked administrators to provide the answers after she responded, meanwhile being informed that this was not allowed. Ms. Muthoka frequently wanted to use her phone to "check her work," which also was not permitted, though she reported that after the completed sessions, should would look up the math formulas that she could not remember how to solve. Ms. Muthoka took advantage of the opportunity to look back at the passage when answering the *Reading Comprehension* subtest questions. On the essay portion of the WIAT-III, Ms. Muthoka did not make an outline for herself, and did not need much time to think of her favorite game, however, Ms. Muthoka did take the entire 10 minutes to complete the essay.

Ms. Muthoka completed the MCMI-IV in a timely manner and did not require any assistance from administrators. During the House-Tree-Person projective assessment, Ms. Muthoka completed all four drawings relatively quickly, while staying focused on the task at hand. She was also administered both the Visual and Auditory versions of the TOVA test. Ms. Muthoka required the instructions to be repeated and her concentration and patience appeared to become strained after 10 minutes of the test, as she began sighing consistently, moving around in her seat, and would blink and move toward the screen. Additionally, she made a comment on how happy she was once the test was "over with." She also reported that she forgot her reading glasses before the Visual test, however, it was confirmed that she only uses the glasses to read, so it is likely that this did not negatively impact her performance on the test which is administered in large display, on an oversized monitor. Additionally, the volume was turned all the way up for the Auditory test, as she stated that she did not have great hearing. She reported that the test was "confusing" and constantly mentioned that she knew she had made mistakes during the TOVA test.

Muthoka, J
Psychological Evaluation
April 1, 2019

## TEST RESULTS

### Cognitive Functioning

| Wechsler Adult Intelligence Scale –Fourth Edition | | | | | | |
|---|---|---|---|---|---|---|
| Scale | Scaled Scores | Composite Score | Percentile Rank | 95% Confidence Interval | Qualitative Description | Is Index/ Cluster / IQ Interpretable? |
| **Verbal Comprehension** | | 100 | 50 | 94-106 | Average | Yes |
| Similarities | 10 | | | | | |
| Vocabulary | 11 | | | | | |
| Information | 9 | | | | | |
| **Perceptual Reasoning** | | 90 | 25 | 84-97 | Average | Yes |
| Block Design | 7 | | | | | |
| Matrix Reasoning | 10 | | | | | |
| Visual Puzzles | 8 | | | | | |
| **Working Memory** | | 95 | 37 | 89-102 | Average | Yes |
| Digit Span | 8 | | | | | |
| Arithmetic | 10 | | | | | |
| **Processing Speed** | | 81 | 10 | 75-91 | Low Average | Yes |
| Symbol Search | 6 | | | | | |
| Coding | 7 | | | | | |
| **Full Scale** | | FSIQ **90** | **25** | **86-94** | **Average** | **Yes** |

Composite score: Mean = 100, SD =15

Ms. Muthoka's cognitive functioning was evaluated with the **Wechsler Adult Intelligence Scale—Fourth Edition (WAIS-IV)**. The WAIS-IV is an IQ test designed to measure intelligence and cognitive ability via 10 core subtests. The Full-Scale IQ (FSIQ) composite score is derived from all 10 subtest scores and is considered the most representative estimate of overall intellectual functioning. Ms. Muthoka's general cognitive ability is within the average range of intellectual functioning, as measured by the FSIQ of the WAIS-IV. Her overall thinking and reasoning abilities

Muthoka, J
Psychological Evaluation
April 1, 2019

exceed those of approximately 25% of individuals her age (FSIQ= 90; 95% Confidence Interval= 86-94).

Ms. Muthoka's verbal reasoning abilities as measured by the Verbal Comprehension Index (VCI) are in the average range and above those of approximately 50% of her peers (VCI= 100; 95% Confidence Interval= 94-106). The VCI is designed to measure verbal reasoning and concept formation, administered in the form of oral questions. Ms. Muthoka scored in the average range on each subtest. The VCI subtests, *Similarities* and *Vocabulary,* evaluate verbal concept formation, crystallized intelligence, and auditory comprehension. The *Similarities* subtest asked Ms. Muthoka to describe how two words were similar, measuring abstract reasoning, and associative and categorical thinking (Scaled Score= 10). On the *Vocabulary* task, Ms. Muthoka defined items presented visually and verbally, measuring learning ability, degree of language development, fund of knowledge, and verbal expression (Scaled Score = 11). The *Information* subtest requires verbal responses to oral prompts by assessing a broad range of general knowledge topics (Scaled Score= 9). These results suggest that Ms. Muthoka displays average abilities in terms of categorical thinking and vocabulary, while also displaying an average range of general knowledge. Overall, verbal comprehension is a significant strength for Ms. Muthoka, when compared to other indices, indicating that her VCI of 100 is a truer representation of her cognitive abilities.

The Perceptual Reasoning Index (PRI), a measure of fluid reasoning in the perceptual domain, represents Ms. Muthoka's abilities related to nonverbal concept formation, visual perception and organization, visual-motor coordination, learning, and the ability to separate figure and ground in visual stimuli. Ms. Muthoka's fluid reasoning abilities as measured by the PRI are in the average range and above those of approximately 25% of her peers (PRI= 90; 95% Confidence Interval = 84-97). Ms. Muthoka's perceptual reasoning was assessed by tasks that required her to create designs using blocks (*Block Design* Scaled Score= 7), determine the missing portion from an incomplete matrix (*Matrix Reasoning* Scaled Score= 10), and the ability to analyze and synthesize abstract visual material in the form of puzzles (*Visual Puzzles* Scaled Score= 8). These results indicate that she struggles at tasks that involve piecing visual information together, particularly in a part to whole fashion, as on the Block Design task, but has an average capability to understand complex visual patterns. These results suggest that Ms. Muthoka's nonverbal, perceptual reasoning skills, while still within the average range, are significantly weaker compared to her verbal abilities.

The Working Memory Index (WMI), represents Ms. Muthoka's ability to sustain attention, concentrate, and exert mental control. Ms. Muthoka's working memory was assessed by examining capacities involved in initial registration and holding of information (short-term

Muthoka, J
Psychological Evaluation
April 1, 2019

Page | 8

memory) and the mental manipulation of information that is being held in the mind (working memory). Ms. Muthoka's working memory abilities, as measured by the WMI are found to be within the average range and above those of approximately 37% of her peers (WMI= 95; 95% Confidence Interval= 89-102). The *Digit Span* task required her to remember, organize, and repeat back a series of numbers forward and backward (Scaled Score= 8), which she performed within the average range. Ms. Muthoka's performance was also within the average range, though slightly better, on the *Arithmetic* subtest, in which she performed mental manipulation of numbers with an added computational element (Scaled Score= 10). These results indicate that it is harder for her to retain and process random information without context (a series of random numbers), than when information is presented within a context, such as numbers within a word problem.  However, overall, Ms. Muthoka displays adequate working memory abilities.

The Processing Speed Index (PSI) represents Ms. Muthoka's ability to perform simple, clerical-type tasks quickly. Ms. Muthoka's processing speed skills as measured by the PSI are found to be in the low average range and above those of approximately 10% of her peers (PSI= 81; 95% Confidence Interval= 75-91). The *Coding* task required her to quickly copy symbols that were paired with numbers according to a key (Scaled Score= 7). On the *Symbol Search* task, she was asked to identify the presence or absence of a target symbol in a row of symbols (Scaled Score= 6). These below average scores indicate that the ability to process information quickly is a significant challenge for Ms. Muthoka, especially for visual information, which both of these tasks entail.  This challenge was also evidenced by her performance on the PRI. As a result, she is more deliberate when attempting to process visual information, rather than hasty in her work. Overall, Ms. Muthoka's processing speed abilities are a significant weakness when compared to her verbal comprehension and working memory abilities.  This significant challenge explains the struggle she experiences when attempting to complete exams.

Overall, Ms. Muthoka's cognitive functioning is within the average range, with scaled scores ranging from low average to average. Generally, Ms. Muthoka displays a significant strength in verbal comprehension and adequate working memory abilities. Ms. Muthoka particularly excels at general knowledge tasks, especially when there is context included. Relative to her verbal strengths, she experiences significant difficulty with nonverbal tasks and processing information adequately.  More specifically, she struggles with completing tasks that are timed, blocking out possible distractions while attempting to focus, and on tasks involving visual perception, visual organization, and nonverbal concept formation. Due to the significant discrepancies among her cognitive indices, indicating significant challenges related to nonverbal and processing speed tasks, her VCI of 100 is likely a more accurate representation of her true cognitive abilities.

Muthoka, J
Psychological Evaluation
April 1, 2019

Page | 9

## Achievement

Ms. Muthoka's academic abilities were evaluated with the **Wechsler Individual Achievement Test – Third Edition (WIAT-III)**. The WIAT-III was administered for an in-depth assessment of Ms. Muthoka's academic achievement in nine areas: oral expression, listening comprehension, basic reading, reading comprehension, reading fluency, written expression, math problem solving, math calculation, and math fluency. The purpose of assessing academic performance levels is to determine if Ms. Muthoka has an educational need resulting from a disability, as well as to determine the presence or absence of a significant educational deficits requiring additional special education services or supplementary assistance.

The WIAT-III was administered with the following results (based on age norms):

| WIAT-III | | |
|---|---|---|
| | Standard Score/ Composite | Percentile Rank |
| **Total Reading** | **98** | **45** |
| **Basic Reading** | **110** | **75** |
| Word Reading | 107 | 68 |
| Pseudoword Decoding | 112 | 79 |
| **Reading Comprehension and Fluency** | **89** | **23** |
| Reading Comprehension | 88 | 21 |
| Oral Reading Fluency | 95 | 37 |
| **Mathematics** | **110** | **75** |
| Numerical Operations | 117 | 87 |
| Math Problem Solving | 101 | 53 |
| **Math Fluency** | **104** | **61** |
| Math Fluency-Addition | 114 | 82 |
| Math Fluency-Subtraction | 92 | 30 |
| Math Fluency-Multiplication | 105 | 63 |
| **Written Expression** | **115** | **84** |
| Spelling | 108 | 70 |
| Sentence Composition | 106 | 66 |
| Sentence Combining | 102 | 55 |
| Sentence Building | 109 | 73 |
| Essay Composition | 121 | 92 |
| Word Count | 120 | 91 |
| Theme Development/Text Organization | 119 | 90 |
| **Oral Language** | **89** | **23** |

Muthoka, J
Psychological Evaluation
April 1, 2019

Page | 10

| | | |
|---|---|---|
| Listening Comprehension | 96 | 39 |
| Receptive Vocabulary | 92 | 30 |
| Oral Discourse Comprehension | 101 | 53 |
| Oral Expression | 85 | 16 |
| Expressive Vocabulary | 93 | 32 |
| Oral Word Fluency | 77 | 6 |
| Sentence Repetition | 93 | 32 |
| Total Composite | | |
| | Standard Score | Percentile Rank |
| Total Composite | 103 | 58 |

Standard/Composite score: Mean = 100, SD =15

Overall, relative to individuals of comparable age, Ms. Muthoka is currently functioning within the average range of academic achievement (SS=103; 58th percentile).

The **Total Reading** Composite (Composite Score=98; 45th percentile) is a combination of *Basic Reading* (SS=110; 75th percentile), which includes Word Reading (reading a list of words), and Pseudoword Decoding (decoding nonsense words); and *Reading Comprehension and Fluency* (SS=89; 23rd percentile), which includes Reading Comprehension (reading passages and answering questions; SS=88; 21st percentile) and Oral Reading Fluency (reading aloud passages and responding to comprehension questions; SS=95; 37th percentile). These tests measure basic reading skills and reading comprehension, and Ms. Muthoka's performance fell within the average range, overall, yet within the low average range on Reading Comprehension. Specifically, Ms. Muthoka's reading fluency was adequate and she took advantage of the opportunity to look back at the passage when answering the Reading Comprehension subtest questions, demonstrating motivation and resourcefulness, however, was semi-successful in producing correct answers, resulting in her low average score (SS=88; 21st percentile). This result further supports the fact that Ms. Muthoka struggles to comprehend visual information and can benefit from having visual aids and extra time to assist her in comprehending and accurately responding to complex information. Additionally, Ms. Muthoka's performance on the Word Reading (SS=107; 68th percentile) and Pseudoword Decoding (SS=112; 79th percentile) subtests were within the average range, with a slightly better performance phonetically decoding nonsense words versus familiar words indicating that, although English is not her first language, she appears to have adequate phonetic abilities.

Ms. Muthoka's performance in the areas of math problem solving, math calculation and math fluency was evaluated. Her **Mathematics** composite score (Composite Score=110; 75th percentile), which is a combination of the *Math Problem Solving* (everyday applications including time, money, and word problems, and geometry and algebra; SS=101; 53rd percentile) and *Numerical Operations* (solving math problems involving basic skills, basic operations with

Muthoka, J
Psychological Evaluation
April 1, 2019

integers, geometry, algebra and calculus; SS=117; 87th percentile) subtests, is in the high average range. These tests measure the individual's ability to perform basic math calculations and to use math skills in applied problems in an untimed manner. More specifically, Ms. Muthoka performed within the average range on *Math Problem Solving*, which includes visual stimuli and abstract problem solving, whereas *Numerical Operations* includes just raw calculations, and her performance was considerably better. This further supports the fact that Ms. Muthoka performs better with rote information and learned concepts and struggles with visually presented information, especially when it is complex and involves abstract reasoning. The **Math Fluency** composite (Composite Score=104; 61st percentile) is a combination of *Math-Addition* (completing simple addition problems within one minute; SS=114; 82nd percentile), *Math Fluency-Subtraction* (completing simple subtraction problems within one minute; SS=92; 30th percentile) and *Math Fluency-Multiplication* (completing simple multiplication problems within one minute; SS=105; 63rd percentile). Ms. Muthoka's overall Math Fluency composite score falls in the average range, with a display of stronger addition skills and weaker subtraction skills. The average results on these timed tasks, compared to her high average results on the untimed Numerical Operations subtest, indicates the negative impact the pressure of time has on Ms. Muthoka's performance. In general, she performs better when allowed to work at her own pace.

The Written Expression cluster is a combination of Spelling (spelling a list of words; SS=108; 70th percentile), Essay Composition (measuring productivity, theme development, and text organization; SS=121; 92nd percentile), and Sentence Composition, which includes Sentence Combining (combining ideas into a single sentence; SS=102; 55th percentile) and Sentence Building (generating contextually appropriate sentences using target words; SS=109; 73rd percentile). Ms. Muthoka's writing ability, as determined by the Written Expression composite score, is within the high average range (SS=115; 84th percentile). Notably, Ms. Muthoka scored within the superior range on the Essay Composition (SS=121; 92nd percentile). Word Count (SS=120; 91st percentile) and Theme Development and Text Organization (SS-119; 90th percentile) within her essay were within the high average range. Although not included in the composite score, her grammar and mechanics score falls within the superior range, as well (SS=122; 93rd percentile). Her lower scores on spelling and sentence composition were likely due to the fact that those tasks require specific responses, where there is no room for creativity and self-expression, as on the essay task, and therefore, she may have been anxious to perform with specific restrictions in place. Overall, Ms. Muthoka displays effective written communication and is able to elaborate well.

Ms. Muthoka's low average **Oral Language** abilities were also evaluated (Composite Score=89; 23rd percentile) based on the *Listening Comprehension* and *Oral Expression* subtests. The

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e  | 12

*Listening Comprehension* (Standard Score=96; 39th percentile) score is based on two subtest components: Receptive Vocabulary (SS=92; 30th percentile) measured listening vocabulary by asking Ms. Muthoka to point to the picture that best illustrates the meaning of the word she heard; while during the Oral Discourse Comprehension (SS=101; 53rd percentile) subtest, Ms. Muthoka was asked to listen to short vignettes and answer questions to gauge her level of understanding. While both of these results fell within the average range, her lower score on Receptive Vocabulary versus Oral Discourse Comprehension indicates that Ms. Muthoka performs better on auditory tasks involving more context, such as in story form. Ms. Muthoka's low average *Oral Expression* (Standard Score=85; 16th percentile) score contains three subtest components: Expressive Vocabulary, Oral Word Fluency, and Sentence Repetition. Expressive Vocabulary required Ms. Muthoka to provide the word that best corresponded to a given picture and definition, measuring speaking vocabulary and word retrieval ability (SS=93; 32nd percentile); while the Oral Word Fluency task prompted her to name as many things as possible in a given category (SS=77; 6th percentile). On the other hand, the Sentence Repetition task asked her to repeat a sentence verbatim (SS=93; 32nd percentile), which relies heavily on Ms. Muthoka's auditory processing and working memory. These results indicate that Ms. Muthoka's word retrieval ability, working memory, and auditory processing skills are within the average range, yet when under the pressure of time, as on the Oral Word Fluency task, these abilities are significantly impacted and result in borderline performance. Specifically, Ms. Muthoka's oral fluency abilities are a significant weakness for her, especially when compared to her relatively strong verbal comprehension abilities.  This discrepancy further supports a deficit in processing information and explains why Ms. Muthoka experiences challenges when taking exams, especially when under the pressure of time.

In summary, the WIAT-III results suggest a significant strength in the area of Written Expression, especially when creativity is allowed; and relative weaknesses in the areas of Reading Comprehension and Fluency and Oral Fluency. In general, Ms. Muthoka performs better when visual information is presented with less context, and when auditory information is presented with more context. Similar to Ms. Muthoka's lower scores within the processing speed section of the WAIS-IV, she demonstrated the most difficulty on the WIAT-III in areas of fluency in which she was asked to respond quickly and complete tasks within specified time limits and with specific restrictions. Further, Ms. Muthoka's overall achievement results are higher than expected given her FSIQ of 90, indicating that her deliberate, slow approach along with academic accommodations and support serve as significant benefits in improving her academic performance.

Muthoka, J
Psychological Evaluation
April 1, 2019

## Attention

Ms. Muthoka was administered the **Test of Variables of Attention (TOVA)**, a continuous performance test which measures attention during a 21.6-minute task. The TOVA-Visual (TOVA-V) records the speed, accuracy and consistency of responses to a series of squares presented in two-second intervals, while the TOVA-Auditory (TOVA-A) records the speed, accuracy and consistency of responses to a series of tones presented in two second intervals. Ms. Muthoka was administered both versions of the test. Ms. Muthoka's results of the two administrations of the TOVA-V and the TOVA-A were considered valid and interpretable.

On the *Visual Administration* of the TOVA, Variability is defined as the precise measure of variations in correct response times and measures the consistency of response times. Results for Variability were within normal limits suggesting Ms. Muthoka responded consistently to the targets. Response Time is the average speed of correct responses to targets and is a measure of information processing speed. Response Time was borderline in Half 1, and not within normal limits in Quarter 1, suggesting that Ms. Muthoka required time to adjust to the testing conditions. Commission Errors occur when the subject incorrectly responds to a nontarget and are a measure of inhibitory control. Commission Errors were not within normal limits in Quarter 3 suggesting that Ms. Muthoka may have become more impulsive in responding as the task continued. Omission Errors occur when the subject does not respond to a target and are a measure of sustained attention. Omission errors for Ms. Muthoka were within normal limits suggesting she remained focused and vigilant throughout the assessment, despite needing time to adjust to the task and some impulsivity as it continued. Post-Commission Response time is the mean response time of correct responses immediately following a Commission Error. Usually the subject will slow down after an error is made. Quarter 1 and 3 were not within normal limits, which may represent difficulties adapting to novel conditions and anxiety. In Quarter 3, the standard score for inhibitory control (commission errors) was low and the standard score for response time was high. Despite being instructed to balance speed and accuracy, Ms. Muthoka seemed to have adopted a fast response strategy that emphasized responding as quickly as possible, resulting in high commission errors.

During the *Auditory Administration* of the TOVA, Ms. Muthoka's performance in Variability, Response Time, Commission Errors and Omission Errors were within normal limits. The overall test performance for the Auditory administration provides that Ms. Muthoka is able to adequately sustain attention, show inhibitory control, and sufficiently process information when presented with auditory stimuli. However, when it comes to visual stimuli Ms. Muthoka's scores indicate some anxiety, manifesting as the need to adjust to such testing conditions, as well as some impulsivity as such tasks continue.

Muthoka, J
Psychological Evaluation
April 1, 2019

<u>Personality and Interpersonal Functioning</u>

The **House-Tree-Person (HTP)** assessment is a projective personality test that measures aspects of a person's personality through interpretation of drawings and responses to questions. In administering the HTP, the test taker is asked to draw a house, tree, and person, and an additional person of the opposite sex, and these drawings provide a measure of self-perceptions and attitudes. The HTP also provides information about how an individual experiences the self in relation to others and to the home environment. The first drawn female is proportionately scaled, taking up most of the paper. The arms for the female are relatively large and open, which is suggestive that she is willing to engage, however, the pointed fingers are suggestive of anxiety. The legs and feet are representative of grounding and power, and her drawing displays feet like the hands, which add to the possibility of performance anxiety and/or aggressiveness when faced with tasks that may be difficult. The small neck suggests a lack of separation between cognition and her drives and needs, indicating some impulsivity, as was also evidenced on the TOVA. The face does not contain many details, however, features such as the slashed mouth is suggestive of verbal aggression.

The second drawing was of a male and exhibited similar features like the female. The open arms are suggestive that Ms. Muthoka is open and willing to engage with others. The gripped fingers are suggestive that Ms. Muthoka may be experiencing projected feelings of aggression. The lower half of the body was drawn proportionally, with feet facing the same direction, which is indicative that Ms. Muthoka may strive to move forward. The lack of neck indicates that there is a need for separation of cognition from her drives ~~or~~ and needs. The male figure features a slanted smile, like the female, suggesting verbal aggression may be present. Overall, the male figure further indicates that Ms. Muthoka may be feeling anxious about her skills, especially when she feels it is something she is not good at, resulting in poorer performance. These findings correlate with the previous assessment results indicating anxiety, especially when required to perform under pressure.

The house is drawn to proportion on the page but does not feature much detail and was described as "basic" and the house she lived in when she lived in Kenya. The house has two windows, which is suggestive of limited openness and willingness to interact with others. The roof symbolizes fantasy life and has medium bolded strokes which can also be associated with anxiety. The tree drawing takes up most of the page, and the large trunk suggests a strong sense of self, however, the lines are faint indicating a relatively unstable personality. The limbs that are reaching out from the tree are suggestive that there are efforts to reach out to things beyond her control. However, the branches are large, which is suggestive of overextending oneself, and the club shaped branch is indicative of the resulting frustration. The inclusion of lines as leaves

Muthoka, J
Psychological Evaluation
April 1, 2019

Page | 15

are seen as signs that efforts to reach out are successful, and produces growth and hope. The roots are what ground the tree and people, and are typically related to reality testing and orientation. The roots are neither pointy nor overemphasized, which indicates that she is connected with reality, but it is not as strong of a connection, relative to her large sense of self.

Overall, results from the HTP, and previous assessments, suggest that Ms. Muthoka has a strong sense of herself and ego, however, when she is faced with tasks that she is not confident in, she may present with higher levels of anxiety, which affect her ability to complete such tasks, especially when required to perform under pressure.

The **Millon Clinical Multiaxial Inventory – Fourth Edition (MCMI-IV)** is a self-report psychological assessment measure intended to provide information on personality traits and psychopathology, including specific psychiatric disorders outlined in the DSM-5. Ms. Muthoka reports that she has recently experienced a problem that involves her school. Ms. Muthoka's responses suggest a need for social approval or naiveté about psychological matters. Her MCMI-IV results should be considered with these characteristics in mind.

| VALIDITY | | Score | | Profile of BR Scores | | |
|---|---|---|---|---|---|---|
| | | Raw | BR | 0    35 | 75 | 100 |
| **Modifying Indices** | | | | Low | Average | High |
| Disclosure | X | 23 | 37 | | | |
| Desirability | Y | 20 | 85 | | | |
| Debasement | Z | 3 | 41 | | | |

| PERSONALITY | | Score | | | Profile of BR Scores | | |
|---|---|---|---|---|---|---|---|
| | | Raw | PR | BR | 0    60 | 75    85 | 115 |
| **Clinical Personality Patterns** | | | | | Style | Type | Disorder |
| Schizoid | 1 | 8 | 53 | 62 | | | |
| Avoidant | 2A | 1 | 11 | 0 | | | |
| Melancholic | 2B | 1 | 10 | 8 | | | |
| Dependent | 3 | 2 | 19 | 20 | | | |
| Histrionic | 4A | 12 | 53 | 62 | | | |
| Turbulent | 4B | 17 | 74 | 71 | | | |
| Narcissistic | 5 | 2 | 19 | 24 | | | |
| Antisocial | 6A | 0 | 6 | 0 | | | |
| Sadistic | 6B | 4 | 47 | 60 | | | |
| Compulsive | 7 | 17 | 65 | 67 | | | |
| Negativistic | 8A | 0 | 3 | 0 | | | |
| Masochistic | 8B | 0 | 4 | 0 | | | |
| **Severe Personality Pathology** | | | | | | | |
| Schizotypal | S | 0 | 4 | 0 | | | |
| Borderline | C | 0 | 6 | 0 | | | |
| Paranoid | P | 0 | 7 | 0 | | | |

| PSYCHOPATHOLOGY | | Score | | | Profile of BR Scores | | |
|---|---|---|---|---|---|---|---|
| | | Raw | PR | BR | 0    60 | 75    85 | 115 |
| **Clinical Syndromes** | | | | | Present | Prominent | |
| Generalized Anxiety | A | 3 | 33 | 45 | | | |
| Somatic Symptom | H | 3 | 34 | 30 | | | |
| Bipolar Spectrum | N | 6 | 53 | 63 | | | |
| Persistent Depression | D | 1 | 12 | 7 | | | |
| Alcohol Use | B | 0 | 14 | 0 | | | |
| Drug Use | T | 0 | 10 | 0 | | | |
| Post-Traumatic Stress | R | 0 | 8 | 0 | | | |
| **Severe Clinical Syndromes** | | | | | | | |
| Schizophrenic Spectrum | SS | 4 | 31 | 34 | | | |
| Major Depression | CC | 3 | 35 | 36 | | | |
| Delusional | PP | 0 | 13 | 0 | | | |

Muthoka, J
Psychological Evaluation
April 1, 2019

### FACET SCALES FOR HIGHEST ELEVATED PERSONALITY SCALES

| FACET SCALES | | Score | | | Profile of BR Scores | | |
|---|---|---|---|---|---|---|---|
| | | Raw | PR | BR | 0    35 | 75 | 100 |
| Turbulent | 4B | | | | | | Interpretable |
| Expressively Impetuous | 4B.1 | 5 | 69 | 70 | | | |
| Interpersonally High-Spirited | 4B.2 | 5 | 57 | 65 | | | |
| Exalted Self-Image | 4B.3 | 7 | 84 | 75 | | | |
| Compulsive | 7 | | | | | | |
| Expressively Disciplined | 7.1 | 8 | 96 | 85 | | | |
| Cognitively Constricted | 7.2 | 2 | 14 | 24 | | | |
| Reliable Self-Image | 7.3 | 8 | 72 | 75 | | | |
| Schizoid | 1 | | | | | | |
| Interpersonally Unengaged | 1.1 | 2 | 36 | 60 | | | |
| Meager Content | 1.2 | 2 | 33 | 40 | | | |
| Temperamentally Apathetic | 1.3 | 1 | 29 | 30 | | | |

In general, Ms. Muthoka is energetic, optimistic, and quite capable of developing synergetic relationships. On occasion, however, she may become frustrated by circumstances outside of her control and may react to what appears to her to be unusual, adversarial situations. She may attempt to downplay any distressing emotions and will deny troublesome relationships with others, especially in her family or personal life. Ms. Muthoka does show evidence of significant personality dysfunctions. Individuals attaining these scores tend to create difficult interpersonal relationships and unrealistic expectations for themselves.

The MCMI-IV profile of Ms. Muthoka reflects a passion for unusually challenging endeavors and goal-directed behaviors which most others tend to find intolerable. She is frequently able to coax others into doing things they would not otherwise do and, often, she is successful in exciting their own wish fulfillment in the process. Any uncertainty Ms. Muthoka may possess, whether by social doubt, feelings of inefficacy, or reality testing against insurmountable challenges, is generally relegated to suppressed unawareness. Relationships tend to mirror an illusion of high-spirited optimism and vibrant energy, but with some tenuousness that she does not easily acknowledge. While she is adept at winning over the favor of others, relatively few of her relationships are long-lasting. Those who have endured longer, and perhaps more involved interactions with her, may become drained by her seemingly unending enthusiasm. As others show waning interest, she may become even more absorbed by and concerned with their continued support and commitment. If rejection becomes imminent, her energy level may waver from excited exuberance to edgy irritability, and her buried self-doubt and uncertainty may surface. In the wake of rejection, she may withdraw from the situation entirely and reframe the encounter to invoke positive attention to herself, declare her steadfastness to goals or principles, and/or proclaim her innocence.

Ms. Muthoka may be unwilling to self-examine her role in difficult situations of prolonged distress and she may react externally by behaving erratically. Driven to deny life's more tedious realities, including realistic limit setting and accountability for less-than-perfect outcomes, she

Muthoka, J
Psychological Evaluation
April 1, 2019

may seek out novel experiences and continue grasping for opportunities, possibly to the point of exhaustion. Fatigue in cases such as this may precipitate syndrome-based depression.

Most notable is Ms. Muthoka's highly structured and strictly organized life. Tending to be austere and serious-minded, her posture and movement demonstrate an underlying tightness and a drive to keep her emotions in check. She may have a tendency to speak very precisely and dress in a very formal and proper way. Her perfectionism is frequently an issue as it limits the alternatives she considers in her everyday actions and as it interferes with her ability to complete ordinary tasks, and is likely a factor related to the anxiety she experiences under the pressure of timed exams and specific restrictions. Also salient is her tendency to see herself as an inspiring dynamic force. Reflecting on her personal qualities, she perceives herself as an ambitious, tireless, and enterprising individual whose ever-present energy activates and galvanizes others. Moreover, she has illusions of invincibility, believing she can undertake and accomplish more than is possibly realistic. Also worthy of attention is her tendency to view herself as efficient, disciplined, meticulous, and industrious. She sees herself as devoted to work and to meeting responsibilities. She tends to minimize the importance of recreational and leisure activities in favor of those that signify productive efforts. Fearful of being viewed as irresponsible or slack in her efforts, as one who fails to meet the expectations of others, or as someone who is error-prone, she may overvalue those aspects of her self-image that signify perfectionism, which again, is a likely contributor to the anxiety she experiences around academics, especially exams. Early treatment efforts are likely to produce optimal results if they are oriented toward modifying these personality features.

## DSM-5 DIAGNOSTIC IMPRESSIONS

Based on the current assessment results, Ms. Muthoka displays significantly slower than expected processing abilities when compared to her relative strength in verbal abilities. This challenge impacts her ability to perform adequately and also produces anxious symptoms which preclude her from being able to maintain concentration on examinations. While the fact that English not being Ms. Muthoka's first language might be a consideration, her WIAT-III results indicate that she has mastered the English language adequately enough to suggest that symptoms of anxiety and a perfectionistic approach are the more likely deterrents in her overall academic performance. Further, Ms. Muthoka displayed significantly weaker performance on tasks which did not require verbal skills, indicating a true visual processing disorder.  All of the above significantly impacts Ms. Muthoka's academic and emotional functioning, warranting a diagnosis of Other Specified Neurodevelopmental Disorder related to Visual Processing.

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e | 18

Not only does this disability impact her performance, but Ms. Muthoka's excessive anxiety and worry about her slower processing speed, which she is unable to control, causes her to be unable to focus, have difficulty concentrating, difficulty comprehending, and makes her irritable and upset at times. Further, her HTP and behavioral observations for the WIAT-III and WAIS-IV, revealed her anxious tendencies when asked to perform tasks out of her comfort zone, especially when timed. Ms. Muthoka described previous bouts of increased anxiety, lack of sleep, and nausea the night before and during testing. Ms. Muthoka's MCMI-IV results indicate that her personality style is expressively disciplined, which can lead to anxiety when she does not meet her expected performance thresholds. Furthermore, the results from the assessment do not contribute to a diagnosis of Attention Deficit Hyperactivity Disorder, despite her visual performance not being within normal limits, due to requiring time to settle in to the testing conditions and impulsivity as the test continued, which all is better accounted for by anxiety and her visual processing challenges. She demonstrates severe anxiety including physical symptoms, fear of not finishing, and a diminished ability to think and concentrate when timed or under specific restrictions.

A diagnosis of Other Specified Anxiety Disorder requires that the individual experience excessive worry that is difficult to control and occurs surrounding a specified anxiety provoking circumstance, such as a testing environment. The anxiety may be associated with a feeling of restlessness or feeling on edge, being easily fatigued, difficulty concentrating, irritability, muscle tension, and/or sleep disturbance. The anxiety, worry, or physical symptoms must cause clinically significant distress or impairment surrounding the anxiety producing event. Ms. Muthoka reported that she repeatedly experiences symptoms of anxiety whenever she is in a testing situation, which is frequent considering that she is a medical student challenged by slower processing speed abilities. Therefore, Ms. Muthoka meets criteria for a diagnosis of Other Specified Anxiety Disorder.

**F88 Other Specified Neurodevelopmental Disorder related to Visual Processing**

**F41.8 Other Specified Anxiety Disorder (Test Anxiety)**

**DISCUSSION**

Ms. Muthoka is a 31-year-old Kenyan woman, who is currently a third-year medical student at UCI. Ms. Muthoka grew up in Kenya with her two parents and siblings, in a loving environment. Ms. Muthoka participated in an assessment at the Irvine Counseling Center to determine the factors behind her challenges with timed exams. Ms. Muthoka reported struggling with finishing tests in the allotted time, and experiencing strong feelings of anxiety, nausea, and sleep problems before exams, and self-criticism after, due to not being able to finish her exams on

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e  | 19

time, or to the perceived standards she set for herself. Ms. Muthoka stated that she had never participated in any psychological testing before this assessment, however, she was reportedly diagnosed by a psychiatrist at UCI with test anxiety.

Ms. Muthoka previously attended Hope International University initially, and then attended California State University Fullerton, concurrently, receiving her undergraduate degree in 2013. Ms. Muthoka stated that she had received extra time on exams at Hope International University, as it was a private university that did not require documentation for her to have extended time. Before moving to the United States to pursue her college and medical degrees, Ms. Muthoka attend school in Kenya, where she stated she was always a good student who received A's. It wasn't until attending Hope University that Ms. Muthoka noticed she was unable to finish exams in the allotted time given and did not require accommodations until her college career.  At this time, this struggle could possibly be attributed to language or acculturation factors, which likely caused much stress, but now as the challenge has continued over time, despite sufficient language skills and adjustment to US Universities, it appears to be a persistent processing disorder, resulting in symptoms of anxiety.

Ms. Muthoka participated well during the assessment. She was oriented, her speech was appropriate, and her judgement seemed intact. Ms. Muthoka denied being under the influence of any substances during the assessment process and denied suicidal and homicidal ideation. Ms. Muthoka was not taking any prescribed medications at the time of the evaluation. Ms. Muthoka was friendly, open, and cooperative during the assessment process. Overall, Ms. Muthoka worked well, required few breaks, and seemed motivated to complete the assessment, though she did report and display symptoms of anxiety throughout the testing process.

Based on the analysis of scores, Ms. Muthoka's cognitive and academic functioning falls within the average range. Cognitively, Ms. Muthoka's scaled scores range from low average to average, with weaknesses in completing tasks that are timed, blocking out possible distractions while attempting to focus, and on tasks involving visual perception, visual organization, and nonverbal concept formation. However, Ms. Muthoka's relative cognitive strengths lie in verbal comprehension and working memory. Ms. Muthoka particularly excels at general knowledge tasks, especially when there is context included. She displays a significant strength in verbal abilities and significant weaknesses in nonverbal abilities and processing speed skills, resulting in a diagnosis of Other Specified Neurodevelopmental Disorder related to Visual Processing. Academically, Ms. Muthoka exhibits a significant strength in the area of written expression, in which she is able to incorporate creativity into tasks. On the other hand, Ms. Muthoka experiences relative weaknesses in reading comprehension and fluency, and particularly oral fluency, displaying difficulty responding quickly, and further difficulty accurately comprehending and completing tasks within specified time limits and with specific restrictions, which is further

Muthoka, J
Psychological Evaluation
April 1, 2019

evidence of her processing challenges. In general, Ms. Muthoka performs better when visual information is presented with less context, and when auditory information is presented with more context. Further, Ms. Muthoka's overall achievement results are higher than expected given her FSIQ of 90, indicating that her deliberate, slow approach along with her history of academic accommodations and support serve as significant benefits in improving her academic performance.  In summary, Ms. Muthoka's cognitive and achievement results indicate significant challenges processing visual information, especially when under the pressure of time, which negatively impacts her academic performance and causes symptoms of anxiety when required to complete such tasks.

Ms. Muthoka does not seem to present with any significant attention issues related to ADHD. Results provide that Ms. Muthoka is able to adequately sustain attention when presented with auditory stimuli, however, when presented with visual stimuli, there is evidence of visual processing difficulty, as well as anxiety in the form of impulsivity in responding and the need to acclimate to testing conditions.  Ms. Muthoka's anxiety was evident in her approach and responses on several measures, despite not wanting to present as struggling, resulting in a defensive stance, at times, with low self-esteem, feelings of inadequacy, sensitivity to social opinion, and poor coping mechanisms.

Ms. Muthoka continually presents with these anxious patterns, including a tendency to demean her skills and be overly harsh on herself when she is unable to perform. Ms. Muthoka could benefit from therapeutic intervention to feel more sound in her abilities without being overly critical on herself, in an effort to combat her perfectionistic tendencies and better cope with stressors. Specifically, due to her significant processing speed challenges, Ms. Muthoka is suffering from a great deal of anxiety surrounding test taking, which negatively impacts her capability of performing to the best of her abilities. Therefore, Ms. Muthoka's test results and symptoms are indicative of Other Specified Neurodevelopmental Disorder related to Visual Processing and Other Specified Anxiety Disorder (Test Anxiety). Suggestions are provided below to help Ms. Muthoka improve her overall functioning and to assist her in reaching her full potential academically and emotionally.

## RECOMMENDATIONS

1. **Testing Accommodations:** Ms. Muthoka has strived to obtain accommodations that have allowed her to excel in her education.  Results of the current psychodiagnostic assessment indicate that continued accommodations are warranted. It is recommended that Ms. Muthoka register with the USMLE disabilities services and request accommodations including, but not limited to:
    a. *Additional Testing Time.* Allow Ms. Muthoka 100% additional test time (double time) for all portions of the USMLE in an effort to reduce her anxiety and allow

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e | 21

her to perform to the best of her abilities considering her significant processing disorder.

    b. *Separate Testing Room.* Allow Ms. Muthoka the use of a separate, private testing room during all eligible portions of the USMLE.

    c. *Additional Break Time*. Allow Ms. Muthoka maximum additional break time for all portions of the USMLE.

2. <u>Residency Accommodations</u>. As Ms. Muthoka continues her stride towards becoming a Medical Doctor, it is recommended that she connect with the Association of American Medical Colleges to understand how the review process works regarding receiving residency accommodations and submit these results to AAMC to request the following accommodations wherever applicable:

    a. *Extra Time*

    b. *Additional Breaks*

    c. *Pairing visual and/or contextual cues with information presented*

    d. *Tutoring, as provided*

    e. *Any additional, relevant accommodations*

3. <u>Improve General Study Habits</u>.

    a. *Improve Learning Skills.* Create context around random information to improve retention and learning (i.e., create a story out of random facts).

    b. *Improve Processing Speed.* Practice timed tasks to improve performance and reduce anxiety. Such tasks can be accessed through various cell phone/tablet/online applications.

4. <u>Individual Psychotherapy</u>. Ms. Muthoka would benefit from therapeutic services with focus on emotional awareness, emotional regulation, insight into personal views regarding self-esteem and perfectionism, and coping skills for stressful situations. Continued monitoring of her anxious symptoms is also recommended.

    a. Pepperdine: 949-224-2570

    b. Chapman University: 714-997-6746

    c. Newport Community Counseling Center: 949-721-8079

5. <u>Support Group/Community</u>. Ms. Muthoka seems to have a good sense of her strengths and weaknesses. She would benefit from participating in a support group/supportive organization to continue to be aware of strengths and limitations in specific situations

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e  | **22**

while monitoring her emotional reactions to events and experiences, such as self-criticism.

    a. Orange County Support Groups via 211.org

It has been a pleasure working with you. We look forward to being of any further assistance. If there are any questions about this evaluation or report, please contact us directly.

Cordially,

Kourtney Mitchell
PsyD Practicum Trainee

Ryan Mosier
PsyD Practicum Trainee

Julie Wilnier, PhD
Clinical Supervisor
License #: PSY 20932

EXHIBIT E



IRVINE
# COUNSELING
## CENTER
TheChicagoSchool
of Professional Psychology

The Chicago School of Professional Psychology's Irvine Counseling Center

4199 Campus Drive, Irvine CA

(949) 769-7747

**Confidential**

**Psychological Evaluation Report**

Name: Jackline Muthoka                          Gender: Female

Date of Birth: 9/6/1987                          Marital Status: Single

Chronological Age: 31years                       Occupation: Student

Examiners:      Kourtney Mitchell (PsyD Practicum Trainee)

                Ryan Mosier (PsyD Practicum Trainee)

Clinical Supervisor: Julie Wilnier, PhD; Lic# PSY 20932

Dates of Evaluation: February 4, 11, 25, & March 4, 2019

Dear Ms. Muthoka,

You were recently evaluated in our office, and requested a psychological evaluation in order to be provided recommendations for improving your test taking skills and overall functioning, indicating that you have difficulty comprehending some information and completing tasks that are timed.  Following are the results of your evaluation.

## CONFIDENTIALITY/LIMITS OF INFORMED CONSENT

Prior to beginning the assessment, the TCSPPICC evaluation packet was reviewed with Ms. Muthoka. The packet provides information including notification of limits of confidentiality, mandated reporting requirements, a description of the evaluation process and testing, authorization to release confidential information forms, and a Notice of Privacy Practices concerning protected health information, pursuant to the Welfare and Institutions Code Section 5238. Ms. Muthoka was given the opportunity to ask questions about the procedures and packet information. She read the packet and signed her agreement to proceed with the evaluation.

Muthoka, J
Psychological Evaluation
April 1, 2019

Page | 2

*IMPORTANT: The following report may contain sensitive information subject to misinterpretation by those untrained interpreting psychological assessment data. Disclosure of any material herein without the permission of the court, the legal guardian, or the holder of the privilege is prohibited unless in accordance with the Welfare and Institutions Code Section 5238.*

## IDENTIFYING INFORMATION AND REASON FOR REFERRAL

Ms. Muthoka is a 31-year-old, single female who was born and raised in Kenya. She identifies her ethnicity as African, Kenyan. Ms. Muthoka grew up with both of her parents and her two siblings in Kenya until 2008, when she came to California on an academic scholarship and attended Hope International University, California State University Fullerton, and most recently, University of California, Irvine (UCI). Ms. Muthoka is currently living in Irvine, CA with a roommate in Graduate Student Housing.

Ms. Muthoka reports experiencing anxiety, attention, reading, and comprehension issues. She reports that it is hard for her to read and process passages, which leads to issues with her performance on examinations. She reports that often it takes her a very long time to read and then process what she has just read, and she finds it is harder to process words than numbers. She feels that this challenge with processing information causes her to become overly worried about completing tasks. As a result, Ms. Muthoka reports that she is usually the last student in class to finish exams, and that she feels very anxious with each exam, worried about whether she will be able to complete it in the time allotted. In fact, prior to taking exams, Ms. Muthoka provided that she sometimes will feel nauseous the night before. After exams, Ms. Muthoka reports that she can be hard on herself for not finishing or knowing the answer to an easy question, resulting in self-criticism. Ms. Muthoka requested a psychodiagnostic evaluation to assess her current cognitive and emotional functioning, determine the reason for her current struggles, and to seek appropriate recommendations for further treatment and assistance, especially as she prepares to take the Medical Licensure Examinations (USMLE).

## RELEVANT HISTORY

*The following information was solely obtained from Ms. Muthoka.*

### Family History

Ms. Muthoka was born and raised in Kenya, living with her mother, father, brother and sister, and reports having had a happy, loving, and supportive childhood. Currently, her brother and sister still live in Kenya and both parents are deceased. She reports that her mother died from Malaria in 1998, and her father from a heart attack in 2003. Ms. Muthoka reports that she has always had a very good relationship with her family members, and still remains in contact with

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e | **3**

her siblings. Additionally, she provided that she is also helping to pay for her cousin to attend school in Kenya.

## Developmental and Medical History

Ms. Muthoka reports not knowing if there were any complications in regard to her developmental history, therefore, she assumes her developmental milestones were met within normal limits.  Ms. Muthoka reports that she thought she had trouble with her hearing as an adult, however, results from a hearing test provided there are no hearing issues.  She reports no serious medical problems, but is concerned with anxiety which causes her to feel ill when taking timed tests, which then negatively affects her performance. Ms. Muthoka denies any use of alcohol or substances. She also reports minimal caffeine intake and no current use of any prescribed medications.

## Academic History

Ms. Muthoka attended school in Kenya until 2005, when she graduated from high school with an A average throughout her childhood and adolescent academic career. She then moved to the United States in 2008, where she received her undergraduate degree after six years. She initially attended Hope International University for two years, and then concurrently attended California State University Fullerton on an academic scholarship for the latter four years. She is currently attending UCI as a third year medical student. Additionally, Ms. Muthoka reported that she can speak seven different languages, however, she feels she is fluent in only four of them, including the English language.

Ms. Muthoka reported that she began receiving academic accommodations at Hope International University, where she was allowed unlimited time for exams. During her UCI medical school program, Ms. Muthoka was advised to see a psychiatrist at UCI, where she was never formally assessed, yet reportedly was given a diagnosis of Test Anxiety, and as a result, she received academic accommodations, including extra time for exams and taking exams in a separate room.

## Occupational History

Ms. Muthoka reports that she currently works full-time providing in-home care, and before medical school she spent time volunteering at Hoag Hospital in Newport Beach, CA. From 2008-2013, Ms. Muthoka worked for 6 years as a library assistant at Hope International University.

Muthoka, J
Psychological Evaluation
April 1, 2019

Page | 4

<u>Psychiatric History</u>

Ms. Muthoka reported that she has never been previously diagnosed with any mental health disorders until her diagnosis of Test Anxiety from the UCI psychiatrist. The only mental health treatment she reported was seeing a doctor in Kenya, to help with the bereavement of her parents. Ms. Muthoka currently denies suicidal and homicidal ideation.

<u>Legal History:</u>

Ms. Muthoka reports no legal history.

ASSESSMENT PROCEDURES

Clinical Interview
Mental Status Evaluation (MSE)
Million Clinical Multiaxial Inventory – Fourth Edition (MCMI-IV)
Projective Drawings (House-Tree-Person)
Test of Variable of Attention (T.O.V.A): Visual and Auditory
Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)
Wechsler Individual Achievement Test – Third Edition (WIAT-III)

BEHAVIORAL OBSERVATIONS AND MENTAL STATUS EXAMINATION

Ms. Muthoka is a 31-year-old Kenyan, single, female. She relocated to the United States from Kenya to attend university in 2008. She is currently attending medical school at UCI and is working full-time, providing in-home care. Ms. Muthoka arrived to all of her assessment sessions on time. She was oriented to time, place, person, and situation, and was appropriately groomed and dressed for her age and the circumstances. At the first session, Ms. Muthoka was eager to participate in the assessment, but also exhibited signs of distress by shaking her head during problems and questioning her abilities after comprehension subtests. Further, Ms. Muthoka described bouts of increased anxiety, lack of sleep, and nausea the night before and during testing. Although overall, her affect was appropriate, and she displayed direct eye contact with both administrators. There were no thought process, content, or perceptual disturbances present, however, she did infrequently request clarification on the meaning of some words. She was cooperative throughout the testing session but expressed concern multiple times about completion time of the entire assessment process and when the report would be finished, however, her attitude remained understanding with each repeated explanation. She denied having any suicidal or homicidal ideation. Her insight appeared adequate in that she seemed able to understand that her anxious and physically upsetting feelings may be causing her to be unable

Muthoka, J
Psychological Evaluation
April 1, 2019

to complete tasks at an adequate pace. Her judgement seems to be intact, and she was motivated and attentive throughout the entire assessment process.

Ms. Muthoka demonstrated consistent motivation, concentration, and attention throughout the 2-hour administration of the WAIS-IV. Administration of the WIAT-III occurred over a two-hour session, followed by an hour session the following week. On the Listening Comprehension, Reading Comprehension and Math sections, Ms. Muthoka reported many times that these sections were not enjoyable and asked administrators to provide the answers after she responded, meanwhile being informed that this was not allowed. Ms. Muthoka frequently wanted to use her phone to "check her work," which also was not permitted, though she reported that after the completed sessions, should would look up the math formulas that she could not remember how to solve. Ms. Muthoka took advantage of the opportunity to look back at the passage when answering the *Reading Comprehension* subtest questions. On the essay portion of the WIAT-III, Ms. Muthoka did not make an outline for herself, and did not need much time to think of her favorite game, however, Ms. Muthoka did take the entire 10 minutes to complete the essay.

Ms. Muthoka completed the MCMI-IV in a timely manner and did not require any assistance from administrators. During the House-Tree-Person projective assessment, Ms. Muthoka completed all four drawings relatively quickly, while staying focused on the task at hand. She was also administered both the Visual and Auditory versions of the TOVA test. Ms. Muthoka required the instructions to be repeated and her concentration and patience appeared to become strained after 10 minutes of the test, as she began sighing consistently, moving around in her seat, and would blink and move toward the screen. Additionally, she made a comment on how happy she was once the test was "over with." She also reported that she forgot her reading glasses before the Visual test, however, it was confirmed that she only uses the glasses to read, so it is likely that this did not negatively impact her performance on the test which is administered in large display, on an oversized monitor. Additionally, the volume was turned all the way up for the Auditory test, as she stated that she did not have great hearing. She reported that the test was "confusing" and constantly mentioned that she knew she had made mistakes during the TOVA test.

Muthoka, J
Psychological Evaluation
April 1, 2019

Page | 6

TEST RESULTS

Cognitive Functioning

| Wechsler Adult Intelligence Scale –Fourth Edition | | | | | | |
|---|---|---|---|---|---|---|
| Scale | Scaled Scores | Composite Score | Percentile Rank | 95% Confidence Interval | Qualitative Description | Is Index/ Cluster / IQ Interpretable? |
| **Verbal Comprehension** | | 100 | 50 | 94-106 | Average | Yes |
| Similarities | 10 | | | | | |
| Vocabulary | 11 | | | | | |
| Information | 9 | | | | | |
| **Perceptual Reasoning** | | 90 | 25 | 84-97 | Average | Yes |
| Block Design | 7 | | | | | |
| Matrix Reasoning | 10 | | | | | |
| Visual Puzzles | 8 | | | | | |
| **Working Memory** | | 95 | 37 | 89-102 | Average | Yes |
| Digit Span | 8 | | | | | |
| Arithmetic | 10 | | | | | |
| **Processing Speed** | | 81 | 10 | 75-91 | Low Average | Yes |
| Symbol Search | 6 | | | | | |
| Coding | 7 | | | | | |
| **Full Scale** | | FSIQ 90 | 25 | 86-94 | **Average** | Yes |

Composite score: Mean = 100, SD =15

Ms. Muthoka's cognitive functioning was evaluated with the **Wechsler Adult Intelligence Scale—Fourth Edition (WAIS-IV)**. The WAIS-IV is an IQ test designed to measure intelligence and cognitive ability via 10 core subtests. The Full-Scale IQ (FSIQ) composite score is derived from all 10 subtest scores and is considered the most representative estimate of overall intellectual functioning. Ms. Muthoka's general cognitive ability is within the average range of intellectual functioning, as measured by the FSIQ of the WAIS-IV. Her overall thinking and reasoning abilities

Muthoka, J
Psychological Evaluation
April 1, 2019

exceed those of approximately 25% of individuals her age (FSIQ= 90; 95% Confidence Interval= 86-94).

Ms. Muthoka's verbal reasoning abilities as measured by the Verbal Comprehension Index (VCI) are in the average range and above those of approximately 50% of her peers (VCI= 100; 95% Confidence Interval= 94-106). The VCI is designed to measure verbal reasoning and concept formation, administered in the form of oral questions. Ms. Muthoka scored in the average range on each subtest. The VCI subtests, *Similarities* and *Vocabulary*, evaluate verbal concept formation, crystallized intelligence, and auditory comprehension. The *Similarities* subtest asked Ms. Muthoka to describe how two words were similar, measuring abstract reasoning, and associative and categorical thinking (Scaled Score= 10). On the *Vocabulary* task, Ms. Muthoka defined items presented visually and verbally, measuring learning ability, degree of language development, fund of knowledge, and verbal expression (Scaled Score = 11). The *Information* subtest requires verbal responses to oral prompts by assessing a broad range of general knowledge topics (Scaled Score= 9). These results suggest that Ms. Muthoka displays average abilities in terms of categorical thinking and vocabulary, while also displaying an average range of general knowledge. Overall, verbal comprehension is a significant strength for Ms. Muthoka, when compared to other indices, indicating that her VCI of 100 is a truer representation of her cognitive abilities.

The Perceptual Reasoning Index (PRI), a measure of fluid reasoning in the perceptual domain, represents Ms. Muthoka's abilities related to nonverbal concept formation, visual perception and organization, visual-motor coordination, learning, and the ability to separate figure and ground in visual stimuli. Ms. Muthoka's fluid reasoning abilities as measured by the PRI are in the average range and above those of approximately 25% of her peers (PRI= 90; 95% Confidence Interval = 84-97). Ms. Muthoka's perceptual reasoning was assessed by tasks that required her to create designs using blocks (*Block Design* Scaled Score= 7), determine the missing portion from an incomplete matrix (*Matrix Reasoning* Scaled Score= 10), and the ability to analyze and synthesize abstract visual material in the form of puzzles (*Visual Puzzles* Scaled Score= 8). These results indicate that she struggles at tasks that involve piecing visual information together, particularly in a part to whole fashion, as on the Block Design task, but has an average capability to understand complex visual patterns. These results suggest that Ms. Muthoka's nonverbal, perceptual reasoning skills, while still within the average range, are significantly weaker compared to her verbal abilities.

The Working Memory Index (WMI), represents Ms. Muthoka's ability to sustain attention, concentrate, and exert mental control. Ms. Muthoka's working memory was assessed by examining capacities involved in initial registration and holding of information (short-term

Muthoka, J
Psychological Evaluation
April 1, 2019

memory) and the mental manipulation of information that is being held in the mind (working memory). Ms. Muthoka's working memory abilities, as measured by the WMI are found to be within the average range and above those of approximately 37% of her peers (WMI= 95; 95% Confidence Interval= 89-102). The *Digit Span* task required her to remember, organize, and repeat back a series of numbers forward and backward (Scaled Score= 8), which she performed within the average range. Ms. Muthoka's performance was also within the average range, though slightly better, on the *Arithmetic* subtest, in which she performed mental manipulation of numbers with an added computational element (Scaled Score= 10). These results indicate that it is harder for her to retain and process random information without context (a series of random numbers), than when information is presented within a context, such as numbers within a word problem.  However, overall, Ms. Muthoka displays adequate working memory abilities.

The Processing Speed Index (PSI) represents Ms. Muthoka's ability to perform simple, clerical-type tasks quickly. Ms. Muthoka's processing speed skills as measured by the PSI are found to be in the low average range and above those of approximately 10% of her peers (PSI= 81; 95% Confidence Interval= 75-91). The *Coding* task required her to quickly copy symbols that were paired with numbers according to a key (Scaled Score= 7). On the *Symbol Search* task, she was asked to identify the presence or absence of a target symbol in a row of symbols (Scaled Score= 6). These below average scores indicate that the ability to process information quickly is a significant challenge for Ms. Muthoka, especially for visual information, which both of these tasks entail.  This challenge was also evidenced by her performance on the PRI. As a result, she is more deliberate when attempting to process visual information, rather than hasty in her work. Overall, Ms. Muthoka's processing speed abilities are a significant weakness when compared to her verbal comprehension and working memory abilities.  This significant challenge explains the struggle she experiences when attempting to complete exams.

Overall, Ms. Muthoka's cognitive functioning is within the average range, with scaled scores ranging from low average to average. Generally, Ms. Muthoka displays a significant strength in verbal comprehension and adequate working memory abilities. Ms. Muthoka particularly excels at general knowledge tasks, especially when there is context included. Relative to her verbal strengths, she experiences significant difficulty with nonverbal tasks and processing information adequately.  More specifically, she struggles with completing tasks that are timed, blocking out possible distractions while attempting to focus, and on tasks involving visual perception, visual organization, and nonverbal concept formation. Due to the significant discrepancies among her cognitive indices, indicating significant challenges related to nonverbal and processing speed tasks, her VCI of 100 is likely a more accurate representation of her true cognitive abilities.

Muthoka, J
Psychological Evaluation
April 1, 2019

Page | 9

## Achievement

Ms. Muthoka's academic abilities were evaluated with the **Wechsler Individual Achievement Test – Third Edition (WIAT-III)**. The WIAT-III was administered for an in-depth assessment of Ms. Muthoka's academic achievement in nine areas: oral expression, listening comprehension, basic reading, reading comprehension, reading fluency, written expression, math problem solving, math calculation, and math fluency. The purpose of assessing academic performance levels is to determine if Ms. Muthoka has an educational need resulting from a disability, as well as to determine the presence or absence of a significant educational deficits requiring additional special education services or supplementary assistance.

The WIAT-III was administered with the following results (based on age norms):

| WIAT-III | | |
|---|---|---|
| | Standard Score/ Composite | Percentile Rank |
| **Total Reading** | **98** | **45** |
| **Basic Reading** | **110** | **75** |
| Word Reading | 107 | 68 |
| Pseudoword Decoding | 112 | 79 |
| **Reading Comprehension and Fluency** | **89** | **23** |
| Reading Comprehension | 88 | 21 |
| Oral Reading Fluency | 95 | 37 |
| **Mathematics** | **110** | **75** |
| Numerical Operations | 117 | 87 |
| Math Problem Solving | 101 | 53 |
| **Math Fluency** | **104** | **61** |
| Math Fluency-Addition | 114 | 82 |
| Math Fluency-Subtraction | 92 | 30 |
| Math Fluency-Multiplication | 105 | 63 |
| **Written Expression** | **115** | **84** |
| Spelling | 108 | 70 |
| Sentence Composition | 106 | 66 |
| Sentence Combining | 102 | 55 |
| Sentence Building | 109 | 73 |
| Essay Composition | 121 | 92 |
| Word Count | 120 | 91 |
| Theme Development/Text Organization | 119 | 90 |
| **Oral Language** | **89** | **23** |

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e | 10

| | | |
|---|---|---|
| Listening Comprehension | 96 | 39 |
| Receptive Vocabulary | 92 | 30 |
| Oral Discourse Comprehension | 101 | 53 |
| Oral Expression | 85 | 16 |
| Expressive Vocabulary | 93 | 32 |
| Oral Word Fluency | 77 | 6 |
| Sentence Repetition | 93 | 32 |
| Total Composite | | |
| | Standard Score | Percentile Rank |
| Total Composite | 103 | 58 |

Standard/Composite score: Mean = 100, SD =15

Overall, relative to individuals of comparable age, Ms. Muthoka is currently functioning within the average range of academic achievement (SS=103; 58th percentile).

The **Total Reading** Composite (Composite Score=98; 45th percentile) is a combination of *Basic Reading* (SS=110; 75th percentile), which includes Word Reading (reading a list of words), and Pseudoword Decoding (decoding nonsense words); and *Reading Comprehension and Fluency* (SS=89; 23rd percentile), which includes Reading Comprehension (reading passages and answering questions; SS=88; 21st percentile) and Oral Reading Fluency (reading aloud passages and responding to comprehension questions; SS=95; 37th percentile). These tests measure basic reading skills and reading comprehension, and Ms. Muthoka's performance fell within the average range, overall, yet within the low average range on Reading Comprehension. Specifically, Ms. Muthoka's reading fluency was adequate and she took advantage of the opportunity to look back at the passage when answering the Reading Comprehension subtest questions, demonstrating motivation and resourcefulness, however, was semi-successful in producing correct answers, resulting in her low average score (SS=88; 21st percentile). This result further supports the fact that Ms. Muthoka struggles to comprehend visual information and can benefit from having visual aids and extra time to assist her in comprehending and accurately responding to complex information. Additionally, Ms. Muthoka's performance on the Word Reading (SS=107; 68th percentile) and Pseudoword Decoding (SS=112; 79th percentile) subtests were within the average range, with a slightly better performance phonetically decoding nonsense words versus familiar words indicating that, although English is not her first language, she appears to have adequate phonetic abilities.

Ms. Muthoka's performance in the areas of math problem solving, math calculation and math fluency was evaluated. Her **Mathematics** composite score (Composite Score=110; 75th percentile), which is a combination of the *Math Problem Solving* (everyday applications including time, money, and word problems, and geometry and algebra; SS=101; 53rd percentile) and *Numerical Operations* (solving math problems involving basic skills, basic operations with

Muthoka, J
Psychological Evaluation
April 1, 2019

integers, geometry, algebra and calculus; SS=117; 87th percentile) subtests, is in the high average range. These tests measure the individual's ability to perform basic math calculations and to use math skills in applied problems in an untimed manner. More specifically, Ms.  Muthoka performed within the average range on *Math Problem Solving*, which includes visual stimuli and abstract problem solving, whereas *Numerical Operations* includes just raw calculations, and her performance was considerably better.  This further supports the fact that Ms. Muthoka performs better with rote information and learned concepts and struggles with visually presented information, especially when it is complex and involves abstract reasoning. The **Math Fluency** composite (Composite Score=104; 61st percentile) is a combination of *Math-Addition* (completing simple addition problems within one minute; SS=114; 82nd percentile), *Math Fluency-Subtraction* (completing simple subtraction problems within one minute; SS=92; 30th percentile) and *Math Fluency-Multiplication* (completing simple multiplication problems within one minute; SS=105; 63rd percentile). Ms. Muthoka's overall Math Fluency composite score falls in the average range, with a display of stronger addition skills and weaker subtraction skills. The average results on these timed tasks, compared to her high average results on the untimed Numerical Operations subtest, indicates the negative impact the pressure of time has on Ms. Muthoka's performance.  In general, she performs better when allowed to work at her own pace.

The Written Expression cluster is a combination of Spelling (spelling a list of words; SS=108; 70th percentile), Essay Composition (measuring productivity, theme development, and text organization; SS=121; 92nd percentile), and Sentence Composition, which includes Sentence Combining (combining ideas into a single sentence; SS=102; 55th percentile) and Sentence Building (generating contextually appropriate sentences using target words; SS=109; 73rd percentile). Ms. Muthoka's writing ability, as determined by the Written Expression composite score, is within the high average range (SS=115; 84th percentile). Notably, Ms. Muthoka scored within the superior range on the Essay Composition (SS=121; 92nd percentile). Word Count (SS=120; 91st percentile) and Theme Development and Text Organization (SS-119; 90th percentile) within her essay were within the high average range. Although not included in the composite score, her grammar and mechanics score falls within the superior range, as well (SS=122; 93rd percentile). Her lower scores on spelling and sentence composition were likely due to the fact that those tasks require specific responses, where there is no room for creativity and self-expression, as on the essay task, and therefore, she may have been anxious to perform with specific restrictions in place. Overall, Ms. Muthoka displays effective written communication and is able to elaborate well.

Ms. Muthoka's low average **Oral Language** abilities were also evaluated (Composite Score=89; 23rd percentile) based on the *Listening Comprehension* and *Oral Expression* subtests. The

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e | 12

*Listening Comprehension* (Standard Score=96; 39th percentile) score is based on two subtest components: Receptive Vocabulary (SS=92; 30th percentile) measured listening vocabulary by asking Ms. Muthoka to point to the picture that best illustrates the meaning of the word she heard; while during the Oral Discourse Comprehension (SS=101; 53rd percentile) subtest, Ms. Muthoka was asked to listen to short vignettes and answer questions to gauge her level of understanding. While both of these results fell within the average range, her lower score on Receptive Vocabulary versus Oral Discourse Comprehension indicates that Ms. Muthoka performs better on auditory tasks involving more context, such as in story form. Ms. Muthoka's low average *Oral Expression* (Standard Score=85; 16th percentile) score contains three subtest components: Expressive Vocabulary, Oral Word Fluency, and Sentence Repetition. Expressive Vocabulary required Ms. Muthoka to provide the word that best corresponded to a given picture and definition, measuring speaking vocabulary and word retrieval ability (SS=93; 32nd percentile); while the Oral Word Fluency task prompted her to name as many things as possible in a given category (SS=77; 6th percentile). On the other hand, the Sentence Repetition task asked her to repeat a sentence verbatim (SS=93; 32nd percentile), which relies heavily on Ms. Muthoka's auditory processing and working memory. These results indicate that Ms. Muthoka's word retrieval ability, working memory, and auditory processing skills are within the average range, yet when under the pressure of time, as on the Oral Word Fluency task, these abilities are significantly impacted and result in borderline performance. Specifically, Ms. Muthoka's oral fluency abilities are a significant weakness for her, especially when compared to her relatively strong verbal comprehension abilities.  This discrepancy further supports a deficit in processing information and explains why Ms. Muthoka experiences challenges when taking exams, especially when under the pressure of time.

In summary, the WIAT-III results suggest a significant strength in the area of Written Expression, especially when creativity is allowed; and relative weaknesses in the areas of Reading Comprehension and Fluency and Oral Fluency. In general, Ms. Muthoka performs better when visual information is presented with less context, and when auditory information is presented with more context. Similar to Ms. Muthoka's lower scores within the processing speed section of the WAIS-IV, she demonstrated the most difficulty on the WIAT-III in areas of fluency in which she was asked to respond quickly and complete tasks within specified time limits and with specific restrictions. Further, Ms. Muthoka's overall achievement results are higher than expected given her FSIQ of 90, indicating that her deliberate, slow approach along with academic accommodations and support serve as significant benefits in improving her academic performance.

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e | 13

## Attention

Ms. Muthoka was administered the **Test of Variables of Attention (TOVA)**, a continuous performance test which measures attention during a 21.6-minute task. The TOVA-Visual (TOVA-V) records the speed, accuracy and consistency of responses to a series of squares presented in two-second intervals, while the TOVA-Auditory (TOVA-A) records the speed, accuracy and consistency of responses to a series of tones presented in two second intervals. Ms. Muthoka was administered both versions of the test. Ms. Muthoka's results of the two administrations of the TOVA-V and the TOVA-A were considered valid and interpretable.

On the *Visual Administration* of the TOVA, Variability is defined as the precise measure of variations in correct response times and measures the consistency of response times. Results for Variability were within normal limits suggesting Ms. Muthoka responded consistently to the targets. Response Time is the average speed of correct responses to targets and is a measure of information processing speed. Response Time was borderline in Half 1, and not within normal limits in Quarter 1, suggesting that Ms. Muthoka required time to adjust to the testing conditions. Commission Errors occur when the subject incorrectly responds to a nontarget and are a measure of inhibitory control. Commission Errors were not within normal limits in Quarter 3 suggesting that Ms. Muthoka may have become more impulsive in responding as the task continued. Omission Errors occur when the subject does not respond to a target and are a measure of sustained attention. Omission errors for Ms. Muthoka were within normal limits suggesting she remained focused and vigilant throughout the assessment, despite needing time to adjust to the task and some impulsivity as it continued. Post-Commission Response time is the mean response time of correct responses immediately following a Commission Error. Usually the subject will slow down after an error is made. Quarter 1 and 3 were not within normal limits, which may represent difficulties adapting to novel conditions and anxiety. In Quarter 3, the standard score for inhibitory control (commission errors) was low and the standard score for response time was high. Despite being instructed to balance speed and accuracy, Ms. Muthoka seemed to have adopted a fast response strategy that emphasized responding as quickly as possible, resulting in high commission errors.

During the *Auditory Administration* of the TOVA, Ms. Muthoka's performance in Variability, Response Time, Commission Errors and Omission Errors were within normal limits. The overall test performance for the Auditory administration provides that Ms. Muthoka is able to adequately sustain attention, show inhibitory control, and sufficiently process information when presented with auditory stimuli. However, when it comes to visual stimuli Ms. Muthoka's scores indicate some anxiety, manifesting as the need to adjust to such testing conditions, as well as some impulsivity as such tasks continue.

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e  | 14

Personality and Interpersonal Functioning

The **House-Tree-Person (HTP)** assessment is a projective personality test that measures aspects of a person's personality through interpretation of drawings and responses to questions. In administering the HTP, the test taker is asked to draw a house, tree, and person, and an additional person of the opposite sex, and these drawings provide a measure of self-perceptions and attitudes. The HTP also provides information about how an individual experiences the self in relation to others and to the home environment. The first drawn female is proportionately scaled, taking up most of the paper. The arms for the female are relatively large and open, which is suggestive that she is willing to engage, however, the pointed fingers are suggestive of anxiety. The legs and feet are representative of grounding and power, and her drawing displays feet like the hands, which add to the possibility of performance anxiety and/or aggressiveness when faced with tasks that may be difficult. The small neck suggests a lack of separation between cognition and her drives and needs, indicating some impulsivity, as was also evidenced on the TOVA. The face does not contain many details, however, features such as the slashed mouth is suggestive of verbal aggression.

The second drawing was of a male and exhibited similar features like the female. The open arms are suggestive that Ms. Muthoka is open and willing to engage with others. The gripped fingers are suggestive that Ms. Muthoka may be experiencing projected feelings of aggression. The lower half of the body was drawn proportionally, with feet facing the same direction, which is indicative that Ms. Muthoka may strive to move forward. The lack of neck indicates that there is a need for separation of cognition from her drives or and needs. The male figure features a slanted smile, like the female, suggesting verbal aggression may be present. Overall, the male figure further indicates that Ms. Muthoka may be feeling anxious about her skills, especially when she feels it is something she is not good at, resulting in poorer performance. These findings correlate with the previous assessment results indicating anxiety, especially when required to perform under pressure.

The house is drawn to proportion on the page but does not feature much detail and was described as "basic" and the house she lived in when she lived in Kenya. The house has two windows, which is suggestive of limited openness and willingness to interact with others. The roof symbolizes fantasy life and has medium bolded strokes which can also be associated with anxiety. The tree drawing takes up most of the page, and the large trunk suggests a strong sense of self, however, the lines are faint indicating a relatively unstable personality. The limbs that are reaching out from the tree are suggestive that there are efforts to reach out to things beyond her control. However, the branches are large, which is suggestive of overextending oneself, and the club shaped branch is indicative of the resulting frustration. The inclusion of lines as leaves

Muthoka, J
Psychological Evaluation
April 1, 2019

Page | 15

are seen as signs that efforts to reach out are successful, and produces growth and hope. The roots are what ground the tree and people, and are typically related to reality testing and orientation. The roots are neither pointy nor overemphasized, which indicates that she is connected with reality, but it is not as strong of a connection, relative to her large sense of self.

Overall, results from the HTP, and previous assessments, suggest that Ms. Muthoka has a strong sense of herself and ego, however, when she is faced with tasks that she is not confident in, she may present with higher levels of anxiety, which affect her ability to complete such tasks, especially when required to perform under pressure.

The **Millon Clinical Multiaxial Inventory – Fourth Edition (MCMI-IV)** is a self-report psychological assessment measure intended to provide information on personality traits and psychopathology, including specific psychiatric disorders outlined in the DSM-5.  Ms. Muthoka reports that she has recently experienced a problem that involves her school. Ms. Muthoka's responses suggest a need for social approval or naiveté about psychological matters. Her MCMI-IV results should be considered with these characteristics in mind.



| VALIDITY | | Score | | Profile of BR Scores | | |
|---|---|---|---|---|---|---|
| | | Raw | BR | 0      35 | 75 | 100 |
| **Modifying Indices** | | | | Low | Average | High |
| Disclosure | X | 23 | 37 | | | |
| Desirability | Y | 20 | 85 | | | |
| Debasement | Z | 3 | 41 | | | |

| PERSONALITY | | Score | | | Profile of BR Scores | | |
|---|---|---|---|---|---|---|---|
| | | Raw | PR | BR | 0      60 | 75      85 | 115 |
| **Clinical Personality Patterns** | | | | | Style | Type | Disorder |
| Schizoid | 1 | 8 | 53 | 62 | | | |
| Avoidant | 2A | 1 | 11 | 0 | | | |
| Melancholic | 2B | 1 | 10 | 8 | | | |
| Dependent | 3 | 2 | 19 | 26 | | | |
| Histrionic | 4A | 12 | 53 | 62 | | | |
| Turbulent | 4B | 17 | 74 | 71 | | | |
| Narcissistic | 5 | 2 | 19 | 24 | | | |
| Antisocial | 6A | 0 | 6 | 0 | | | |
| Sadistic | 6B | 4 | 47 | 60 | | | |
| Compulsive | 7 | 17 | 65 | 67 | | | |
| Negativistic | 8A | 0 | 3 | 0 | | | |
| Masochistic | 8B | 0 | 4 | 0 | | | |
| **Severe Personality Pathology** | | | | | | | |
| Schizotypal | S | 0 | 4 | 0 | | | |
| Borderline | C | 0 | 6 | 0 | | | |
| Paranoid | P | 0 | 7 | 0 | | | |

| PSYCHOPATHOLOGY | | Score | | | Profile of BR Scores | | |
|---|---|---|---|---|---|---|---|
| | | Raw | PR | BR | 0      60 | 75      85 | 115 |
| **Clinical Syndromes** | | | | | | Present | Prominent |
| Generalized Anxiety | A | 3 | 33 | 45 | | | |
| Somatic Symptom | H | 3 | 34 | 30 | | | |
| Bipolar Spectrum | N | 6 | 53 | 63 | | | |
| Persistent Depression | D | 1 | 12 | 7 | | | |
| Alcohol Use | B | 0 | 14 | 0 | | | |
| Drug Use | T | 0 | 10 | 0 | | | |
| Post-Traumatic Stress | R | 0 | 8 | 0 | | | |
| **Severe Clinical Syndromes** | | | | | | | |
| Schizophrenic Spectrum | SS | 4 | 31 | 34 | | | |
| Major Depression | CC | 3 | 35 | 36 | | | |
| Delusional | PP | 0 | 13 | 0 | | | |

Muthoka, J
Psychological Evaluation
April 1, 2019

Page | 16

FACET SCALES FOR HIGHEST ELEVATED PERSONALITY SCALES

| FACET SCALES | | Score | | | Profile of BR Scores | | | |
|---|---|---|---|---|---|---|---|---|
| | | Raw | PR | BR | 0 | 35 | 75 | 100 |
| Turbulent | 4B | | | | | | | Interpretable |
| Expressively Impetuous | 4B.1 | 5 | 69 | 70 | | | | |
| Interpersonally High-Spirited | 4B.2 | 5 | 57 | 65 | | | | |
| Exalted Self-Image | 4B.3 | 7 | 84 | 75 | | | | |
| Compulsive | 7 | | | | | | | |
| Expressively Disciplined | 7.1 | 8 | 96 | 85 | | | | |
| Cognitively Constricted | 7.2 | 2 | 14 | 24 | | | | |
| Reliable Self-Image | 7.3 | 8 | 72 | 75 | | | | |
| Schizoid | 1 | | | | | | | |
| Interpersonally Unengaged | 1.1 | 2 | 38 | 60 | | | | |
| Meager Content | 1.2 | 2 | 33 | 40 | | | | |
| Temperamentally Apathetic | 1.3 | 1 | 29 | 30 | | | | |

In general, Ms. Muthoka is energetic, optimistic, and quite capable of developing synergetic relationships. On occasion, however, she may become frustrated by circumstances outside of her control and may react to what appears to her to be unusual, adversarial situations. She may attempt to downplay any distressing emotions and will deny troublesome relationships with others, especially in her family or personal life. Ms. Muthoka does show evidence of significant personality dysfunctions. Individuals attaining these scores tend to create difficult interpersonal relationships and unrealistic expectations for themselves.

The MCMI-IV profile of Ms. Muthoka reflects a passion for unusually challenging endeavors and goal-directed behaviors which most others tend to find intolerable. She is frequently able to coax others into doing things they would not otherwise do and, often, she is successful in exciting their own wish fulfillment in the process. Any uncertainty Ms. Muthoka may possess, whether by social doubt, feelings of inefficacy, or reality testing against insurmountable challenges, is generally relegated to suppressed unawareness. Relationships tend to mirror an illusion of high-spirited optimism and vibrant energy, but with some tenuousness that she does not easily acknowledge. While she is adept at winning over the favor of others, relatively few of her relationships are long-lasting. Those who have endured longer, and perhaps more involved interactions with her, may become drained by her seemingly unending enthusiasm. As others show waning interest, she may become even more absorbed by and concerned with their continued support and commitment. If rejection becomes imminent, her energy level may waver from excited exuberance to edgy irritability, and her buried self-doubt and uncertainty may surface. In the wake of rejection, she may withdraw from the situation entirely and reframe the encounter to invoke positive attention to herself, declare her steadfastness to goals or principles, and/or proclaim her innocence.

Ms. Muthoka may be unwilling to self-examine her role in difficult situations of prolonged distress and she may react externally by behaving erratically. Driven to deny life's more tedious realities, including realistic limit setting and accountability for less-than-perfect outcomes, she

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e  | 17

may seek out novel experiences and continue grasping for opportunities, possibly to the point of exhaustion. Fatigue in cases such as this may precipitate syndrome-based depression.

Most notable is Ms. Muthoka's highly structured and strictly organized life. Tending to be austere and serious-minded, her posture and movement demonstrate an underlying tightness and a drive to keep her emotions in check. She may have a tendency to speak very precisely and dress in a very formal and proper way. Her perfectionism is frequently an issue as it limits the alternatives she considers in her everyday actions and as it interferes with her ability to complete ordinary tasks, and is likely a factor related to the anxiety she experiences under the pressure of timed exams and specific restrictions. Also salient is her tendency to see herself as an inspiring dynamic force. Reflecting on her personal qualities, she perceives herself as an ambitious, tireless, and enterprising individual whose ever-present energy activates and galvanizes others. Moreover, she has illusions of invincibility, believing she can undertake and accomplish more than is possibly realistic. Also worthy of attention is her tendency to view herself as efficient, disciplined, meticulous, and industrious. She sees herself as devoted to work and to meeting responsibilities. She tends to minimize the importance of recreational and leisure activities in favor of those that signify productive efforts. Fearful of being viewed as irresponsible or slack in her efforts, as one who fails to meet the expectations of others, or as someone who is error-prone, she may overvalue those aspects of her self-image that signify perfectionism, which again, is a likely contributor to the anxiety she experiences around academics, especially exams. Early treatment efforts are likely to produce optimal results if they are oriented toward modifying these personality features.

## DSM-5 DIAGNOSTIC IMPRESSIONS

Based on the current assessment results, Ms. Muthoka displays significantly slower than expected processing abilities when compared to her relative strength in verbal abilities. This challenge impacts her ability to perform adequately and also produces anxious symptoms which preclude her from being able to maintain concentration on examinations. While the fact that English not being Ms. Muthoka's first language might be a consideration, her WIAT-III results indicate that she has mastered the English language adequately enough to suggest that symptoms of anxiety and a perfectionistic approach are the more likely deterrents in her overall academic performance. Further, Ms. Muthoka displayed significantly weaker performance on tasks which did not require verbal skills, indicating a true visual processing disorder.  All of the above significantly impacts Ms. Muthoka's academic and emotional functioning, warranting a diagnosis of Other Specified Neurodevelopmental Disorder related to Visual Processing.

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e | 18

Not only does this disability impact her performance, but Ms. Muthoka's excessive anxiety and worry about her slower processing speed, which she is unable to control, causes her to be unable to focus, have difficulty concentrating, difficulty comprehending, and makes her irritable and upset at times. Further, her HTP and behavioral observations for the WIAT-III and WAIS-IV, revealed her anxious tendencies when asked to perform tasks out of her comfort zone, especially when timed. Ms. Muthoka described previous bouts of increased anxiety, lack of sleep, and nausea the night before and during testing. Ms. Muthoka's MCMI-IV results indicate that her personality style is expressively disciplined, which can lead to anxiety when she does not meet her expected performance thresholds. Furthermore, the results from the assessment do not contribute to a diagnosis of Attention Deficit Hyperactivity Disorder, despite her visual performance not being within normal limits, due to requiring time to settle in to the testing conditions and impulsivity as the test continued, which all is better accounted for by anxiety and her visual processing challenges. She demonstrates severe anxiety including physical symptoms, fear of not finishing, and a diminished ability to think and concentrate when timed or under specific restrictions.

A diagnosis of Other Specified Anxiety Disorder requires that the individual experience excessive worry that is difficult to control and occurs surrounding a specified anxiety provoking circumstance, such as a testing environment. The anxiety may be associated with a feeling of restlessness or feeling on edge, being easily fatigued, difficulty concentrating, irritability, muscle tension, and/or sleep disturbance. The anxiety, worry, or physical symptoms must cause clinically significant distress or impairment surrounding the anxiety producing event. Ms. Muthoka reported that she repeatedly experiences symptoms of anxiety whenever she is in a testing situation, which is frequent considering that she is a medical student challenged by slower processing speed abilities. Therefore, Ms. Muthoka meets criteria for a diagnosis of Other Specified Anxiety Disorder.

**F88 Other Specified Neurodevelopmental Disorder related to Visual Processing**

**F41.8 Other Specified Anxiety Disorder (Test Anxiety)**

**DISCUSSION**

Ms. Muthoka is a 31-year-old Kenyan woman, who is currently a third-year medical student at UCI. Ms. Muthoka grew up in Kenya with her two parents and siblings, in a loving environment. Ms. Muthoka participated in an assessment at the Irvine Counseling Center to determine the factors behind her challenges with timed exams. Ms. Muthoka reported struggling with finishing tests in the allotted time, and experiencing strong feelings of anxiety, nausea, and sleep problems before exams, and self-criticism after, due to not being able to finish her exams on

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e | 19

time, or to the perceived standards she set for herself. Ms. Muthoka stated that she had never participated in any psychological testing before this assessment, however, she was reportedly diagnosed by a psychiatrist at UCI with test anxiety.

Ms. Muthoka previously attended Hope International University initially, and then attended California State University Fullerton, concurrently, receiving her undergraduate degree in 2013. Ms. Muthoka stated that she had received extra time on exams at Hope International University, as it was a private university that did not require documentation for her to have extended time. Before moving to the United States to pursue her college and medical degrees, Ms. Muthoka attend school in Kenya, where she stated she was always a good student who received A's. It wasn't until attending Hope University that Ms. Muthoka noticed she was unable to finish exams in the allotted time given and did not require accommodations until her college career.  At this time, this struggle could possibly be attributed to language or acculturation factors, which likely caused much stress, but now as the challenge has continued over time, despite sufficient language skills and adjustment to US Universities, it appears to be a persistent processing disorder, resulting in symptoms of anxiety.

Ms. Muthoka participated well during the assessment. She was oriented, her speech was appropriate, and her judgement seemed intact. Ms. Muthoka denied being under the influence of any substances during the assessment process and denied suicidal and homicidal ideation. Ms. Muthoka was not taking any prescribed medications at the time of the evaluation. Ms. Muthoka was friendly, open, and cooperative during the assessment process. Overall, Ms. Muthoka worked well, required few breaks, and seemed motivated to complete the assessment, though she did report and display symptoms of anxiety throughout the testing process.

Based on the analysis of scores, Ms. Muthoka's cognitive and academic functioning falls within the average range. Cognitively, Ms. Muthoka's scaled scores range from low average to average, with weaknesses in completing tasks that are timed, blocking out possible distractions while attempting to focus, and on tasks involving visual perception, visual organization, and nonverbal concept formation. However, Ms. Muthoka's relative cognitive strengths lie in verbal comprehension and working memory. Ms. Muthoka particularly excels at general knowledge tasks, especially when there is context included. She displays a significant strength in verbal abilities and significant weaknesses in nonverbal abilities and processing speed skills, resulting in a diagnosis of Other Specified Neurodevelopmental Disorder related to Visual Processing. Academically, Ms. Muthoka exhibits a significant strength in the area of written expression, in which she is able to incorporate creativity into tasks. On the other hand, Ms. Muthoka experiences relative weaknesses in reading comprehension and fluency, and particularly oral fluency, displaying difficulty responding quickly, and further difficulty accurately comprehending and completing tasks within specified time limits and with specific restrictions, which is further

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e | 20

evidence of her processing challenges. In general, Ms. Muthoka performs better when visual information is presented with less context, and when auditory information is presented with more context. Further, Ms. Muthoka's overall achievement results are higher than expected given her FSIQ of 90, indicating that her deliberate, slow approach along with her history of academic accommodations and support serve as significant benefits in improving her academic performance. In summary, Ms. Muthoka's cognitive and achievement results indicate significant challenges processing visual information, especially when under the pressure of time, which negatively impacts her academic performance and causes symptoms of anxiety when required to complete such tasks.

Ms. Muthoka does not seem to present with any significant attention issues related to ADHD. Results provide that Ms. Muthoka is able to adequately sustain attention when presented with auditory stimuli, however, when presented with visual stimuli, there is evidence of visual processing difficulty, as well as anxiety in the form of impulsivity in responding and the need to acclimate to testing conditions. Ms. Muthoka's anxiety was evident in her approach and responses on several measures, despite not wanting to present as struggling, resulting in a defensive stance, at times, with low self-esteem, feelings of inadequacy, sensitivity to social opinion, and poor coping mechanisms.

Ms. Muthoka continually presents with these anxious patterns, including a tendency to demean her skills and be overly harsh on herself when she is unable to perform. Ms. Muthoka could benefit from therapeutic intervention to feel more sound in her abilities without being overly critical on herself, in an effort to combat her perfectionistic tendencies and better cope with stressors. Specifically, due to her significant processing speed challenges, Ms. Muthoka is suffering from a great deal of anxiety surrounding test taking, which negatively impacts her capability of performing to the best of her abilities. Therefore, Ms. Muthoka's test results and symptoms are indicative of Other Specified Neurodevelopmental Disorder related to Visual Processing and Other Specified Anxiety Disorder (Test Anxiety). Suggestions are provided below to help Ms. Muthoka improve her overall functioning and to assist her in reaching her full potential academically and emotionally.

RECOMMENDATIONS

1. <u>Testing Accommodations:</u> Ms. Muthoka has strived to obtain accommodations that have allowed her to excel in her education. Results of the current psychodiagnostic assessment indicate that continued accommodations are warranted. It is recommended that Ms. Muthoka register with the USMLE disabilities services and request accommodations including, but not limited to:

   a. *Additional Testing Time*. Allow Ms. Muthoka 100% additional test time (double time) for all portions of the USMLE in an effort to reduce her anxiety and allow

Muthoka, J
Psychological Evaluation
April 1, 2019

her to perform to the best of her abilities considering her significant processing disorder.

  b. _Separate Testing Room._ Allow Ms. Muthoka the use of a separate, private testing room during all eligible portions of the USMLE.
  c. _Additional Break Time_. Allow Ms. Muthoka maximum additional break time for all portions of the USMLE.

2. <u>Residency Accommodations.</u> As Ms. Muthoka continues her stride towards becoming a Medical Doctor, it is recommended that she connect with the Association of American Medical Colleges to understand how the review process works regarding receiving residency accommodations and submit these results to AAMC to request the following accommodations wherever applicable:
  a. _Extra Time_
  b. _Additional Breaks_
  c. _Pairing visual and/or contextual cues with information presented_
  d. _Tutoring, as provided_
  e. _Any additional, relevant accommodations_

3. <u>Improve General Study Habits.</u>
  a. _Improve Learning Skills._ Create context around random information to improve retention and learning (i.e., create a story out of random facts).
  b. _Improve Processing Speed._ Practice timed tasks to improve performance and reduce anxiety. Such tasks can be accessed through various cell phone/tablet/online applications.

4. <u>Individual Psychotherapy</u>. Ms. Muthoka would benefit from therapeutic services with focus on emotional awareness, emotional regulation, insight into personal views regarding self-esteem and perfectionism, and coping skills for stressful situations. Continued monitoring of her anxious symptoms is also recommended.
  a. Pepperdine: 949-224-2570
  b. Chapman University: 714-997-6746
  c. Newport Community Counseling Center: 949-721-8079

5. <u>Support Group/Community</u>. Ms. Muthoka seems to have a good sense of her strengths and weaknesses. She would benefit from participating in a support group/supportive organization to continue to be aware of strengths and limitations in specific situations

Muthoka, J
Psychological Evaluation
April 1, 2019

P a g e  | **22**

while monitoring her emotional reactions to events and experiences, such as self-criticism.

    **a.**  Orange County Support Groups via 211.org

It has been a pleasure working with you. We look forward to being of any further assistance. If there are any questions about this evaluation or report, please contact us directly.

Cordially,

Kourtney Mitchell
PsyD Practicum Trainee

Ryan Mosier
PsyD Practicum Trainee

Julie Wilnier, PhD
Clinical Supervisor
License #: PSY 20932

EXHIBIT F

 **NBME**®

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

<u>Confidential</u>

July 24, 2019

Jackline Muthoka
3131 Verano Place
Irvine, CA 92617

RE: USMLE Step 1                           USMLE ID#: 5-402-796-6

Dear Ms. Muthoka:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 1. We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

You report the basis of your current request to be Other Specified Anxiety Disorder (Test Anxiety) diagnosed in 2017 and Other Specified Neurodevelopmental Disorder related to Visual Processing diagnosed in 2019.  You previously submitted a request for accommodations on the basis of Specific Phobia – Test Anxiety and in a January 2, 2018 letter addressed to you, we explained that your documentation did not demonstrate a current impairment in a major life activity as compared to most people or that the requested accommodations were an appropriate modification of your USMLE Step 1 test administration.

In your May 6, 2019 letter addressed To whom it may concern, you write, "*I am submitting this reconsideration based on new documentation that provides evidence of the following: slow information processing speed, low reading comprehension, weaknesses with tasks involving visual perception, visual organization, nonverbal formation, completing timed tasks, and blocking out distractions as I attempt to focus with diagnoses of Other Specified Anxiety Disorder (Test Anxiety) and Other Specified Neurodevelopmental disorder related to Visual Processing. These barriers hinder me from accessing the exam in its entirety…Throughout my education, having 50% additional testing time has allowed me to demonstrate my understanding of materials on exams and has enabled me to get this far academically. I will need the same 50% additional testing time while I take USMLE Step 1 in order to have access to all exam questions and, therefore, have a fair assessment of my knowledge and abilities.*"

Included with your submission was a February/March 2019 Psychological Evaluation Report by Kourtney Mitchell and Ryan Mosier, Psy.D. Practicum Trainees, and Julie Wilner, Ph.D., Clinical Supervisor, who write, "*Ms. Muthoka is a 31-year-old, single female who was born and raised in Kenya. She identified her ethnicity as African, Kenyan. Ms. Muthoka grew up with both of her parents and her two siblings in Kenya until 2008, when she came to California on an academic scholarship and attended Hope International University, California State University Fullerton, and most recently, University of California, Irvine (UCI)…Ms. Muthoka reports experiencing anxiety, attention, reading, and comprehension issues. She reports that it is hard for her to read and process passages, which leads to issues with her performance on examinations…Ms. Muthoka requested a psychodiagnostic evaluation to assess her current cognitive and emotional functioning, determine the reason for her current struggles, and to seek appropriate recommendations for further treatment and assistance, especially as she prepares to take the Medical Licensure Examinations (USMLE)…In summary, Ms. Muthoka's cognitive and academic achievement results indicate significant challenges processing visual information, especially when under the pressure of time, which negatively impacts her academic performance and causes symptoms of anxiety when required to complete such tasks…Specifically, due to her significant processing speed challenges, Ms. Muthoka is suffering from a great deal of anxiety surrounding test taking, which negatively impacts her capability of performing to the best of her abilities. Therefore, Ms. Muthoka's test results and symptoms are indicative of Other Specified Neurodevelopmental Disorder related to Visual Processing and Other Specified Anxiety Disorder (Test Anxiety).*"  Your evaluators recommend 100% additional test time (double time) for USMLE "*in an effort to reduce her anxiety and allow her to perform to the best of her abilities considering her significant processing disorder,*" additional break time, and a separate, private testing room.

The diagnostic conclusions and recommendations of your evaluators notwithstanding, your 2019 performances on a range of cognitive and academic achievement tasks, including Working Memory, Perceptual Reasoning, Total Reading, Basic Reading, Word Reading, Pseudoword Decoding, Oral Reading Fluency, and Reading Comprehension, are all generally within the range of Average functioning and not indicative of substantially impaired functioning relative to most people. Moreover, despite your recently diagnosed "*significant processing disorder*," you successfully progressed throughout your education with an academic record and scores on timed standardized tests sufficient to gain admission to and graduate from college, and matriculate to medical school without formal accommodations. Your evaluators discuss your academic history writing, "*Ms. Muthoka attended school in Kenya until 2005, when she graduated from high school with an A average throughout her childhood and adolescent academic career. She then moved to the United States in 2008, where she received her undergraduate degree after six years. She initially attended Hope International University for two years, and then concurrently attended California State University Fullerton on an academic scholarship for the latter four years.*" The Unofficial Student Academic Record from California State University, Fullerton reveals A's, B's, and C's, in college level coursework such as General Chemistry, Intermediate Cell Biology, and Human Physiology, to name a few, with a cumulative GPA of 3.04. The Hope International University Unofficial Transcript shows that you earned mostly A's and B's in college level coursework such as English Composition, Introduction to Literature, Social Science Theories, World History since 1500, and Beginning Spanish I, to name a few. You earned a Bachelor of Arts degree in 2014 with a GPA of 3.39, without formal accommodations. The Unofficial Transcript from University of California, Irvine shows grades of A's and B's in Developmental Biology, Advanced Biochemistry, Drugs and the Brain, among others, and a GPA of 3.621, prior to receiving accommodations. Taken altogether, your documentation does not demonstrate impaired functioning relative to most people or that standard test timing is a barrier to your access to the USMLE.

Accommodations are intended to provide access to the USMLE testing program for individuals with a documented disability as defined by the ADA. A diagnostic label, in and of itself, does not establish coverage under the ADA, nor does prior receipt of accommodations for a particular activity guarantee that identical accommodations are indicated or will be available in all future settings and circumstances. While NBME gives considerable weight to documentation of past and present accommodations, the fact that you have previously received a particular accommodation in other contexts is not, in itself, a sufficient demonstration of your need for accommodations on a USMLE examination. The ADA defines disability as a physical or mental impairment that substantially limits one or more major life activities compared to most people in the general population.

Your documentation does not demonstrate a substantial limitation in a major life activity as compared to most people or that the requested accommodations are an appropriate modification of your USMLE Step 1 test administration. Although we are unable to grant your request for additional test time under the ADA, we will provide the following arrangements during the administration of the USMLE Step 1 for which you are currently registered:

- **Separate Testing Room**
- **Additional Beak Time/standard test time**: The exam will be administered over one day. The day will be 8 hours 45 minutes in length and will include a 15 minute tutorial and 7 test blocks with approximately 40 questions per block. You will have up to 60 minutes to complete each block. You will receive **90 minutes of break time**, including lunch. You may use break time as needed between blocks. If you complete the tutorial or an examination block in less time than allotted, the unused time will be added to your available break time.

You will receive an electronic permit containing the information needed to schedule your exam appointment. Please call Prometric at the number listed on your scheduling permit as soon as you receive it to schedule your appointment.

These arrangements may not be changed at the test center on your scheduled exam day. If you choose not to use these arrangements, please notify Disability Services immediately at disabilityservices@nbme.org or by calling 215-590-9700 for instructions on re-registering for your exam.

Sincerely,

*Lucia McGeehan*

Lucia McGeehan, Ph.D.
Disability Assessment Analyst, Disability Services

EXHIBIT G

Jackline Muthoka

14352 Beach Blvd, SPC 93

Westminster, CA, 92683.

January 14, 2020

USMLE ID# 54027966

Dear Sir/Madam:

**USMLE Step 1 Test Accommodation Reconsideration:**

Attached please find the following supporting documents for the reconsideration of the USMLE Step 1 exam. Attached documents are:

1.) Letter from my Attorney, Jay T. Jambeck, Leigh Law group

2.) Letter from Karen Andrews, Director, UCI Disability Services Center

3.) Letter from the Dean of Admissions, UCI School of Medicine, Dr. Ellena Peterson, PhD

4.) Letter from my undergraduate professor, Theodros Kidane

5.) Letter from my undergraduate professor, Dr. Kelly Dagley, PhD

6.) My personal statement

Copies of the submitted documents are the exact replicas of the original documents and I agree to submit the original documentation should that be required.

Thank you,

Jackline Muthoka



**Mandy Leigh**
**Jay T. Jambeck**
**Damien Troutman**

**Northern California:**
**870 Market Street, Suite 1157**
**San Francisco, CA 94102**
**Tel.: 415-399-9155**
**Fax: 415-795-3733**

**Southern California:**
**840 Apollo Street, Suite 311**
**El Segundo, CA 90245**

**Reply to: Northern California**

January 14, 2020

National Board of
Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

      Re:    Jackline Muthoka

To whom it may concern:

      This firm represents Jackline Muthoka related to her application for additional 50% testing accommodations from the National Board of Medical Examiners ("NBME") related to the United States Medical Licensing Exam (USMLE). Ms. Muthoka has submitted an application for extended time to take the USMLE step 1 exam twice before but has been denied accommodation. Ms. Muthoka's documentation establishes a basis for her requested accommodation under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12182, *et seq.* and California Unruh Civil Rights Action, California Civil Code Section 51, *et seq.*

      Under the ADA, an individual with a disability is a person who has a physical or mental impairment that substantially limits a major life activity (such as seeing, hearing, learning, reading, concentrating, or thinking). 28 C.F.R. § 35.108(c)(1)(i). The determination of whether an individual has a disability generally should not demand extensive analysis. Testing accommodations in reference to "high stakes" testing is well recognized by the United States Department of Justice which has published technical assistance for the issue. (https://www.ada.gov/regs2014/testing_accommodations.html). A three-part test is applied to determine whether a plaintiff is entitled to an accommodation under the ADA: (1) whether the plaintiff's condition constitutes a mental or physical impairment; (2) whether the impairment impacts a major life activity; and (3) whether the impairment substantially limits the major life activity. *Wong v. Regents of the Univ. of Cal.,* 410 F.3d 1052, 1063 (9th Cir.2005). The term "substantially limits" shall be construed broadly in favor of expansive coverage, to the maximum extent permitted by the terms of the ADA. "Substantially limits" is not meant to be a demanding standard. 28 C.F.R. § 35.108(d)(1)(i).

Ms. Muthoka has submitted documentation from a professional psychologist which finds that she experiences a mental impairment described as "clinically significant distress or impairment" surrounding testing.  (Chicago School of professional psychology, Irvine Counseling Center Report at 18).  The report goes on to diagnose Ms. Muthoka with a DSM-V diagnosis 41.8 - Other Specified Anxiety Disorder and Other Specified Neurodevelopmental Disorder related to Visual Processing (F88). As further set forth in the report, Ms. Muthoka's condition significantly limits the major life activity of thinking and concentrating when she is undergoing the distress or impairment related to testing.  (*Id.* ["diminished ability to think when timed or under specific restrictions."]).  The psychological report specifically states that additional time is an accommodation that would allow Ms. Muthoka to overcome her disabling condition and perform on a level equal to that of the general population.  (*Id.* at 20).  Nothing more is required for NBME to grant Ms. Muthoka an extended time accommodation under the ADA.  Moreover, California law regarding the Unruh Civil Rights Act incorporates the ADA into its provisions.  *Munson v. Del Taco, Inc.*, 46 Cal.4th 661 (Cal. App. 2009).  Finally, "testing entities should defer to documentation from a qualified professional who has made an individualized assessment of the candidate that supports the need for the requested testing accommodations."[1] NBME has not and cannot set forth a legitimate individualized rationalization for denial of Ms. Muthoka's requested accommodation.

Even though nothing further is required for the NBME to provide the requested accommodation of additional time, further support is provided by the fact that Ms. Muthoka has received similar accommodations by other educational entities in respect to extended time for testing. Ms. Muthoka has submitted documentation from the University of California Irvine ("UCI") reflecting that UCI provides Ms. Muthoka with extended time for testing as a disability accommodation.  (Henderson and Andrew letters).  If a candidate shows the receipt of testing accommodations in his or her most recent ADA or 504 accommodation plan, and certifies his or her current need for the testing accommodations due to disability, then a testing entity should generally grant those same testing accommodations for the current standardized exam or high-stakes test without requesting further documentation from the candidate.[2]

Finally, apparently the NBME has agreed that Ms. Muthoka is disabled, having granted some of her accommodations.  However, the conclusory and superficial basis for rejecting the extending time accommodation – which has been approved and provided by UCI and recommended based on an individual assessment by a qualified psychologist – flies in the face of the determination that Ms. Muthoka is a person with a disabling condition.  NBME's refusal to allow extended time for testing appears arbitrary and has the impact of discriminating against Ms. Muthoka on the basis of disability.

Testing entities should ensure that their process for reviewing and approving testing accommodations responds in time for applicants to register and prepare for the test.[3]  Ms. Muthoka intends to take the USMLE in March of 2020 and needs to know well

[1] https://www.ada.gov/regs2014/testing_accommodations.html
[2] *Id.*
[3] *Id.*

in advance whether she will be provided her requested reasonable accommodation so that
she is not faced with the additional stressor of the unknown under the circumstances.

       If you have any questions or would like to discuss this matter, please do not
hesitate to contact me.

                       Very truly yours,

                       Jay T. Jambeck



**University of California, Irvine**

Disability Services Center
100 Disability Services
Building 313
Irvine, CA 92697-5250

(949) 824-7494
(949) 824-3083 FAX
dsc@uci.edu

**www.dsc.uci.edu**

December 9, 2019

To Whom It May Concern:

RE:     Jackline Muthoka, USMLE ID# 5-402-796-6

I am writing at the request of Ms. Jackline Muthoka, in support of her request for reconsideration of the NBME denial decision regarding her request for 1.5 additional testing time for the USMLE, Step 1 exam, dated July 24, 2019. Ms. Muthoka is a qualifying student with a diagnosed disability (QSD) as defined by the Americans with Disabilities Act as Amended (ADAAA). Her disability clearly impacts her in one or more major life activities as thoroughly documented in her personal statements. Ms. Muthoka needs to have accommodations, including 50% additional time, as she has requested in order to have equitable access during the Step 1 exam.

My name is Karen L. Andrews and I am the Director of the Disability Services Center (DSC) at the University of California Irvine (UCI) where I have worked since April, 2018. I have worked in higher education disability services for 10 years as a director and in K12 special education for 12 years as a special education teacher and administrator. I have a Bachelor's degree with a dual major in elementary and special education. My Master's degree is in Adult Learning and Development. Currently I am enrolled in a PhD program in Psychology with a specialization in Educational Psychology.

Ms. Muthoka registered with the UCI Disability Services Center (DSC) in February 2017 during the Winter Quarter with a diagnosis of Specific Phobia (Test Anxiety) and she has a historical record of receiving accommodations throughout her college career, in both undergraduate and medical school programs. After reviewing her documentation and engaging in the interactive process with the student and medical school faculty, she received accommodations for 1.5 extended time, test taking in a separate location and distraction-reduced environment, and use of assistive technology (Kurzweil 3000).

Ms. Muthoka has since submitted an updated comprehensive psychological evaluation that was completed by Julie Wilnier, PhD dated April 1, 2019. At that time, she was again found to be a QSD with a diagnosis of *Other Specified Neurodevelopmental Disorder related to Visual Processing (F88)* and additional evidence of *Other Specified Anxiety Disorder – Test Anxiety (F41.8)*. Ms. Muthoka's functional limitations are exacerbated during high stress situations such as the USMLE Step 1 exam. She struggles to process information in a timely fashion that definitely impacts reading and learning as major life activities. In the most recent letter

regarding accommodations that was dated July 24, 2019, you stated that she had not demonstrated that her disability demonstrated a substantial limitation in a major life activity as compared to most people, yet, she was still awarded the accommodations of extra break time and test taking in a separate room. Neither of these accommodations address her documented need for equitable access by having extended processing time during the actual exam.

Ms. Muthoka has spent countless hours studying for the USMLE Step 1 exam. She has unsuccessfully attempted the Step 1 exam two times without any accommodations, which has not provided her with equitable access as a QSD despite her significant study preparations. She could not demonstrate her levels of knowledge and skills on the USMLE Step 1 exams as she could not finish the tests due to how long it takes for her to process information. The stress of trying to finish the exam without the requested accommodation of extended time causes her levels of anxiety to climb substantially. These stressors impact her major life activities also in the areas related to brain function: reading comprehension and fluency and oral fluency. She consistently struggles with completed timed tasks in life and in her educational pursuits.

In consideration of this appeal, I reviewed a number of recent court cases involving denials of accommodations in standard tests. I especially reviewed Titles II and III of the ADAAA that are clear cut examples that past evidence of student success is not an indicator for denial of student accommodation requests. Please reference previous letters of support including the May 20, 2019 letter of support from DSC Senior Disability Specialist, Rosezetta Henderson, for additional references to current case law and precedent. Ms. Muthoka has met the burden of proof as a QSD as evidenced by her psycho educational evaluation, history of accommodations, and self-reports; therefore, the continued denial of her request for extended time has and could continue to cause irreparable harm. The student has demonstrated that (1) she has a qualifying disability that impacts major life activities, (2) her requests for accommodations are reasonable, and (3) those requests have been denied.

After completing a thorough review of Ms. Muthoka's appeal regarding her request for extended time on the USMLE Step 1 exam, I am in complete agreement with her that this is a reasonable request needed to provide her with fair and equitable access. If you have any questions or need additional information, please do not hesitate to contact me at (949) 824-1633. Thank you.

Sincerely,

Karen L. Andrews
DSC Director



UNIVERSITY OF CALIFORNIA. IRVINE

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO       SANTA BARBARA • SANTA CRUZ

Ellena M. Peterson, Ph.D.
Professor, Emeritus
Department of Pathology & Laboratory Medicine          Irvine, CA 92697-4800
School of Medicine                                      (949) 824-4169

January 2, 2020

Dear Colleagues,

I am writing in support of the request by Jackline Muthoka for USMLE Step 1 accommodations. While serving as the Associate Dean of Admissions and Director of the Post Baccalaureate program at UCI I observed Jackie in several academic settings. Hopefully my perspective will help in your deliberations concerning her accommodation request.

Jackie was first admitted to our post baccalaureate program which was developed for students from disadvantaged backgrounds who possessed attributes that showed the promise to make positive contributions to the health care of others, especially those that come from a similar background. I will not revisit the details of her background but in summary she was an orphan from Kenya who came to the US for her college education. Throughout the rigorous post baccalaureate academic program Jackie continued to show progress in her coursework. During this time, we also required her to intensively study for the MCAT exam. At the end of the program while her coursework was on par with her classmates, her MCAT scores were well below our expected benchmark and this was particularly true of the verbal section. I do know this was not due to lack of effort on her part. I would see her morning and evening studying for this exam, even imploring the help of others to assist her in preparing.

Due to her not meeting the MCAT benchmarks we had set for her we were then left with the dilemma of whether to admit Jackie into medical school. However, we determined that

Jackie, mainly due to her immense promise, would be advanced to our Conditional Acceptance Post Baccalaureate Program. Here students are given a year to achieve MCAT benchmarks and take select courses alongside our first-year medical students to adjust to the pace and rigor of the medical school classes. I am told Jackie was given extra time for her exams in class and used every minute of this time. I was also told by her professors that she appeared very anxious come exam time, more so than her classmates. Both of these corroborate statements in her accommodation request letter which she has shared with me. In the medical school courses Jackie did well but again her downfall was the MCAT standardized exam of which her verbal score was of concern, so much so extensive discussions were had as to her admittance to medical school. Once again due to her exceptional attributes, one being resilience, the consensus was to grant her an acceptance to medical school.

I do not have direct knowledge of her medical school performance to date but in her first two years she progressed to her third year in normative time. Once again, we are at the point of a standardized exam holding her back from advancing through medical school. The exact cause of the anxiety and performance on these types of standardized exams is better left to the professionals that can assess this but her failure to pass this exam is consistent with a pattern that I witnessed firsthand with the MCAT.

I do hope you see the tremendous distance Jackie has come to get to this point and are able to grant her the accommodations she has requested. If you have any questions, please feel free to reach out to me.

Respectfully,

Ellena Peterson, PhD



# CALIFORNIA STATE UNIVERSITY, FULLERTON

Natural Sciences and Mathematics
*Department of Chemistry and Biochemistry*
800 N State College Blvd, Fullerton, CA  92834/92831   /   T  657-278-3621   /   F  657-278-5316

Nov 12th, 2019

To whom It May Concern:

Ms. Jackie Muthoka was one of my students in Chemistry 422 - general biochemistry laboratory - in the Fall of 2013.  I am writing this letter to attest that Ms. Jackie Muthoka almost invariably needed extra time for taking her quizzes and exams, and I had happily provided that extra time so that she could finish taking them.

If I could be of any further assistance, please feel free to contact me.

Thank you!

Sincerely,

Theodros Kidane, Lecturer, M.S.
Department of Chemistry and Biochemistry, CSUF
tkidane@fullerton.edu          T: 657-278-2475

# HOPE INTERNATIONAL UNIVERSITY

December 4, 2019

To Whom It May Concern,

My name is Dr. Kelly Dagley and I teach Biblical Studies at Hope International University in Fullerton, CA. I was fortunate enough to have Jackline Muthoka in two classes while she was an undergraduate at our school. In the Fall of 2008 I had her in Theology of Ministry and in Spring of 2009, she was a student of mine in Hebrew History and Literature.

In both classes, Jackline was the very last to turn in her exam. She took the entire time given to complete her exam. She did well on those exams but did need the entire time to complete them and would have taken more if allowed.

I hope you will work with Jackline to help accommodate her with more time for her licensing exams. I am confident in her passing but additional time will help her.

Please feel free to contact me if you have any questions.

Grace and Peace,

Kelly Dagley, Ph.D.
Associate Professor of Biblical Studies
Hope International University
714-879-3901 x. 1229
kddagley@hiu.edu

Jackline Muthoka

14352 Beach Blvd SPC 93, Westminster, CA, 92683.

January 14, 2020,

USMLE Step 1 Test Accommodation Reconsideration

USMLE ID# 54027966

To whom it may concern:

My name is Jackline Muthoka and I am a third-year medical student at the University of California Irvine, School of Medicine. I am writing this letter to appeal your denial of my accommodation request dated July 24, 2019, for 50% additional testing time for the USMLE Step 1 exam. The denial letter says that I have not demonstrated or documented a disability that impacts a major life activity. I have provided you with a current psychological evaluation performed by a qualified diagnostician. That report, dated April 1, 2019, clearly indicates that I have a disability. The diagnosis listed by my provider is Other Specified Neurodevelopmental Disorder related to Visual Processing (F88) and Other Specified Anxiety Disorder (F41.8) (Test Anxiety).

The psychoeducational evaluation was completed on April 1, 2019, by Clinical supervisor Julie Wilnier, Ph.D.; Lic# PSY 20932, and Kourtney Mitchell (PsyD Practicum trainee) and Ryan Mosier (PsyD Practicum trainee) from the Chicago School of Professional Psychology, Irvine campus. The results of the evaluation shows that I have a documented disability as defined by the ADA and provides evidence of the following: slow information processing speed, low reading comprehension, weaknesses with tasks involving visual perception, visual organization, nonverbal formation, completing timed tasks, weak oral fluency, and blocking out distractions as I attempt to focus. The definition of a disability includes someone who has a physical or mental impairment that limits one or more major life activities. In my case, my disability impacts my learning, which is a major life activity.

Thank you for providing me with partial accommodations of extended break time and separate testing room. However, these accommodations do not fully address my need for extra testing time to process information on the USMLE Step 1 exam. In order to have equitable access, I must have a 50% extended exam time. Not having enough time not only makes it harder for me to access the entire exam but it creates barriers for me to complete an exam due to my need for additional time to process information. It further exacerbates the anxiety that I already live with and worsens the outcome of my exams. I have taken the USMLE Step 1 exam twice now without reasonable accommodations and because of my diagnosis and lack of conducive testing environment, I have not passed the exam. I am very concerned that failure to accommodate me while I retake the USMLE Step 1 exam a third time will result in the same poor outcome as the previous two results. Therefore, it is necessary that I be provided with reasonable accommodation and equitable access so that I can continue with my education. Even though my evaluators recommended that I be provided with 100% additional test time (double

time), additional break time, and a separate, private testing room, I am only requesting for 50% additional testing time.

**Include specific information about the disability-related symptoms and how they affect your academic, occupational, social and other important areas of functioning.**

In the denial letter dated July 24th, 2019, Lucia McGeehan Ph.D., a Disability Assessment Analyst, Disability Services says that ***"The ADA defines disability as a physical or mental impairment that substantially limits one or more major life activities as compared to most people in the general population."*** In the paragraphs that follow, I have clearly illustrated and provided examples of how my diagnosis of Other Specified Neurodevelopmental Disorder related to Visual Processing F88 and Other Specified Anxiety Disorder F41.8 (Test Anxiety) demonstrate substantial limitations to major life activities. My test anxiety is at a clinical level, not just the normal anxiety that goes along with test taking.

To begin, when my mother passed away in 1998, I realized that my life had changed completely. I became more anxious when performing daily tasks.  At first, I thought it was grief for which I attended therapy, and everything seemed to go back as it once was. When my father passed away in 2003, I experienced greater depths of anxiety, and I began to worry about how my siblings and I were going to navigate through life without our parents. Again, I went to therapy, but this time, my life took a complete turnaround. Instead of healing and going back to my normal, calm state, I continued to experience intense levels of anxiety throughout my personal and academic life. In addition, having weaknesses in reading comprehension, completing timed tasks, and with tasks involving visual perception, visual organization, and nonverbal formation. I also have difficulties blocking out distractions as my attempts to focus only aggravate my anxiety.

Anxiety of being late for meetings or work has negatively affected my life in more ways than one. The anxiousness of being late has prompted me to surpass the speed limit while driving which has resulted in several driving tickets. To ensure I wake up on time, I set multiple alarms even though I am yet to miss one. Anxiety affects most aspects of my life, although, with meditation and counseling, I am learning to live with it. I have learned to reduce triggers that worsen the condition or completely remove them, which makes it easier for me to manage daily routines. When I experience episodes of anxiety, most of the time I have physical reactions such as my blood pressure rising or I become sweaty, nauseous, and at times vomiting. Most of these symptoms, I experience the day prior to and the morning of major exams. In addition, if the exam has multiple sections, I have, in some instances, vomited in between the sections.  These symptoms can last the entire day. Nights following high-pressure events, I find it impossible to sleep, having never-ending thoughts and fears of underperforming as well as worries that I will not have the chance to finish the tasks at hand, unlike my peers.

Weaknesses in visual perception, visual organization, and nonverbal formation have also impacted my life in different ways. For example, I find it challenging to read maps and understand directions quickly, which frustrates my friends and family while traveling. I heavily rely on my friends and family for directions and navigation in areas with no GPS. While traveling alone, I set aside 3-4 hours in my daily schedule to account for the time spent trying to find my way to my destination. I have been lost multiple times and needed the guidance of

strangers to find my way to hotels or airports. In the USA, I rely heavily on GPS to get around. It is sad that I need navigation even in places that I have visited multiple times. Academically, visual perception and visual organization becomes an issue when I have to place different pieces of information in various categories or when I have to solve puzzles and read charts. It takes me such a long time that, if it is an in-class game of solving puzzles, and I can, I would opt out of the game. In exam settings, I usually leave questions involving reading charts and graphs to the very end for this reason.

During my everyday life, slow information processing speed and weak reading comprehension manifest in all that I am involved in. It explains my fear of attending events and being the last person to understand jokes and this has negatively affected my social life. I find it more appealing to stay at home and avoid large gatherings. These weaknesses also describe my obsessive need to plan ahead for group work activities and projects at church and school. Academically, I prepare materials in advance to make sure that I will be up to par with my peers, while we work on reading articles or research papers. I have had experiences where if I had waited to read in a group setting, I could not contribute to group projects due to not being able to comprehend the information at the same speed as my peers. This makes my academic life both frustrating and exhausting.

When I received an academic scholarship to study in the US, I was required to attend a visa interview with the US consulate in Kenya. Months before the interview, I spent hours studying, reviewing, and preparing for the interview. The night before the interview, I could not sleep because I was worried that I would not have the opportunity to access all of the information within the allocated time, despite my rigorous preparation process. I was also concerned that my weak reading comprehension would keep the interviewer waiting for me and he or she would become impatient and deny me the visa. These are just some examples of situations where my weaknesses in reading comprehension and completing timed tasks, together with slow processing speeds, rose my anxiety to levels of almost experiencing a panic attack.

I have always enjoyed learning and being a student, except while taking exams. It is not the exam itself that has made my academic life difficult, but rather knowing that I will be seated with peers who are processing the exam information at a faster pace than I am. This allows them the opportunity to answer all of the questions and the thought that I am unable to do this is extremely intimidating and causes high levels of stress. Even though I spend numerous hours on productive learning, I enter the exam room with a feeling of defeat before I even begin.  Unfortunately, these exams are used as tools for evaluating the amount of knowledge one has and how far one can advance with her education within a set time. Providing an equal opportunity for students with disabilities, such as myself, by extending the time to read and process all the exam questions, will allow me to demonstrate my knowledge and move forward throughout my medical program. It will also level the playing field for me to be on the same footing as my peers.

While taking exams under standard time limits, I experience extreme anxiety that causes difficulties with blocking out distractions that would otherwise allow me to clearly focus on finishing the exam. Having significant delays with processing information and knowing that I will not have a chance to complete all of the questions on the exam exacerbates my afflictions. I find myself re-reading the same material multiple times and still not being able to comprehend

the information properly. The worst part is that I become anxious days before timed situations
and therefore, become tired and worn-out by the time I am able to engage in the timed events.
After exams, I experience a heavy sense of guilt, shame, and frustration because I never received
a fair chance to answer all the questions and neither did I have a fair chance to practice
everything I have learned. It is exhausting and humiliating to leave an exam room crying and
feeling defeated, instead of celebrating an achieved milestone in my academic life.

### Describe the extent to which your daily functioning is impaired and how that impairment interferes with your ability to access the examination under standard conditions.

In the denial letter dated July 24ᵗʰ, 2019, Lucia McGeehan Ph.D., a Disability Assessment
Analyst, Disability Services says that *"the diagnostic conclusions and recommendations of
your evaluators notwithstanding, your 2019 performances on a range of cognitive and
academic achievement tasks, including Working memory, Perceptual Reasoning, Total
Reading, Basic Reading, Word Reading, Pseudoword Decoding, Oral Reading fluency, and
Reading Comprehension, are all generally within the range of average functioning and not
indicative of substantially impaired functioning relative to most people. Moreover, despite your
recently diagnosed "significant processing disorder", you successfully progressed throughout
your education with an academic record and scores on timed standardized tests sufficient to
gain admission to and graduate from college, and matriculate to medical school without
formal accommodations...* In the paragraphs that follow, I have clearly explained and provided
examples of how my late diagnosis has affected the trajectory of my education and how I
continue to suffer from the effects of this diagnosis till now. I have also explained that I received
informal accommodation for my exams in middle school and high school, undergraduate, and
medical school classes. The reason for my late diagnosis is because I attended middle school and
high school in Kenya where there is no formal process to acquire accommodations and therefore
received informal accommodations. For my undergraduate education, my professors most often
times allocated extra time for those who had not finished exams, including me, and this is how I
managed to go through my education. In addition, I had to work a lot harder than my peers
because I tended to run out of time on exams. I would re-watch lecture videos, draw and redraw
science pathways multiple times, maximized tutoring, attended extra private tutoring to make
sure I knew all the material extremely well such that every question I worked on, I got it right.
The success that came with this process is that I knew the material very well and despite not
finishing exams, I was still able to perform well enough to continue with my education. The
challenge is that the extensive review of the material makes learning difficult and unnecessarily
time-consuming which is impossible to do when you are taking over 28 units per quarter in
medical school. This process of studying is not possible to do in medical school and while
studying for the USMLE Step 1 exam due to the extensive and large volumes of the material that
I need to go through within a short amount of time. In addition, each set of medical school exams
encompasses multiple subjects, so it is not feasible in terms of the available time in the day to go
through this review process for every exam and that includes USMLE Step 1.

During my high school and undergraduate years, I struggled heavily with finishing
exams. I was always the last person to submit my exams and would try to use every minute
wisely, but still ended up running out of time and not having the chance to see the final 5-10
questions. Due to my showing my knowledge in the attempted questions, my performance was
strong overall. However, with most exams, the professor would regularly provide informal

accommodation and allow me additional time to finish. I was grateful for this and would take advantage of these opportunities to finish the remaining questions. These informal accommodations minimized the barriers that I experienced throughout my high school and undergraduate studies and I graduated without formally receiving accommodations.

Another major milestone where I really struggled with testing time was during my standardized Medical College Admission Test (MCAT) preparation. Although I went through various preparation courses and spent hours of active studying and preparing for this exam, I still underperformed after attempting the MCAT exam a total of four times because of my inability to process the information faster and complete the test. This negatively affected the trajectory of my medical school career. While my peers were applying directly to medical school, my low scores would not allow me to start medical school without conditions. I was accepted to UCI School of Medicine as a conditional medical student due to my otherwise strong application. I was required to continue strengthening my MCAT score so that I could prove to the school that I could be successful. During my conditional year, I was required to be at the top 75 percentile of the medical school class (performing above a medical school class average), which I did while utilizing accommodations based on my disability. I was successful because I received extended time on exams. After a successful year as a conditional medical student, I was required to retake the MCAT as part of the requirements for official admission as a first-year medical student. I took various preparatory courses that were meant to help with knowledge and exam strategies and retook MCAT twice with a minimal score improvement. Because these programs never addressed my underlying disability, consisting of slow information processing and low reading comprehension, I still suffered the same consequences. At this point in my education, I didn't know that I could formally request for test accommodations.

During my first year of medical school, I struggled with test anxiety because of my slow information processing and reading comprehension and was on the verge of failing my classes. After working with advisers, counselors, and the school psychiatrist, I was diagnosed with Specific Phobia-Test Anxiety. I went through the proper procedures that were required by my institution and registered with the Disability Services Center and was formally approved for 50 % extended exam time in an isolated room in order to reduce distractions. This determination minimized the barriers that my diagnosis presented in a timed setting. By utilizing testing accommodations, I was better able to display my knowledge of taught material. My anxiety levels decreased, and I was able to sleep better the night before exams because I knew I would have the opportunity to access all of the exam questions and demonstrate my knowledge.

My most recent struggles with test accommodations were when I was preparing to take the USMLE Step 1 exam in May 2018. After successfully going through two years of medical school, while receiving and utilizing test accommodations, I applied for accommodation and was denied in Jan 2018. After the denial, I worked hard and applied every strategy I knew in order to better prepare for the exam. I paid for and attended a preparatory course with the Institute of Medical Boards to help me with both information and exam strategies to successfully complete this exam. After the preparatory course, I took the exam again in October 2018 and, unfortunately, my score only went up by 2 points, which was still a fail. This is because, once again, I ran out of time in each section of the exam and didn't have access to an average of 8 questions per section for a total of about 56 questions. This is to show that all these preparation programs did not address the underlying issues that I am experiencing which are: low reading

comprehension, weaknesses with tasks involving visual perception, visual organization, nonverbal formation, completing timed tasks, and blocking out distractions as I attempt to focus, that ultimately exacerbated my anxiety with which I already struggle. Lack of extended time to fully access all the exam questions cost me an academic year again, exam expenses (preparation and fees), and it caused me guilt and induced an extreme amount of stress, and self-doubt.

**Provide a clear rationale for the requested accommodation(s) and describe how each requested accommodation will alleviate the functional limitations caused by your disability.**

Going through school is emotionally, financially, and socially difficult for anyone. It is even more difficult when someone goes through it knowing that he/she does not have the same opportunities that his/her peers have due to lack of equitable access. I have struggled with timing in exams and with receiving grades that do not accurately reflect my level of knowledge and abilities. It is demoralizing, to say the least, that I work hard and sacrifice everything I need in order to receive a strong education, all while knowing that my peers have a competitive advantage. This has, unfortunately, been a reality that I have had to live with throughout my high school and undergraduate studies and it is something I am still experiencing while attending medical school. I have utilized accommodations throughout in-school exams, but unfortunately, these accommodations have not been granted recently. This is a huge disadvantage to me as it has hindered me from demonstrating my academic abilities and as a result, has halted my progress towards graduation.

I have a long track record of living with a disability for which I have utilized accommodations including extended test time. I have received 50% additional testing time which has provided me with equitable test time to process information in order to complete my work. It has also allowed me to demonstrate my understanding of taught exam material and this has allowed me to get this far academically. I will need the same 50% additional testing time while I take USMLE Step 1 in order to have access to all exam questions and, therefore, have a fair assessment of my knowledge and abilities. With equitable access and enough time to process information, I will be able to overcome the weakness of completing timed tasks, barriers of slow information processing speed, and low reading comprehension that hinder me from accessing the exam in its entirety. In addition, I will have a chance to read and understand charts in the exam, as well as organizing information in categories that will allow me to overcome the weakness in tasks involving visual perception, visual organization, and nonverbal formation. Furthermore, knowing that I will have equitable testing conditions and a separate room to take the exam will allow me to block out distractions and focus on this exam. With these needs met, the symptoms of my diagnosis will be at a minimum and the barriers to access the exam will be overcome, allowing me an equal opportunity to perform to the best of my ability. With the barriers and challenges of accessing exams presented above, it is, therefore, necessary that I am provided with 50% additional testing time for the USMLE Step 1.

Thank you so much for your consideration in this matter and I look forward to hearing from you with a favorable response to my request for additional time!

Sincerely,

Jackline Muthoka

EXHIBIT H



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

**Confidential**

April 3, 2020

**Via Electronic Mail to jackiemuthoka87@gmail.com**
Jackline Muthoka
3131 Verano Place
Irvine, CA 92617

RE: USMLE Step 1                    USMLE ID#: 5-402-796-6

Dear Ms. Muthoka:

We have thoroughly reviewed your request for reconsideration of our decision regarding test accommodations for the United States Medical Licensing Examination (USMLE) Step 1. We conducted an individualized review of your request and supporting documentation in accordance with the guidelines set forth in the Americans with Disabilities Act (ADA).

The NBME carefully considers all evidence in determining whether an individual is substantially limited within the meaning of the ADA and what, if any, accommodations are appropriate to the particular Step exam context. Submitted documentation including the individual's personal statements; letters from advocates; and objective information such as school records and scores obtained on high stakes tests taken with and without accommodations are thoroughly reviewed.

In your January 14, 2020 request for reconsideration you write, *"I have provided you with a current psychological evaluation performed by a qualified diagnostician. That report, dated April 1, 2019, clearly indicates that I have a disability. The diagnosis listed by my provider is Other Specified Neurodevelopmental Disorder related to Visual Processing (F88) and Other Specified Anxiety Disorder (F41.8) (Test Anxiety)…While taking exams under standard time limits, I experience extreme anxiety that causes difficulties with blocking out distractions that would otherwise allow me to clearly focus on finishing the exam. Having significant delays with processing information and knowing that I will not have a chance to complete all of the questions on the exam exacerbates my afflictions…I will need the same 50% additional testing time while I take USMLE Step 1 in order to have access to all exam questions and, therefore, have a fair assessment of my knowledge and abilities. With equitable access and enough time to process information, I will be able to overcome the weakness of completing timed tasks, barriers of slow information processing speed, and low reading comprehension that hinder me from accessing the exam in its entirety. In addition, I will have a chance to read and understand charts in the exam, as well as organizing information in categories that will allow me to overcome the weakness in tasks involving visual perception, visual organization, and nonverbal formation. Furthermore, knowing that I will have equitable testing conditions and a separate room to take the exam will allow me to block out distractions and focus on this exam."*

In a March 2019 report of Psychological Evaluation conducted when you were a 31-year-old third year medical student, practicum trainees Kourtney Mitchell and Ryan Mosier and their supervisor, Julie Wilnier, Ph.D. write, *"Ms. Muthoka reports experiencing anxiety, attention, reading, and comprehension issues…She feels that this challenge with processing information causes her to become overly worried about completing tasks. As a result, Ms. Muthoka*

*reports that she is usually the last student in class to finish exams, and that she feels very anxious with each exam, worried about whether she will be able to complete it in the time allotted."*

Your evaluators conclude, "*In summary, the WIAT-III results suggest a significant strength in the area of Written Expression, especially when creativity is allowed; and relative weaknesses in the areas of Reading Comprehension and Fluency and Oral Fluency…A diagnosis of Other Specified Anxiety Disorder requires that the individual experience excessive worry that is difficult to control and occurs surrounding a specified anxiety provoking circumstance, such as a testing environment…Ms. Muthoka reported that she repeatedly experiences symptoms of anxiety whenever she is in a testing situation, which is frequent considering that she is a medical student challenged by slower processing speed abilities. Therefore, Ms. Muthoka meets criteria for a diagnosis of Other Specified Anxiety Disorder."*

Test anxiety is not considered to be a psychiatric disorder or a phobic target in the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5)*. According to the *DSM-5*, Other Specified Anxiety Disorder (300.09) applies to presentations in which symptoms characteristic of an anxiety disorder that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for any of the disorders in the anxiety disorders diagnostic class. While your evaluators report that you were first diagnosed with test anxiety by a psychiatrist in medical school, they did not administer a comprehensive structured diagnostic interview, describe psychiatric symptoms and functional impairment, or discuss differential diagnoses.

Your evaluators assign an ICD diagnosis of F88 Other Specified Neurodevelopmental Disorder related to Visual Processing. However, you and your evaluators provided no information or documentation to support a developmental history of visual processing problems or cognitive deficits of any kind that impacted your functioning. Your evaluators report that you attended school in Kenya where you earned an A average throughout childhood and adolescence prior to immigrating to California in 2008 on an academic scholarship.

Supporting documentation submitted from qualified professionals is a necessary part of any request for accommodations and is carefully reviewed by the NBME. Though not required to defer to the conclusions or recommendations of an applicant's supporting professional, we carefully consider the recommendation of qualified professionals made in accordance with generally accepted diagnostic criteria and supported by reasonable documentation. Your documentation does not demonstrate a substantial limitation in a major life activity as compared to most people or that additional testing time is an appropriate modification of your Step 1 test administration. Your supplemental documentation provided no new substantive information or evidence that alters our decision communicated in our July 25, 2019 letter. Therefore, after a thorough review of all of your documentation, I must inform you that we are unable to provide you with additional testing time.

Sincerely,

*Catherine Farmer*

Catherine Farmer, Psy.D.
Director, Disability Services
ADA Compliance Officer, Testing Programs


C: Jay T. Jambeck