Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
Damien Troutman (SBN 286616)
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:   415-399-9155
Facsimile:    415-795-3733

*Attorneys for Plaintiff,*
JACKLINE MUTHOKA

# IN THE UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>           Plaintiff,<br><br>   v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>           Defendant. | Case No.  8:20-CV-01072-JLS-KES<br><br>**DECLARATION OF JAY T. JAMBECK IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date:<br>Time:<br>Ctrm:   10A<br>Judge:   Hon. Josephine L. Staton |

1

I, Jay T. Jambeck, declare as follows:

1. I am counsel for Plaintiff in this action and have personal knowledge regarding the facts set forth herein and if called to testify could do so.

2. Personal service of the summons, complaint and initial papers was attempted at the Defendant's business address on 6/19 and 6/22 but service failed due to the indefinite closure of the office location. (Attached hereto as Exhibit A is a true and correct copy of a non-service report).

3. Thereafter, service of the summons, complaint and initial papers was sent via certified mail, return receipt requested on June 23, 2020 and signed for on June 26, 2020. (Attached hereto as Exhibit B is a true and correct copy of a certified mail return receipt).

4. Pursuant to California Code of Civil Procedure 415.40, service by certified mail on an out of state defendant is complete on the tenth day after mailing.

5. I have not received any contact information for counsel for Defendant and therefore have not been able to confer regarding whether Defendant would stipulate to relief in order to comply with Local Rule 7-3, but it is unlikely that Defendant would so stipulate.

6. This matter is exigent because Plaintiff has one last attempt to pass the NBME and is currently required by UC Irvine to attempt the NBME in August of 2020. Therefore, it is critical that this matter be heard and decided as expeditiously as possible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 16, 2020

By: /s/ Jay T. Jambeck

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Jay Jambeck, 226018<br>Leigh Law Group, P.C.<br>870 Market Street, Suite 1157<br>San Francisco, CA 94102 | (415) 780-4032 | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
411 West Fourth St
Santa Ana, CA 92701-4516

PLAINTIFF:
Jackline Muthoka

DEFENDANT:
NATIONAL BOARD OF MEDICAL EXAMINERS

| NON SERVICE REPORT | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>8:20-cv-01072-JLS-KES |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Complaint, Summons, Order, Order

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
National Board of Medical Examiners

(1)Business: 3750 MARKET ST , , Philadelphia, PA 19104

Process is being returned without service for the following reason(s):

On 6/19/2020 12:20:00 PM at address (1) above. No Answer Building is closed as per security. I got the phone number and the message says they are closed for the holiday
On 6/22/2020 3:30:00 PM at address (1) above. As per security, the building is closed indefinitely. They don't know when it will re-open

Fee for Service: $ 250.00

**Not a registered California process server.**

Gerard C. Menichini
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: *[signed]* Gerard C. Menichini

OL# 14803313

# EXHIBIT B



UNITED STATES POSTAL SERVICE

Date Produced: 06/29/2020

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0454 7156 74. Our records indicate that this item was delivered on 06/26/2020 at 01:32 p.m. in PHILADELPHIA, PA 19104. The scanned image of the recipient information is provided below.

Signature of Recipient : *[handwritten signature]*

Address of Recipient : *[handwritten address]*

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service