Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
Damien Troutman (SBN 286616)
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:   415-399-9155
Facsimile:   415-795-3733

*Attorneys for Plaintiff,*
JACKLINE MUTHOKA

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (SOUTHERN DIVISION)

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>          Defendant. | Case No. 8:20-CV-01072-JLS-KES<br><br>**PLAINTIFF JACKLINE MUTHOKA'S NOTICE OF LODGING PROPOSED ORDER**<br><br>Date:<br>Time:<br>Ctrm:   10A<br>Judge:  Hon. Josephine L. Staton |

1 | Plaintiff, Jackline Muthoka, hereby provides notice of lodging a proposed order granting her Ex Parte Application for a Temporary Restraining Order and for an Order to Show Cause why a preliminary injunction should not issue.

Dated: July 16, 2020

Respectfully submitted,

LEIGH LAW GROUP, P.C.

/s/ Jay T. Jambeck
By:_____
Jay T. Jambeck
*Attorneys for Plaintiff*