Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Robert A. Burgoyne (*Pro Hac Vice Application Forthcoming*)
RBurgoyne@perkinscoie.com
Caroline Mew (*Pro Hac Vice Application Forthcoming*)
CMew@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, DC 20005-3960
Telephone:  202.654.1767
Facsimile:  202.654.6211

Attorneys for Defendant
National Board of Medical Examiners

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>               Plaintiff,<br><br>     v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>               Defendant. | Case No. 8:20-cv-01072-JLS-KES<br><br>**DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES FOR DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant National Board of Medical Examiners ("NBME") is a non-profit corporation with no parent corporation and no publicly-issued stock.

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for NBME, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Jackline Muthoka
- National Board of Medical Examiners
- CNA Financial Group

DATED: July 27, 2020

Respectfully submitted,

**PERKINS COIE LLP**

By: */s/ Alisha C. Burgin*
Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com

Attorneys for Defendant
National Board of Medical Examiners