1  Alisha C. Burgin, Bar No. 286269
2  ABurgin@perkinscoie.com
   PERKINS COIE LLP
3  1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6
   Robert A. Burgoyne (*Pro Hac Vice Application
7  Forthcoming*)
   RBurgoyne@perkinscoie.com
8  Caroline Mew (*Pro Hac Vice Application Forthcoming*)
9  CMew@perkinscoie.com
   PERKINS COIE LLP
10 700 Thirteenth Street, N.W., Suite 800
11 Washington, DC 20005-3960
   Telephone:  202.654.1744
12 Facsimile:  202.624.9548
13
   Attorneys for Defendant
14 National Board of Medical Examiners

15              **UNITED STATES DISTRICT COURT**
16              **CENTRAL DISTRICT OF CALIFORNIA**
17                      **WESTERN DIVISION**
18

19 | JACKLINE MUTHOKA, | Case No. 8:20-cv-01072-JLS-KES |
20 | Plaintiff, | |
21 | v. | **DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS'** |
22 | NATIONAL BOARD OF MEDICAL EXAMINERS, | **PROOF OF SERVICE** |
23 | | |
24 | Defendant. | |

**PROOF OF SERVICE**

I, Melanie L. Duncan, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On July 27, 2020, I served a copy of the within document(s):

1. **DEFENDANT'S ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF; and**
2. **DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES FOR DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS.**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☒ by the U.S.D.C. Central District Court's CM/ECF electronic filing and service system the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

*Please See Attached Service List*.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 28, 2020, at Los Angeles, California.

_____
Melanie L. Duncan

## SERVICE LIST
*Jackline Muthoka v. National Board of Medical Examiners*
**U.S.D.C. Central District Case No. 8:20-cv-01072**

| | |
|---|---|
| Jay T. Jambeck<br>Leigh Law Group PC<br>870 Market Street Suite 1157<br>San Francisco, CA 94102 | *Attorneys for Plaintiff, Jackline Muthoka*<br><br>Telephone: 415-399-9155<br>Facsimile: 415-795-3733<br>Email: jjambeck@leighlawgroup.com |
| Damien Berkes Troutman<br>Leigh Law Group PC<br>870 Market Street Suite 1157<br>San Francisco, CA 94102 | Telephone: 415-399-9155<br>Facsimile: 415-795-3733<br>Email: dtroutman@leighlawgroup.com |
| Mandy G. Leigh<br>Leigh Law Group PC<br>870 Market Street Suite 1157<br>San Francisco, CA 94102 | Telephone: 415-399-9155<br>Facsimile: 415-795-3733<br>Email: mleigh@leighlawgroup.com |