- 1 -

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JACKLINE MUTHOKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | Case No. 8:20-cv-01072 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jackline Muthoka and Defendant National Board of Medical Examiners hereby dismiss this action with prejudice, with each party to bear its own costs and expenses, including attorneys' fees, unless otherwise agreed by the parties.

This the 5th day of August 2020.

| | |
|---|---|
| /s/ *Jay T. Jambeck*<br>Jay T. Jambeck (SBN 226018)<br>Mandy G. Leigh (SBN 225748)<br>Damien Troutman (SBN 286616)<br>LEIGH LAW GROUP, P.C.<br>870 Market Street, Suite 1157<br>San Francisco, CA 94102<br>Telephone: 415-399-9155<br>Facsimile: 415-795-3733<br><br>Attorneys for Plaintiff,<br>Jackline Muthoka | /s/ *Alisha C. Burgin*<br>Alisha C. Burgin (SBN 286269)<br>ABurgin@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park E., Suite 1700<br>Los Angeles, CA  90067-1721<br>Telephone:  310-788-9900<br>Facsimile:  310-788-3399<br><br>Counsel for Defendant,<br>National Board of Medical Examiners |

- 1 -

149057081.1