UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | SACV 20-01072-JLS (KESx) |
| Date | August 6, 2020 |
| Title | Jackline Muthoka v. National Board of Medical Examiners |

Present: The Honorable   JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE**

   The Court, having been advised that this action has been resolved by a Stipulation of Dismissal [21], hereby orders this action dismissed with prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                              :
                                                      Initials of Deputy Clerk   mku